# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

MEDICI CLASSICS PRODUCTIONS LLC,

    Plaintiff

V.

MEDICI GROUP LLC, MEDICI GROUP EUROARTS, ROBERT T. WALSTON and JOHN DOES Nos. 1 to 10,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**'07 CIV 9938**

**JUDGE HOLWELL**

TO: (Name and address of defendant)

Medici Group LLC
650 Madison Avenue
New York, New York 10022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Joseph Bainton (JB-5934)
BAINTON MCCARTHY LLC
26 Broadway, Suite 2400
New York, New York 10004-1840

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

NOV 0 9 2007
DATE

_(signature)_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12/14/2007, 12:20 PM |
| NAME OF SERVER (PRINT) Darlene S. Greene | TITLE Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 650 Madison Avenue, 17th Fl, New York, NY 10022. (Accepted by Nadine Ross)

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/14/2007
Date

Signature of Server: Darlene S. Greene

Address of Server: P.O. Box 1085, Bronx, NY 10471-0600

Darlene S. Greene- Process Server
N.Y.C. Dept. of Consumer Affairs
License No.: 1096288
Expires: 02-28-2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.