UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

MEDICI CLASSICS PRODUCTIONS, LLC,   :

              Plaintiff,   :   07 Civ. 9938 (RJH)

   -against-                       :   ECF Case

MEDICI GROUP LLC, MEDICI GROUP      :   NOTICE OF APPEARANCE
EUROARTS, ROBERT T. WALSTON and
JOHN DOES Nos. 1 to 10,             :

              Defendants.  :

------------------------------------X

    To the clerk of this court and all parties of record: Enter my appearance as counsel in this case for MEDICI GROUP LLC and ROBERT T. WALSTON. I certify that I am admitted to practice in this court.

Dated:   New York, N.Y.
        February 25, 2008

                                         KORNSTEIN VEISZ WEXLER
                                            &amp; POLLARD, LLP

                                            By_____
                                            Daniel J. Kornstein (DK-3264)
                                            757 Third Avenue
                                            New York, New York 10017

                                            Attorneys for Medici Group LLC
                                               and Robert T. Walston

To:   Clerk of the Court

     J. Joseph Bainton
     BAINTON MCCARTHY LLC
     26 Broadway, Suite 2400
     New York, New York 10004-1840
     Attorneys for Plaintiff