UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

MEDICI CLASSICS PRODUCTIONS, LLC,     :

               Plaintiff,     :     07 Civ. 9938 (RJH)

   -against-                         :     ECF Case

MEDICI GROUP LLC, MEDICI GROUP        :     NOTICE OF APPEARANCE
EUROARTS, ROBERT T. WALSTON and
JOHN DOES Nos. 1 to 10,               :

              Defendants.    :

------------------------------------X


    To the clerk of this court and all parties of record: Enter my appearance as counsel in this case for MEDICI GROUP LLC and ROBERT T. WALSTON. I certify that I am admitted to practice in this court.

Dated:     New York, N.Y.
          February 25, 2008

                                        KORNSTEIN VEISZ WEXLER
                                            & POLLARD, LLP

                                        By_____
                                        Daniel J. Sparaco (DS-3549)
                                        757 Third Avenue
                                        New York, New York 10017

                                        Attorneys for Medici Group LLC
                                          and Robert T. Walston

To:   Clerk of the Court

     J. Joseph Bainton
     BAINTON MCCARTHY LLC
     26 Broadway, Suite 2400
     New York, New York 10004-1840
     Attorneys for Plaintiff

3282000STIDJS.00001.wpd