```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

MEDICI CLASSICS PRODUCTIONS, LLC,   :

                Plaintiff,          :   07 Civ. 9938 (RJH)

        -against-                   :

MEDICI GROUP LLC, MEDICI GROUP      :   RULE 7.1 STATEMENT
EUROARTS, ROBERT T. WALSTON and
JOHN DOES Nos. 1 to 10,             :

                Defendants.         :

------------------------------------X
```

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Medici Group LLC, by its attorneys Kornstein Veisz Wexler & Pollard, LLP, states as follows:

Medici Group LLC is a privately held limited liability corporation, and no publicly held corporation holds 10% or more of its stock.

Dated:   New York, N.Y.
         March 10, 2008

                                    KORNSTEIN VEISZ WEXLER
                                       & POLLARD, LLP

                                    By: _____
                                    Daniel J. Kornstein (DK-3264)
                                    757 Third Avenue
                                    New York, New York 10017

                                    Attorneys for Defendants
                                    Medici Group LLC
                                       and Robert T. Walston