UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MEDICI CLASSICS PRODUCTIONS,

               Plaintiff,

    -against-

MEDICI GROUP, et al.,

               Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 09938 (RJH) (MHD)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*
_____
_____

\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
               March 14, 2008

_____
HON: Richard J. Holwell
United States District Judge