```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MEDICI CLASSICS PRODUCTIONS,   :   07 Civ. 09938 (RJH)

            Plaintiffs,   :

    -against-   :   **ORDER**

MEDICI GROUP, et al,   :

            Defendants.   :

------------------------------------------------------------x

        On March 14, 2008, a conference was held in this matter before the Honorable Richard J. Holwell, United States District Court for the Southern District of New York. Present before the Court were all parties represented by their attorneys. The Court established the following schedule:

1. Defendants' to file motion to dismiss by May 14, 2008.

2. Close of fact discovery by September 14, 2008.

3. Close of expert discovery by October 14,. 2008.

4. A pretrial conference shall be held on October 24, 2008. at 10:00 a. m. .

Dated: New York, New York
March 14, 2008

SO ORDERED:

_____