```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MEDICI CLASSICS PRODUCTIONS LLC,     :

            Plaintiff,               :      ORDER

       -against-                     :      07 Civ. 9938 (RJH)(MHD)

                                     :
MEDICI GROUP LLC, et al.,
            Defendants.              :
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **FRIDAY, APRIL 11, 2008, at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       April 4, 2008

SO ORDERED.

_____
**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been faxed today to:

J. Joseph Bainton, Esq.
Bainton McCarthy LLC
26 Broadway
Suite 2400
New York, NY 10004

Daniel Joseph Kornstein, Esq.
Kornstein Veisz Wexler & Pollard, LLP
757 Third Avenue
New York, NY 10017

Daniel James Sparaco, Esq.
Kornstein Veisz Wexler & Pollard, LLP
757 Third Avenue
New York, NY 10017