# KORNSTEIN VEISZ WEXLER & POLLARD, LLP

ATTORNEYS AT LAW

757 THIRD AVENUE
NEW YORK, NEW YORK 10017-2013
TELEPHONE (212) 418-8600
TELECOPIER (212) 826-3640
WWW.KVWP.NET

DANIEL J. SPARACO
(212)418-8643
dsparaco@kvwmail.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

ENDORSED ON REV[ERSE]
The conference is
cancelled
[signature] 4/10/08

April 9, 2008

RECEIVED
APR -9 2008
[illegible] DOLINGER
[illegible] MAGISTRATE JUDGE

Hon. Michael H. Dolinger
United States Magistrate Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St., Room 1670
New York, NY 10007

Re: **Medici Classics Productions v.
    Medici Group LLC, et al., 1:07-cv-9938**

Dear Judge Dolinger:

This matter was conferenced before Your Honor on April 4, 2008. I suggested an amount the defendants would be willing to pay the plaintiff to settle the matter, and the plaintiff suggested a substantially higher number. The defendants were asked to inform the Court by today whether or not they can make a higher offer, one within a range discussed with Your Honor.

While willing to settle this matter, the defendants are unwilling to make an offer within that higher range.

Another conference has been scheduled for this Friday. Though I understood it would take place only if we agreed to meet plaintiff's minimum demand, I will plan to attend unless you determine otherwise.

Respectfully,

[signature]

Daniel J. Sparaco, Esq.

cc: J. Joseph Bainton, Esq. (by facsimile)
    Attorney for Plaintiff

TOTAL P.02

# KORNSTEIN VEISZ WEXLER & POLLARD, LLP

ATTORNEYS AT LAW
757 THIRD AVENUE
NEW YORK, NEW YORK 10017-2013
TELEPHONE: (212) 418-8600
TELECOPIER: (212) 826-3640

April 9, 2008

## TELECOPY MESSAGE

NAME: HON. MICHAEL H. DOLINGER        TELECOPY: 212-805-7928
COMPANY: UNITED STATES COURTHOUSE     TELEPHONE: 212-805-0204
FROM: DANIEL J. SPARACO, ESQ.         NUMBER OF PAGES
                                      INCLUDING COVER SHEET: 2

RE: Medici Classics Productions v. Medici Group LLC, et al., 1:07-cv-9938

**IF ANY OF THESE PAGES ARE NOT PROPERLY RECEIVED, PLEASE CONTACT THE ABOVE IMMEDIATELY,**

**COMMENTS:**

This facsimile contains CONFIDENTIAL INFORMATION, which may also be LEGALLY PRIVILEGED and which is intended only for the use of the addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is prohibited. If you have received this facsimile in error, please notify us by telephone and return the original to us at the above address via the U.S. Postal Service. Thank you.