UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

MEDICI CLASSICS PRODUCTIONS LLC,

    Plaintiff,

- against -

MEDICI GROUP LLC, ET AL.,

    Defendants.

------------------------------------- x

07 Civ. 9938 (RJH)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08
```

    The Court has received the parties' recent correspondence regarding, *inter alia*, Plaintiff's amended complaint and scheduling issues, and directs the parties as follows:

1) Plaintiff's request to add and remove parties in its amended complaint is granted;

2) Plaintiff should file its opposition to Defendants' May 14, 2008 motion to dismiss on or before June 2, 2008. Defendants should file their reply on or before June 12, 2008;

3) Oral argument on Defendants' May 14, 2008 motion to dismiss will be heard at the conference scheduled for June 19, 2008 at 10:30 a.m.; and

4) Defendants' requests for an order staying non-jurisdictional discovery, granting leave to file a motion to dismiss some or all of the newly added defendants, and barring Plaintiff from issuing further "cease and desist" letters will be discussed at the June 19, 2008 conference.

SO ORDERED.

Dated: New York, New York
       May 19, 2008

                                              Richard J. Holwell
                                              United States District Judge