UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -   x

|  | : | 07 Civ. 9938 (RJH) |
|---|---|---|
| MEDICI CLASSICS PRODUCTIONS LLC, | : | |
| | : | ECF Case |
| Plaintiff | : | |
| | : | |
| -against- | : | |
| | : | |
| | : | |
| MEDICI GROUP LLC, MEDICI ARTS | : | **DECLARATION OF** |
| LLC, EUROARTS MEDIEN GmbH, | : | **J. JOSEPH BAINTON** |
| EUROARTS MUSIC INTERNATIONAL | : | |
| GmbH, MEDICI ARTS LIMITED U.K., | : | |
| IDEALE AUDIENCE GROUP, S.A., | : | |
| ROBERT T. WALSTON, THOMAS BAER | : | |
| and JOHN DOES Nos. 1 to 10, | : | |
| | : | |
| Defendants. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - -   x

J. JOSEPH BAINTON, pursuant to 28 U.S.C. § 1746, declares as follows:

1.  I am a member of the Bar of this Court and the law firm of Bainton McCarthy LLC, attorneys for Plaintiff Medici Classics Productions LLC ("Medici"). I submit this declaration in opposition to the motion of Defendants Medici Group LLC and Robert T. Walston to dismiss this action upon the ground that this Court lacks jurisdiction over their persons.

2.  Attached hereto as Exhibit A is a copy of the transcript of the deposition of Mr. Walston that was conducted on May 21, 2008 (the "Transcript").

3.  Attached hereto as Exhibit B is a stipulation of the moving parties and Medici relating to the topic of purchases of certain products by New York residents (the "Stipulation").

4.      Attached hereto as Exhibit C, arranged in ascending numerical order, are copies of the Exhibits to which reference is made in either the Transcript, the Stipulation, the accompanying declaration of Jerome Rose or in the balance of this declaration.  They have been submitted collectively arranged in ascending numerical order simply for ease of the Court's reference.  (The "Courtesy Copies" of these exhibits being delivered to Chambers pursuant to the Court's Individual Rules have numbered exhibit tabs for the Court's further convenience.)  Some of these exhibits are images of the shrink-wrapped packaging of recordings to make them amenable to filing by ECF.  These images are less than ideal.  The original physical exhibits will be brought to the hearing on this matter and have already been inspected by counsel for the moving parties.

5.      Exhibits 41, 42 and 43 (included as part of Exhibit C) are exemplars of advertising materials used by Medici in the ordinary course of its business.  Copies of these exhibits have previously been provided to counsel for the moving parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2008.

J. Joseph Bainton

**Page 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No. 1:07-cv-9938

------------------------------------x

MEDICI CLASSICS PRODUCTIONS LLC,

                Plaintiff,

       - against -

MEDICI GROUP LLC, et al.,

                Defendants.

------------------------------------x

              May 21, 2008

              10:10 a.m.

       Deposition of ROBERT T.

WALSTON, taken by the Plaintiff, held at

the office of Kornstein Veisz Wexler &

Pollard, LLP, 757 Third Avenue, New

York, New York, before Joseph Ravenell,

a Court Reporter and Notary Public of

the State of New York.

**Page 2**

A P P E A R A N C E S :

BAINTON McCARTHY LLC

Attorneys for Plaintiff

26 Broadway, Suite 2400

New York, New York 10004-1840

BY:  J. JOSEPH BAINTON, ESQ.

    MARK WESSEL, ESQ.


KORNSTEIN VEISZ WEXLER & POLLARD, LLP

Attorneys for Defendants

757 Third Avenue, 18th Floor

New York, New York 10017

BY:  DANIEL JOSEPH KORNSTEIN, ESQ.

    DANIEL JAMES SPARACO, ESQ.

**Page 3**

S T I P U L A T I O N S

    IT IS HEREBY STIPULATED AND

AGREED by and between the Attorneys for

the respective parties hereto that filing

and sealing be and the same are hereby

waived.

    IT IS FURTHER STIPULATED AND

AGREED that all objections except as to

the form of the question, shall be

reserved to the time of the trial.

    IT IS FURTHER STIPULATED AND

AGREED that the within examination may be

signed and sworn to before any notary

public with the same force and effect as

though signed and sworn to before this

Court.

**Page 4**

R O B E R T   T.   W A L S T O N, having

first been duly sworn by a Notary Public

of the State of New York, was examined and

testified as follows:

EXAMINATION BY

MR. BAINTON:

    Q.    Good morning, sir.  Have you

ever been deposed before?

    A.    Actually in an official hearing,

no.  But litigation many, many years ago,

I was involved in a similar process.

    Q.    Would it be reasonable for me to

assume that you have a general

understanding of what we are going to do?

    A.    Yes.

    Q.    Do you have a practice of

carrying one or more business cards?

    A.    Not usually.

    Q.    Do you have business cards?

    A.    Not with me.

    Q.    Do you have them period?

    A.    I have business cards, usually

directed to a particular purpose or event

or reason that I need to hand them out.  I

ROBERT T. WALSON

1  found in my role I don't really need to

2  carry business cards.

3       MR. KORNSTEIN:  I had meant to

4  say this before we started.  We don't have

5  a confidentiality stip obviously yet.

6  What I would like to do is after the

7  deposition prepare a stip in order to send

8  to you, because both of us may want to

9  designate portions of the transcripts as

10  confidential.  So Mr. Walston obviously

11  will answer all of the appropriate

12  questions.  But I would ask until we sign

13  the confidentiality stip, which should

14  only take a few days to do, the transcript

15  probably will not be available

16  immediately, in any event, that we treat

17  it as if it's confidential.

18       MR. BAINTON:  I'm happy to agree

19  to that.  I'm sure we will work out the

20  details.  I assume you are aware the Court

21  entered an order last night.  I intend to

22  use portions of this transcript in

23  connection with filing those papers.  We

24  will work that all out.  That's fine with

VERITEXT REPORTING COMPANY
212-267-6868                            516-608-2400

---

ROBERT T. WALSTON

1  me.

2       MR. KORNSTEIN:  Thank you.

3       Q.   Lawyer stuff.  In contemplation

4  of testifying this morning, sir, did you

5  look at anything?

6       A.   No.

7       Q.   Did you do anything to prepare

8  for the testimony you are going to give?

9       A.   I had a brief conversation with

10  counsel.  That's it.

11       Q.   I have premarked, just to save

12  your valuable time, some exhibits.  There

13  is no particular significance to the

14  number.  So they are going to be

15  completely out of order.  I just wanted to

16  point that out to you.  I'm going to begin

17  by showing you what I have previously

18  marked as Plaintiff's Exhibit 33 for

19  identification.  And my first question is,

20  have you seen it or any part of it

21  previously?

22       (Witness reviews document.)

23       A.   I've seen the organizational

24  charts.  But I don't recall seeing Dan's

VERITEXT REPORTING COMPANY
212-267-6868                            516-608-2400

---

7

ROBERT T. WALSTON

1  letter.

2       Q.   When was the first -- let's turn

3  those two pages aside.  They are not Bates

4  numbered.  But can we agree that the last

5  I believe three pages of Exhibit 33,

6  Plaintiff's Exhibit 33 for identification,

7  consist of an organizational chart?

8       A.   Yes.

9       Q.   Would you turn to the last page

10  of this exhibit, which is marked page 3 of

11  3.  Actually let me withdraw that question

12  and ask this:  When is the first time you

13  saw this three-page organizational chart?

14       A.   I don't recall.

15       Q.   When is the last time you saw it

16  before this morning?

17       A.   I don't recall.

18       Q.   Do you recall at any point in

19  time attempting to make any determination

20  as to whether the information set forth in

21  this chart was accurate as of 2008?

22       A.   I had a verbal discussion about

23  the ownership structure of the business I

24  recall with Dan.

VERITEXT REPORTING COMPANY
212-267-6868                            516-608-2400

---

8

ROBERT T. WALSTON

1       Q.   Now I'd like to focus on the

2  third page which you have in front of you.

3  Am I correct that Medici Group, LLC was

4  formed in or about August of 2004?

5       A.   That's correct.

6       Q.   And am I correct that Medici

7  Arts, LLC was formed in or about October

8  of 2006?

9       A.   I'm not certain.  But I think

10  it's accurate that it was formed

11  subsequent to formation of Medici Group.

12       Q.   Okay.  Let me see if I can

13  refresh your recollection.  Let me show

14  you what has been marked as Plaintiff's

15  Exhibit 37 for identification.  I ask you

16  to take a look at it and see if that

17  refreshes your recollection as to the date

18  on which Medici Arts, LLC was formed.

19       (Witness reviews document.)

20       Q.   Does that refresh your memory?

21       A.   Yes.

22       Q.   Am I correct that Medici Arts,

23  LLC was organized under the laws of the

24  State of Delaware?

VERITEXT REPORTING COMPANY
212-267-6868                            516-608-2400

**9**

ROBERT T. WALSTON

1     A.    Yes.

2     Q.    And we are correct about the

3  month of October 2006?

4     A.    According to that document, yes.

5     Q.    Does that refresh your memory?

6     A.    It was on or about that time

7  period.

8     Q.    Okay.  Now, let's turn back to

9  page 2 of the organizational chart, which

10  would be the next to the last page of

11  Mr. Kornstein's letter.  The top of this

12  chart, of course, again is Medici Group,

13  LLC.  Mosaic Digital Studios is the first

14  company under it.  Do you see that, sir?

15     A.    Yes.

16     Q.    Am I correct that that was

17  formed in September of 2006, roughly a

18  month after the formation of Medici Group,

19  LLC?

20     A.    It was about the same time, yes.

21     Q.    When Medici Group, LLC was

22  formed, who were its members?

23     A.    I was the sole member and

24  manager.

**10**

ROBERT T. WALSTON

1     Q.    Originally were there any other

2  members?

3     A.    When it was formed, I was the

4  sole member.

5     Q.    Who are the members of Medici

6  Group, LLC today?

7     A.    I'm a member and the managing

8  member.  Michael Steinhardt, Mark Rich,

9  Peter Foreman, Brad Dyer, Roger Brown, and

10  Robert Fulk.

11     Q.    I didn't hear the last name,

12  sir.

13     A.    Robert Fulk.  F-u-l-k, I

14  believe.

15     Q.    Can you tell me the first

16  gentlemen's last name?

17     A.    Michael Steinhardt.

18  S-t-e-i-n-h-a-r-d-t.

19     Q.    Does Medici Group, LLC have a

20  place of business?

21     A.    Yes.

22     Q.    Where is it?

23     A.    Los Angeles.

24     Q.    Does it have any other place of

**11**

ROBERT T. WALSTON

1  business?

2     A.    No.

3     Q.    Does Medici Arts, LLC have a

4  place of business?

5     A.    Yes.

6     Q.    Where is it?

7     A.    Los Angeles.

8     Q.    Does it have any other place of

9  business?

10     A.    No.

11     Q.    If you would, kind of keep

12  Exhibit 33 handy, because we will be

13  coming back to it for reasons that may or

14  may not be obvious to you.

15     I'm going to show you what I've

16  marked for identification as Plaintiff's

17  Exhibit 22.  My first question is, have

18  you ever seen it before?  Take your time

19  to read this.  I don't mean to rush you.

20     (Witness reviews document.)

21     A.    Yes, I've seen it before.

22     Q.    When was the first time you saw

23  it?

24     A.    On or about the date it was

**12**

ROBERT T. WALSTON

1  issued.

2     Q.    The document refers generally to

3  an acquisition of Independent Television

4  Facilities Centre Ltd. by Elektrofilm

5  Ltd., "a wholly owned subsidiary of Medici

6  Group, LLC."  Are you familiar with the

7  transaction to which reference is made in

8  this document?

9     A.    Yes.

10     Q.    Were you involved in that

11  transaction, sir?

12     A.    Involved in what way?

13     Q.    In any way.

14     A.    I was involved, yes.

15     Q.    How were you involved?

16     A.    I was involved in approving the

17  transaction and involved in securing the

18  funding and financing for it.

19     Q.    Were you involved in negotiating

20  the terms of the transaction?

21     A.    Indirectly as it related to the

22  capital raising to facilitate closing.

23     Q.    Do you know if this document was

24  ever, this document being Plaintiff's

ROBERT T. WALSTON

13

2  Exhibit 22, was ever issued as a press
3  release?
4      A.    I believe it was.
5      Q.    Do you know who the author of
6  this document is?
7      A.    No.
8      Q.    Do you know if before this
9  document was issued to the general public
10  it was reviewed by counsel for Elektrofilm
11  or any other company in which Medici
12  Group, LLC had an interest?
13      A.    I don't know.
14      Q.    Did you review it before it was
15  disseminated to the general public?
16      A.    I believe I reviewed my quotes.
17  As for other comments in the document, I
18  don't recall reviewing them.
19      Q.    Who else, if anyone, with any
20  affiliation, direct or indirect, to Medici
21  Group, LLC to your knowledge reviewed this
22  document before it was disseminated to the
23  general public?
24      A.    I can only speculate who on our
25  side of the team.

ROBERT T. WALSTON

1      MR. KORNSTEIN: Don't speculate.
2  It's if you know.
3      A.    I don't recall a specific
4  person.
5      Q.    Can you recall the members of
6  your team who worked on this transaction?
7      A.    The principal party was
8  Josephine Navarro.
9      Q.    Anyone else?
10      A.    She was the primary contact,
11  primary person from our company working on
12  the deal.
13      Q.    Could you turn to the next --
14      A.    She is listed here.
15      Q.    Could you turn to the next to
16  the last page of this exhibit.  A little
17  lower than the bottom half, there is a
18  section that's underscored that says
19  "About Medici Group, LLC."  Do you see
20  that?
21      A.    Yes.
22      Q.    Do you remember reviewing this
23  before it was disseminated to the general
24  public?
25

ROBERT T. WALSTON

15

1      A.    No.
2      Q.    No, you don't remember?
3      A.    I don't recall reviewing it.
4      Q.    Is the first statement of this
5  document, "Medici Group is the holding
6  company for Medici Arts and Mosaic" --
7  withdrawn.  Let me start again.
8      As of August of 2007, is the
9  statement "Medici Group is the holding
10  company for Medici Arts and Medici Digital
11  Studios" accurate, to the best of your
12  knowledge?
13      MR. KORNSTEIN:  Mosaic.
14      Q.    I apologize.  Let me start
15  again.  I misread.
16      As of the time of this press
17  release, August 2, 2007, was the statement
18  "Medici Group is the holding company for
19  Medici Arts and Mosaic Digital Studios"
20  accurate?
21      A.    Yes.
22      Q.    Turning to the next sentence, is
23  "Medici Arts, with offices in London,
24  Paris, Berlin, Leipzig, Los Angeles and

ROBERT T. WALSTON

16

1  New York is the premier owner, producer,
2  and distributor of classic music and arts
3  audiovisual programming for broadcast
4  television, home video and emerging
5  digital distribution formats" accurate?
6      A.    Technically, no.  This was a
7  very broad simplification of the
8  organizational structure, as you can see
9  in Exhibit 33.
10      Q.    Technically, no how?
11      A.    Medici Arts, if you are
12  referring to Medici Arts, LLC, only has an
13  office in Los Angeles, where I reside.
14      Q.    I apologize for interrupting.  I
15  may do that.  And I mean no disrespect.
16  Go ahead.
17      A.    Any time.
18      Q.    No, I didn't mean to.  Finish
19  your answer.  I tend to do this.  And it's
20  really impolite.  I apologize.
21      A.    Medici Arts, again, did not
22  refer to a specific entity.  I think this
23  comment, this is certainly intended to
24  describe the company generally, without

**17**

```
ROBERT T. WALSTON
```

1  laying out the specifics of the
2  organizational structure.
3          But Medici Arts, LLC or Medici
4  Arts, B.V. do not have offices in these
5  locations.  Subsidiaries owned by those
6  companies do.
7      Q.   When you just used the phrase
8  "the company generally," what did you
9  mean?
10     A.   That this was -- the intent of
11 this was to describe the company generally
12 without a lengthy paragraph as to the
13 specifics of the organizational structure.
14     Q.   What is --
15     A.   So, for example, New York.
16 There is no office in New York.  We have
17 an occasional consultant in New York who
18 resides in New York.  And there is nothing
19 further from that.  There is no
20 operations.  There is no office.  There is
21 no business conducted.  There is a
22 consultant who sits in his own office in
23 New York.  That's the extent.
24     Q.   Is the reference in the sentence
25

**18**

1  of Exhibit 22 that I read a moment ago to
2  a New York office a reference to
3  Mr. Baer's office here in New York?
4      A.   Yes.
5      Q.   And Mr. Baer is "a consultant"?
6      A.   A consultant, yes.
7      Q.   Has he ever been held out by any
8  member of the Medici Group family of
9  companies, I'll use that to embrace all of
10 them, as anything other than a consultant?
11     A.   He is, in his consulting role
12 for the company, responsible for the
13 acquisition of relationships that are
14 important to the company.  So, for
15 example, Tom works on a relationship with
16 the L.A. Philharmonic.  He works on a
17 relationship with Lincoln Center.  He
18 works on a relationship with the New York
19 Philharmonic.
20         So in this relationship
21 management and acquisition role, Tom found
22 it useful to attach himself to the title
23 of vice chairman.  But there is no -- it's
24 a ceremonial title, an honorary title.
25

**19**

```
ROBERT T. WALSTON
```

1  There is no vice chairman role in the
2  company.  We are LLCs.  And there is no
3  corporate structure that has a -- giving
4  him responsibilities in any governance
5  role with that title.  So he has used that
6  title, and I think effectively, with the
7  relationships that he is responsible for.
8      Q.   What is your title with the
9  company, as you defined it?
10     A.   A managing member.  But people
11 generally don't understand what a managing
12 member is.  They don't relate that term to
13 "What is your job?"  So we use sometimes
14 the more familiar terms, like chief
15 executive.  You will see on the
16 organizational chart sometimes I'm
17 referred to as chief executive.  But I'm
18 the managing member of Medici Group, LLC.
19     Q.   If you look at the first
20 paragraph of the first page of Exhibit 22,
21 you will see a reference to, the end of
22 the first sentence, "Medici Group, LLC,
23 led by Chief Executive Robert T. Walston."
24     Do you see that?
25

**20**

```
ROBERT T. WALSTON
```

1      A.   Yes.
2      Q.   I take it you approved for
3  dissemination to the general public the
4  reference to you as chief executive of
5  Medici Group, LLC?
6      A.   I can't say that I approved this
7  specific instance of it.  But we have used
8  chief executive and managing member
9  interchangeably in interaction with third
10 parties.
11     Q.   Would it be fair to say that on
12 numerous occasions you have held yourself
13 out as the "CEO" or "chief executive" of
14 Medici Group, LLC?
15     A.   Yes.
16     Q.   Have you held yourself out from
17 time to time as the "chairman" of Medici
18 Group, LLC?
19     A.   Yes.
20     Q.   Let me show you Exhibit 31.  The
21 first question is, have you seen it
22 before?
23     A.   Yes.
24     Q.   I'd like to direct your

ROBERT T. WALSTON
21

1  attention to the second page of this --
2
3  withdrawn.
4          When did you first see it?
5      A.    I don't recall.
6      Q.    Do you know if you saw it before
7  or after Mr. Kornstein sent it to me?
8      A.    I don't recall.
9      Q.    I'd like to ask you to look at
10  the second page where there is a numbered
11  paragraph numbered 2.  In fairness to you,
12  I would ask you to read that paragraph
13  before I ask you questions about it.
14          (Witness reviews document.)
15      Q.    That paragraph concludes with
16  the following statement:  "Tom Baer is not
17  an employee of Medici Group, LLC or
18  EuroArts Music International nor is he an
19  employee of any other entity affiliated
20  with Medici Group, LLC."
21          Is, to the best of your
22  knowledge, that statement truthful?
23      A.    Yes.
24      Q.    Let me show you what has been
25  marked as Exhibit 34.  I'll hand it to

VERITEXT REPORTING COMPANY
212-267-6868                    516-608-2400

---

ROBERT T. WALSTON

1  you.  Before I ask you to look at it, I
2  want to ask you a preliminary question or
3  two.  Have you ever heard of a company
4  called Ideation Acquisition Corp.?
5      A.    Yes.
6      Q.    When did you first become
7  familiar with this entity?
8      A.    Within the last year.
9      Q.    How did you learn of it?
10      A.    From Mr. Baer.
11      Q.    Have you ever seen the Web site
12  from which I printed this exhibit?
13      A.    I've never visited the Web site.
14      Q.    There is a section on the Web
15  site which refers to Mr. Baer.  And that
16  begins at the bottom of the second page
17  and continues to the top of the third
18  page.  I'm going to ask you to read that
19  and then we will go through it sentence by
20  sentence to figure out what if any of it
21  you believe to be true.  But it's fair to
22  ask you to read it first.
23          (Witness reviews document.)
24      Q.    Before we start, and this is

VERITEXT REPORTING COMPANY
212-267-6868                    516-608-2400

---

ROBERT T. WALSTON
23

1          ROBERT T. WALSTON
2  addressed in Mr. Kornstein's April 23
3  letter, Exhibit 33, but just for the
4  benefit of a judge who may have to read
5  some of this testimony, let's talk briefly
6  about Medici Arts, B.V., which I gather is
7  a Dutch company?
8      A.    Yes.
9      Q.    I understand that there is some
10  tax issue that you are trying to resolve.
11  But ultimately it's the contention of
12  Medici Group, LLC for Medici Arts, B.V. to
13  disappear from the chain of companies and
14  be replaced by Medici Arts, LLC.  Have I
15  got that right or am I oversimplifying?
16      A.    No.  I think oversimplifying.
17  But did if you want to dive into it,
18  please do.
19      Q.    Is it your expectation that a
20  year from now Medici Arts, B.V. will
21  exist?
22      A.    Yes.
23      Q.    For what purpose?
24      A.    It is the vehicle through which
25  the U.S. LLC, Medici Arts, LLC would own

VERITEXT REPORTING COMPANY
212-267-6868                    516-608-2400

---

ROBERT T. WALSTON
24

1  European assets.
2      Q.    So it's your expectation that a
3  year from now, Medici Arts, LLC, the
4  Delaware LLC we talked about earlier
5  today --
6      A.    Yes.
7      Q.    -- will own 100 percent of
8  Medici Arts, B.V., the Netherlands
9  company?
10      A.    Yes.
11      Q.    And the Netherlands company --
12  if I'm doing this too broadly, stop me.
13  But I'm trying not to waste your time.
14  Medici Arts, B.V. owns a 100 percent
15  interest in European assets?
16      A.    Yes.  Sometimes not 100 percent.
17  But anything that we own in Europe is
18  owned through that entity.
19      Q.    And that entity is going to be
20  owned ultimately, it's your expectation,
21  by Medici Arts, LLC?
22      A.    That's correct.
23      Q.    Can you give me the very short
24  explanation of what is holding the

VERITEXT REPORTING COMPANY
212-267-6868                    516-608-2400

**Page 25**

```
 1              ROBERT T. WALSTON
 2   transaction up?
 3        A.     Sure.  What we have done in the
 4   organization, in the organizational
 5   structure is clearly define the IT
 6   services company which Medici Groups own
 7   and the content production and
 8   distribution company that we call Medici
 9   Arts that Medici Group owns.  In that
10   process, we have had to move assets under
11   different tax jurisdictions into one group
12   or another.  And the purpose behind that
13   is to, again, clearly define the companies
14   that operate within each group.  There are
15   two distinct groups that really do not
16   have any overlap or any common business
17   among each other or relationship to each
18   other, other than through the ownership
19   group at the top, Medici Group.
20        Q.     Let me see if I can understand
21   what --
22        A.     You asked about the tax issue
23   that we are trying to resolve?
24        Q.     Exactly.  I think I may have
25   interrupted you again.
```

**Page 26**

```
 1        A.     So the tax issue has to do with
 2   the transfer of assets from one group to
 3   another to ensure the alignment of both
 4   holding companies.
 5              But I want to be clear.  Medici
 6   Group, LLC, Medici Arts, LLC and Medici
 7   Arts, B.V. are holding companies.  They
 8   have no operations, no employees, no
 9   assets other than the ownership of the
10   subsidiaries.  So it's just a tax
11   structure so that if we were to sell the
12   business some day, that the tax attributes
13   flow directly through to the members.
14   That's the whole reason for LLCs.  It's a
15   tax-driven structure so you don't have
16   double taxation.  A corporation would
17   capture the tax liability.  An LLC passes
18   it through.  So we use that structure so
19   we pay tax once.
20        Q.     Let me show you Plaintiff's
21   Exhibit 18 for identification, which is
22   something I'm sure you have seen before.
23   It's a performance of the New York
24   Philharmonic.
25
```

**Page 27**

```
 1              ROBERT T. WALSTON
 2        A.     Actually this is the first time
 3   I have seen this.
 4        Q.     Really?
 5        A.     Okay.
 6        Q.     I know, because of the Internet,
 7   a little bit about your background.  And
 8   you know a whole lot more about the music
 9   business than I do.  So if I sound a
10   little simple-minded, I apologize.  But
11   for a consumer to be able to enjoy that
12   performance of the New York Philharmonic
13   in his or her living room any place in the
14   world, they would basically need, if I
15   understand, three distinct things.  First,
16   you need an artist or in this case a bunch
17   of artists to perform the music.  Right so
18   far?
19        A.     Mm-hmm.
20        Q.     Then you need somebody to record
21   in some media, some form of media the
22   performance of the artist.  Right so far?
23        A.     Yes.
24        Q.     And then you need, after the
25   technical people have captured through
```

**Page 28**

```
 1              ROBERT T. WALSTON
 2   means that I don't begin to understand,
 3   the performance that if you are sitting
 4   there live watching the New York
 5   Philharmonic perform, you observe with
 6   your eyes and ears sitting there watching
 7   it.  Then you need somebody to distribute
 8   or to get those -- is that a DVD?
 9        A.     This is a DVD.
10        Q.     To people simple-minded like me
11   to just go home and play it in their
12   living room and enjoy it.  Right so far?
13        A.     Yes.
14        Q.     Okay.  Now, am I correct in
15   understanding that no part of the Medici
16   Group has got anything to do with the
17   first piece, artists?
18        A.     No.
19        Q.     Is it fair to say that the
20   Medici Group as a whole addresses the
21   other two elements that are necessary for
22   a consumer like me to be able to enjoy
23   that DVD?
24        A.     Not at all.  We are just
25   shareholders.  We just own interest in the
```

**Page 29**

ROBERT T. WALSTON

```
 2   companies that we acquire.  We hope they
 3   do well.  We hope they execute their
 4   business plan.  But we are not involved in
 5   their process of creating content or
 6   delivering content.
 7        Q.    What does Elektrofilm do?
 8        A.    Elektrofilm is a post
 9   production company.
10        Q.    What does that mean?
11        A.    It means we provide services to
12   media and entertainment companies,
13   technical services.
14        Q.    Did any company owned directly
15   or indirectly by Medici Group, LLC have
16   anything to do with recording of the
17   performance of the New York Philharmonic?
18        A.    No.  Please ask that again.  I
19   want to answer it accurately.
20        Q.    Did any company in which the
21   Medici Group, LLC has a direct or indirect
22   interest have anything to do with
23   recording the performance of the New York
24   Philharmonic in North Korea?
25        A.    This was produced by EuroArts
```

**Page 30**

ROBERT T. WALSTON

```
 2   Music International.  So that is a company
 3   100 percent owned by EuroArts Medien GmbH,
 4   which is in turn owned by Medici Arts,
 5   B.V., which is in turn 100 percent owned
 6   by after the tax Medici Arts, LLC.
 7        Q.    I don't want to sound like a
 8   smart-aleck.  But you know the old joke
 9   about if a tree falls in the forest and
10   nobody is there to hear it, does it make a
11   noise.  If there wasn't somebody there
12   from Elektrofilm in North Korea, that
13   wonderful performance would have been lost
14   for posterity, right?
15        A.    Not Elektrofilm.  Elektrofilm
16   had nothing to do with it.
17        Q.    Elektrofilm ultimately had
18   something to do with it?
19        A.    Nothing whatsoever.  These two
20   business groups have no relationship with
21   each other.
22        Q.    So no company owned directly --
23   I must have misunderstood.
24        A.    EuroArts Music International
25   based in Leipzig, Germany produced this.
```

**Page 31**

ROBERT T. WALSTON

```
 2        Q.    When you say the word
 3   "produced," what do you mean by that?  I
 4   know it has real meaning to you, but I'm
 5   not sure it has meaning to me or the
 6   average person.
 7        A.    EuroArts Music International in
 8   Germany made an agreement with the New
 9   York Philharmonic and secured other
10   resources like from the South Korean
11   broadcaster, I can't recall the name of
12   the broadcaster, essentially to put up the
13   funding to pay for the camera crews and
14   the rights from the New York Philharmonic,
15   et cetera.  And it was their staff and
16   employees that went to Pyongyang to film
17   the concert.  And EuroArts Music
18   International has the agreement with
19   Naxos, for example, to distribute this
20   asset.  You can see the EuroArts
21   acknowledgment here.
22        Q.    There is also a Medici Arts
23   trademark on there, isn't there?
24        A.    There is.  But I would say that
25   any of these marks on the back, and there
```

**Page 32**

ROBERT T. WALSTON

```
 2   are 12, 13, none of that has to do with
 3   any sales activity.  What sells this DVD
 4   is the New York Philharmonic, Lorin Maazel
 5   in Pyongyang.  That's the only relevant
 6   thing to a consumer.  None of this makes
 7   any difference whatsoever.
 8        Q.    Now, after the folks from
 9   EuroArts went to North Korea with the
10   camera crew and captured the performance,
11   what happened next that involved any
12   company owned directly or indirectly by
13   Medici Group, LLC after the camera crew
14   has the stuff I think in the can?  That
15   used to be the phrase.
16        A.    They captured the program.  And
17   then EuroArts Music International has the
18   responsibility to finish the program.
19        Q.    Tell the uninitiated what that
20   means.  When you say "finish," what do you
21   mean?
22        A.    They have the responsibility to
23   edit it and to complete the program for
24   the DVD format.
25              The program was actually aired
```

**33**

```
 1              ROBERT T. WALSTON
 2   or broadcast live in many places in the
 3   world.  And they were also responsible to
 4   deliver that broadcast signal to
 5   television stations that had agreed to pay
 6   for the content.  But that's all within
 7   EuroArts Music International.  So nothing
 8   happens outside of EuroArts Music
 9   International on this project.
10          We have a similar company in
11   Paris that produces other programs at a
12   very similar process within the production
13   company located in Paris.
14          The distribution operation is
15   located in Berlin, also part of EuroArts
16   Music International but a different
17   office.  And they would be responsible for
18   selling the New York Philharmonic and the
19   Pyongyang concert to other television
20   broadcasters subsequent to the original
21   live broadcast.
22      Q.   What about the DVDs?  From the
23   point where you complete the editing
24   process until the point where that
25   consumer package is shrink-wrapped, what
```

**34**

```
 1   happens in between?
 2      A.   EuroArts Music International
 3   determines how many copies of this they
 4   want to make.  And they will do a sales
 5   workout.  So they will say I can sell
 6   2,000 of these or 5,000 or whatever it is.
 7   And then they will deliver that material
 8   to Naxos.  Naxos is a global distributor
 9   of DVD and CD product.  And what Naxos
10   does for us is they actually deliver it to
11   retail stores.  They collect the money.
12   And occasionally when they get around to
13   it, they send it back to us.
14      Q.   Tell me the exhibit number.  I
15   can't read upside down.  What is the
16   number?
17      A.   Exhibit 18.
18      Q.   When Naxos receives product, is
19   it shrink-wrapped --
20      A.   Did you buy this?
21      Q.   Yes.
22      A.   Terrific.  Have you seen it?
23      Q.   It's wonderful.
24      A.   So we get at least one sale.
25
```

**35**

```
 1              ROBERT T. WALSTON
 2   That's good.
 3      Q.   Somebody told you that rap
 4   artists make more than classical
 5   musicians.  You probably knew that.
 6      A.   Much more.  It has something to
 7   do with talent, I'm sure.
 8      Q.   But more seriously, is it
 9   delivered to Naxos, ready for Naxos to
10   essentially --
11      A.   Yes.
12      Q.   Okay.  So who creates the DVD,
13   puts it in the box, puts the pretty
14   picture on the outside and shrink-wraps
15   it?  Who does all of that stuff?
16      A.   EuroArts Music International is
17   responsible for all of the content.  I
18   believe that they would send the actual
19   master to a replicator.  Replication is an
20   outside company.  I have no idea who we
21   use in Europe.  But the replicator would
22   then make the 5,000 copies.  The
23   replicator would put it in -- would print
24   the cover material.  I don't know if there
25   is an insert inside here.
```

**36**

```
 1              ROBERT T. WALSTON
 2      Q.   There is.  We will get to it.
 3      A.   So there probably is some
 4   material inside.  All of that is organized
 5   by EuroArts Music International, delivered
 6   to the replicator who manufactures this
 7   piece and it gets sent out to the Naxos
 8   distributor.
 9      Q.   Let's go back, if we could, to
10   Exhibit 34, the section about Mr. Baer.
11   Because I wanted to interrupt because I
12   wanted to clarify the B.V. thing and you
13   have clarified.  Thank you for that.
14          The first part of the section of
15   Exhibit 34 that talks about Mr. Baer says,
16   "Mr. Baer has served as a director of
17   Medici Arts, B.V. or Medici, a Netherlands
18   holding company, since its creation in
19   September 2004."  Is that a truthful
20   statement?
21      A.   This is sort of like Hillary
22   Clinton claiming that she was under fire
23   in the Balkans.
24          I don't know if Tom was
25   appointed a director directly in September
```

**Page 37**

```
                    ROBERT T. WALSTON
```

1   '04. I think it probably happened a few
2   months after.
3           What I do remember about the
4   formation of the B.V. is that the B.V. in
5   its governance requires directors from the
6   Netherlands. So we have, I think, three
7   independent directors resident in the
8   Netherlands. And then we have Tom and I
9   and another -- I think there are a total
10  of -- I don't recall exactly. So anything
11  I say I'm speculating.
12      Q.   Mr. Kornstein doesn't want you
13  to do that. Having a general recollection
14  and approximating, that's okay. But don't
15  speculate.
16      A.   Let's approximate. I'll just
17  tell you what the intent was. And details
18  we can figure out later. There is a
19  Netherlands group and then there is a
20  group representing the company. I needed
21  a director that I appointed to meet the
22  governance requirement for the B.V. And I
23  appointed Tom.
24      Q.   If I understood you correctly,
25

```

**Page 38**

1   was the governance requirement as you
2   understand it a requirement of Dutch law?
3       A.   Dutch law.
4       Q.   Is it consistent with your
5   recollection that B.V. was formed in or
6   about September of 2004?
7       A.   Yes.
8       Q.   Is it --
9       A.   We needed it to hold the
10  acquisition that we made of EuroArts.
11      Q.   Assuming, plus or minus a period
12  of time, that it was formed in September
13  of 2004, was Mr. Baer from its formation
14  one of its directors?
15      A.   You said from its formation. I
16  don't know if it happened upon formation
17  or if Tom was appointed later. But on or
18  about September '04 I think is accurate.
19      Q.   Was he one of the first
20  directors of B.V.? I understand your
21  point is you are saying it may be formed
22  on day one and maybe we didn't get all the
23  directors appointed until a month later.
24  I'm not trying to pin you down to that
25

**Page 39**

```
                    ROBERT T. WALSTON
```

1   level of precision. But by the time you
2   got your fully constituted board of
3   directors -- withdrawn. Let me see if I
4   can ask a better question.
5           As of the time you had a fully
6   constituted board of directors for B.V.,
7   regardless of when the entity may have
8   been formed, was he one of the initial
9   directors once you had a fully constituted
10  board?
11      A.   Yes.
12      Q.   Is he a director today?
13      A.   Yes.
14      Q.   Has he continuously served as a
15  director?
16      A.   Yes. But as you know in this
17  particular tax structure, the B.V. has no
18  operations. It is just a shareholder in
19  the other European entities. So it really
20  has no -- Tom has no function or
21  responsibility as a director other than
22  signing the annual tax filing to the
23  Netherlands authorities. That's the
24  extent of his involvement. Which is again
25

```

**Page 40**

```
                    ROBERT T. WALSTON
```

1   why I say the resume should say "My duties
2   as a director of Medici Arts, B.V. is
3   putting my signature on the annual tax
4   filing." That doesn't sound very
5   impressive, but that's what it is.
6       Q.   Is the statement that Mr. Baer
7   has served as "the vice chairman of Medici
8   Arts, LLC since January 2007" accurate?
9       A.   Again, there is no such
10  corporate office in an LLC. So Tom has
11  not been granted any corporate job
12  responsibility in the LLC whatsoever. He
13  has no role, he has no governance role.
14  There is no employee relationship. We
15  just gave him a title to help him do his
16  job in relationship building. That was
17  it.
18      Q.   Would it be accurate to say that
19  since in or about January 2007, Mr. Baer
20  has held himself out to the general public
21  as a vice chairman of Medici Arts, LLC
22  with your permission?
23      A.   With the caveats that I have
24  previously mentioned. In other words, Tom
25

```

**41**

ROBERT T. WALSTON

```
 1   can't sign documents for the company.  He
 2   can't bind the company.  He can't execute
 3   a written or oral contract.  He has no
 4   role in that whatsoever.
 5        So Tom certainly knows what his
 6   role is.  And your question, I think, is
 7   giving him more authority than he has.  He
 8   has no authority.  He has been given a
 9   ceremonial title to help him sell things.
10        Q.   When was he given that title?
11        A.   I think it's reasonably accurate
12   that in January of '07, he said, "This
13   would be very helpful to me in
14   relationship building for the company."
15   So about that time.
16        Q.   In addition to yourself, who, if
17   anyone, was involved in the decision to
18   permit Mr. Baer to use the title vice
19   chairman?
20        A.   Only me.  In fact, the title
21   vice chairman was specifically chosen
22   because it did not represent any
23   operational or managerial role in the
24   company whatsoever.
```

**42**

ROBERT T. WALSTON

```
 1        Q.   Is the statement "Medici, which
 2   is a defined term for Medici B.V."  Do you
 3   see that?  I don't want to mislead you.  I
 4   just want to refer you back to the earlier
 5   sentence so that you understand.
 6        Is "Medici and its subsidiaries
 7   own EuroArts Music International and
 8   Ideale Audience, companies that produce
 9   and acquire audiovisual content in the
10   classical and popular music fields and
11   distribute libraries of audiovisual
12   content that it owns or licenses, and
13   Elektrofilm, a media services company
14   engaged by content owners and producers to
15   perform post production, distribution,
16   digital media and library services"
17   truthful?
18        A.   Okay.  Let's break down the
19   sentence.  "Medici Arts, B.V. and its
20   subsidiaries own EuroArts Music
21   International and Ideale Audience."  True.
22        "They are companies that produce
23   and acquire audiovisual content and
24   classical music."  I would say popular
```

**43**

ROBERT T. WALSTON

```
 1   music.  I don't know what he meant by
 2   that.
 3        Q.   So we should strike "popular"?
 4        A.   I would.  Because I think
 5   it's --
 6        Q.   You are the witness.  You get to
 7   strike whatever you want to.  You are in
 8   charge.  I just want to know what you know
 9   to be truthful.
10        A.   We will say popular classical
11   music.  How is that?
12        Q.   Okay.
13        A.   "And distribute libraries of
14   audiovisual content that it owns or
15   licenses."  Yes, that's true.  That part
16   is true.
17        Now we go to Elektrofilm.
18   "Elektrofilm, a media services company."
19   Yes.
20        "It's engaged by content owners
21   and producers to perform post production
22   services."  I would add that if I were
23   writing it.
24        "Distribution" I would strike,
```

**44**

ROBERT T. WALSTON

```
 1   because Elektrofilm is not a distribution
 2   company as we have just defined it.
 3        Q.   Okay.
 4        A.   We just defined distribution as
 5   Naxos.  Right?  Elektrofilm is not
 6   distribution.  I think what that word is
 7   intended to mean in this context is that
 8   Elektrofilm will send upon request by the
 9   content owner a tape of a performance to a
10   replicator for completion.  That's the use
11   of "distribution" in the context of what
12   Elektrofilm does.
13        "Digital media and library
14   services."  Again, those are very broad
15   words.  I'm not sure I would use them if I
16   had written this.
17        So the only thing I would say,
18   Elektrofilm is a media services company
19   and its client base are content owners.
20   And it does post production work.
21        Q.   Have you ever had any personal
22   affiliation with Liberty Livewire?
23        A.   Yes.
24        Q.   Would you tell me what it is or
```

**Page 45**

1    was?

2    
3    A.    Liberty Livewire acquired --
4    Liberty Livewire was a subsidiary of
5    Liberty Media Group.  And Liberty Media
6    acquired Four Media, the company I was
7    chairman and CEO of.  And after that
8    acquisition, I worked for Liberty
9    Livewire, first as president and then as
10   chief executive officer.
11          So when this sentence says,
12   "Mr. Baer served as a consultant to the
13   chairman and chief executive officer of
14   Liberty Livewire," that's true.  But he
15   did not serve as a consultant to me while
16   I was at Liberty Livewire.  He was serving
17   in that capacity when I was the chairman
18   and CEO of Four Media Company.
19    Q.    Was he a consultant to you at
20   Four Media?
21    A.    Yes.  When we initially founded
22   the company, Tom was a director.  That
23   goes back to 1993.  And in 1997, I believe
24   he ceased to be a director.  Or it could
25   have been a year or two before that.

**Page 46**

ROBERT T. WALSTON

1    
2    Q.    Were you ever chairman of
3    Liberty Livewire?
4    A.    I was never chairman of the
5    board of Liberty Livewire.
6    Q.    To your knowledge, was Mr. Baer
7    ever a consultant to the chairman of
8    Liberty Livewire?
9    A.    He was -- no.
10    Q.    Just out of idle curiosity, can
11   we give this chairman a name?
12    A.    Chairman of Liberty Livewire?
13    Q.    Yes.
14    A.    His name was or is Bill
15   Fitzgerald.
16    Q.    After you sold the company, you
17   founded Liberty Livewire and continued to
18   serve post acquisition, did Mr. Baer
19   remain a consultant to you?
20    A.    No.  I think this refers to his
21   previous role at Four Media.
22    Q.    With you?
23    A.    Yes.
24    Q.    As a consultant to you?
25    A.    Yes.  I think it's just written

**Page 47**

ROBERT T. WALSTON

1    badly.
2    
3    Q.    If I could, I'd like to circle
4    back quickly to Naxos, because you said
5    something that brought up another
6    question.  Can you think of Naxos in terms
7    of worldwide distribution one-stop
8    shopping?  In other words, does Naxos take
9    on a recording like Exhibit 18 and deal
10   with distribution worldwide for you?
11    A.    They will.  But they are better
12   in some territories and not as good in
13   others.  So it's not necessarily the case
14   that the EuroArts Music International
15   would use them in every territory of the
16   world.
17    Q.    Would it be typical to use them
18   in several territories?
19    A.    Certainly more than one, yes.
20    Q.    Have you ever had any
21   affiliation with Steinhardt Baer Pictures
22   Company?
23    A.    No.
24    Q.    I'm going to show you Exhibit
25   22.  But in fairness, because my technical

**Page 48**

ROBERT T. WALSTON

1    skills are challenged, I want to explain
2    to you --
3    
4          MR. KORNSTEIN:  That's 21.  We
5    already had 22.
6          MR. BAINTON:  Absolutely 21.
7    Thank you.
8    Q.    This is a printout of a Web
9    page.  I couldn't get it all to print
10   once.  So you will see some strike-
11   through.  All I have done was strike
12   through where I reproduced the same words.
13   And I didn't render them illegible.  I
14   couldn't get my printer to print it in
15   consecutive pages, so I had to move the
16   mouse around.  I downloaded it last night
17   in contemplation of meeting you today.
18          Have you ever seen this before
19   on a Web site?
20    A.    I have never visited this Web
21   site.  But I am familiar with the
22   company's recent launch of the Web site.
23    Q.    Which company launched this Web
24   site?
25    A.    Ideale Audience.

Q.    Do you know if any marketing
professionals were consulted in connection
with the preparation of this Web site?

A.    Don't know.

Q.    Does one or more of the
companies owned directly or indirectly by
Medici Group, LLC have a common or overall
marketing plan?

A.    Say that again.

Q.    Does one or more of the
companies owned directly or indirectly by
Medici Group, LLC have a common marketing
plan?

A.    I hope so.

Q.    If you would look at the first
sentence of Exhibit 21, it says in bold
print "One name:  Medici Arts."  It goes
on to say "One field of expertise, the
independent production and distribution of
audiovisual programs in the field of
performing arts and documentaries."

Do you see that?

A.    Yes.

Q.    It goes on.  "One self-imposed

---

standard."  Skipping.  "One belief."  "One
ambition."  And so on.

About which company or companies
in the Medici Group -- withdrawn.

About which company or companies
owned directly or indirectly by Medici
Group, LLC are these statements made?

A.    EuroArts Music International,
GmbH and Ideale Audience Group.  I don't
know what form.  It could be an S.A.A. or
S.A.S.  I don't remember.  But those two
companies are the ones that are driving
this activity.

Q.    Which company or companies
owned -- first of all.  Withdrawn.  Let me
start again.

Do companies owned directly or
indirectly by Medici Group, LLC own a
catalog of approximately 1,500 hours of
programs?

A.    EuroArts Music International and
Ideale Audience own the programs.

Q.    Which companies owned directly
or indirectly by Medici Group, LLC are

---

involved in any way in the production of
approximately 50 new films annually?

A.    EuroArts Music International and
Ideale Audience.  In France we own 35
percent of the production company, and 65
percent is held by the founder Pierre
Olivier Bardet.  Those are the entities
that are driving the DVD release schedule.

Q.    Which companies owned directly
or indirectly by Medici Group, LLC publish
the distribute the works of the great
masters of documentary films?  Same two?

A.    Ideale Audience.

Q.    Which company owned directly or
indirectly by Medici Group, LLC has
developed unique partnerships with the
Berlin Philharmonic Orchestra, Claudio
Abbado and the Lucerne Festival Orchestra
and Daniel Barenbolm?

A.    Both companies EuroArts Music
International and Ideale Audience Group.

Q.    Which companies owned directly
or indirectly by Medici Group, LLC are
proud to represent a CD catalog of -- I'm

---

just reading, going down the Web site.
I'll start again.

Which of the companies owned
directly or indirectly by Medici Group,
LLC represent a CD catalog of unparalleled
audio archives consisting of BBC Legends
(220 titles from the BBC's own archive
from 1938 to '92)?

A.    That is Medici Arts Limited in
the U.K.

Q.    How about the same question for
the Royal Opera House Heritage series, the
official Covent Garden opera archives from
the early 1950s to 1997?

A.    Medici Arts Limited, the U.K.

Q.    Which of the companies offers
the "mid price" -- excuse me.  Do you see
in the second page of Exhibit 21 there is
a reference to -- it's under CD, almost in
the middle of that section.  There is a
reference to "The mid-price Medici label."
Do you have any understanding as to what
that reference is to, "The mid-price
Medici label"?

53

ROBERT T. WALSTON

1
2     A.   You want to know what company is
3  engaged in that?
4     Q.   Yes.
5     A.   Medici Arts Limited in the U.K.
6     Q.   I'm old enough to have grown up
7  with 45s.  I remember when the record
8  industry involved records.  I think that's
9  where "label" came from.  Does the term in
10 your experience "label" have meaning in
11 the recording industry?  It's not the
12 record industry anymore.  What does a
13 knowledgeable person call what we used to
14 call the record industry?
15    A.   What Medici Masters is is a --
16 we have an individual in London who is an
17 expert in the great performances of the
18 past.  So he will go into the archives of
19 radio stations, he started at the BBC, who
20 has recorded since the beginning of
21 recording technology every radio
22 broadcast.  So hundreds of thousands of
23 hours of content of which most is not
24 marketable.  But this guy loves to do
25 this.  And he is an expert.  And he can

---

54

ROBERT T. WALSTON

1  extract from these archives, whether it's
2  the BBC or WDR, what he feels are
3  outstanding performances, great artists.
4  So he will go find them.  He will license
5  them.  And he will issue them on a CD.
6     Q.   I want to go back to a
7  definition.  Does the word "label" -- let
8  me start with the first question.  When I
9  was a kid, we used to refer to the
10 recording industry and the record
11 business.  Nobody sells records anymore
12 other than to collectors.  What is the
13 right term for what used to be the record
14 business?
15    A.   You want to know what the word
16 "label" means in this context?
17    Q.   No.  I want to know what I
18 should use instead of the word "record
19 business."  I guess the Recording Industry
20 of America is still around.  Should we
21 call it recording industry?
22    A.   I think the record business is
23 still accurate.
24    Q.   Good.  Okay.  In the record

---

55

ROBERT T. WALSTON

1  business, does the word "label" have
2  meaning to someone who works in the record
3  business?
4     A.   Yes.
5     Q.   Are artists typically associated
6  with a label?
7     A.   Yes.
8     Q.   So what is a label?
9     A.   A label is the vehicle through
10 which record companies release their
11 products.
12         I think in this particular case,
13 the name "Medici Masters" as a label has
14 very little relevance to the actual
15 product, in that these are driven by
16 people -- people who buy them are
17 interested in the artists on which the
18 recording was made.  They are also very
19 specifically identified to archival
20 recordings.  So someone looking at the
21 Medici Masters CD is going to first look
22 at the actual artist and recording.  And
23 then he will determine whether or not
24 that's interesting.  And it's very

---

56

ROBERT T. WALSTON

1  specialized, very niche-oriented.  Someone
2  who wants to listen to a recorded radio
3  performance in 1957, for example, that's a
4  peculiar individual.
5     Q.   Not quarreling with anything you
6  just said.  But would it be fair to
7  characterize "Medici Masters" as a label?
8  I'm not asking you to assess its consumer
9  appeal.  Yes or no?  Is it a label?
10    A.   I would have to say in the
11 context of how you are comparing the term
12 to the record industry, I don't think it
13 could be construed as a label, because
14 it's not like Decca or Deutsche Grammophon
15 or Philips.  I think those are labels that
16 do a variety of things with artists.  This
17 does one very narrow kind of product.
18    Q.   What about "Medici Arts"?  Is
19 that a label?
20    A.   You know, you ask a very
21 interesting question in the context of the
22 recording industry today, what are labels?
23 It's very hard to answer that.
24    Q.   Well, can you?  Can you tell me

57

```
 1   yes or no whether "Medici Arts" is a
 2   label?
 3
 4       A.    I think you would have to ask
 5   the guys in Germany and France who deal
 6   with this day in, day out as to their
 7   intention in using the name.
 8           For me, again, as a shareholder
 9   of the business, those decisions are left
10   to the operating management and how they
11   position Medici and the Web site.
12           I can say to you the attraction
13   of the name to them had to do with their
14   European heritage, the fact that Medici is
15   a famous European family that were patrons
16   of the arts.  And they thought it
17   represented what they were about.
18       Q.    If you turn to the third page.
19   I think it's the third page.  It's not the
20   third page.  Let me count again.  It is
21   the third page.  I stand corrected.  In
22   almost the middle of the page, there
23   appears the following sentence:  "Medici
24   Arts comprises a team of 50 people around
25   the world (USA, Germany, France and the
```

58

```
 1   United Kingdom) committed every day to
 2   developing the company."
 3
 4       Q.    Are you one of those 50 people?
 5       A.    Well, not in the operational
 6   context.  But if they want to make a
 7   production that requires capital or some
 8   sort of financing, they have to come to me
 9   to get the money and to get it approved.
10       Q.    About how many days a week do
11   you devote to "developing the company"?
12       A.    My role is in the strategic
13   area.  So I would look at an acquisition.
14   So, for example, we acquired Ideale
15   Audience in France.  So I would be
16   involved in identifying what would fit
17   with our distinct operations.  I would be
18   involved in, as I said, the financing of
19   the business.  So anything to do with
20   capital or investment in the company comes
21   across my desk.  So occasionally I get
22   very involved if it's something like an
23   acquisition that's happening.  Day to day,
24   I have no involvement in this business.
25       Q.    During the past 12 months,
```

59

```
 1                 ROBERT T. WALSTON
 2   approximately how much time have you
 3   devoted to "developing the company"?
 4       A.    Well, in the specific context of
 5   what I just said, acquisitions,
 6   financing --
 7       Q.    That's not my question.  My
 8   question is far broader than that.
 9       A.    Okay.
10       Q.    Developing the company means
11   anything -- I'll withdraw the question.
12           Do you understand what the
13   phrase "develop a company" means?
14       A.    I do.
15       Q.    It can embrace things at a very
16   senior executive level that involves
17   things other than acquisition, correct?
18       A.    My role is limited to working on
19   identifying, negotiating, closing
20   acquisitions and anything to do with
21   financing the company, either debt or
22   equity.  That's it.
23       Q.    So my question is:  During the
24   last 12 months, approximately how much
25   time have you devoted to developing the
```

60

```
 1                 ROBERT T. WALSTON
 2   company?
 3       A.    I've spent zero time on the
 4   day-to-day operational management of the
 5   business.  I don't do that.  I've spent
 6   maybe a cumulative over the last year 30
 7   to 45 days out of the entire year focused
 8   on the strategic development of the
 9   company.
10       Q.    If you would turn to the very
11   last page of this exhibit, which is still
12   in the printed section, at the very
13   bottom, you will see that both your name
14   and Mr. Baer's name appears.  Can you tell
15   me why that is?
16       A.    I think they were giving me
17   credit for finding some investment capital
18   to support this Web site.  It certainly
19   wasn't -- I didn't asked for it.
20       Q.    Let me show you Exhibit 38.  The
21   first question is do you recognize it?
22       A.    Yes.
23       Q.    You recognize it as part of the
24   EuroArts Web site?
25       A.    Yes.
```

**Page 61**

ROBERT T. WALSTON

```
 2      Q.    When is the first time you saw
 3  this?
 4      A.    I don't recall.
 5      Q.    If you look at the second page
 6  of this exhibit, you will see a reference
 7  to EuroArts Music North America,
 8  Mr. Baer's name and an address at Madison
 9  Avenue?
10      A.    Yes.
11      Q.    Can you tell my why this
12  information -- by the way, this was
13  downloaded last night too.  Can you tell
14  me why this information appears on the Web
15  site now?
16      A.    Again, I think that it has to do
17  with Tom's relationship management role
18  for certain business activities of
19  EuroArts Music International.  So, for
20  example, the Pyongyang concert, which we
21  have already discussed, Tom has a
22  relationship with the music director at
23  the New York Phil.  I think it's mostly a
24  social relationship, but a relationship
25  nonetheless.  So Tom referred the
```

**Page 62**

ROBERT T. WALSTON

```
 1  capability of the company to the New York
 2  Phil's upcoming concert in Pyongyang and
 3  "Gee, shouldn't we record this for
 4  posterity?"  That was the extent of Tom's
 5  involvement.  It was then handed off to
 6  EuroArts.  So I think from EuroArts'
 7  perspective, the acknowledgment that we
 8  have a consultant in New York is something
 9  they put on the Web site.
10      Q.    Does EuroArts have a management
11  board?
12      A.    EuroArts Music International.
13  EuroArts is held by a German holding
14  company, again, similar to the B.V.,
15  similar to the LLC.  In Germany our assets
16  are held by EuroArts Media, Medien is
17  Media, GmbH.
18      Q.    I actually knew that.  But thank
19  you for explaining it.
20            If you look at the bottom of the
21  second page of Exhibit 38, you will see a
22  reference in boldface type to a
23  "management board."  Do you see that?
24      A.    Yes.
```

**Page 63**

ROBERT T. WALSTON

```
 1      Q.    You see immediately under that
 2  in boldface type your name appears
 3  followed by the names of some other
 4  individuals.  Do you see that?
 5      A.    Yes.
 6      Q.    Can you tell me to what entity
 7  this management board refers?
 8      A.    Well, it's identifying me as CEO
 9  of Medici Group.  I don't think it's
10  referring to any particular management
11  board.  I think it is identifying me, Joe
12  and Bernd as the -- Bernd is actually the
13  managing director of EuroArts Medien GmbH.
14      Q.    Let me just --
15      A.    For purposes of Web site
16  correspondence.  Nothing more than that.
17      Q.    For the court reporter's
18  benefit, Bernd is spelled B-e-r-n-d.
19            I take it you are acquainted
20  with Jo Navarro?
21      A.    Yes.
22      Q.    CFO I understand to be an
23  acronym for chief financial officer.  Is
24  that consistent with your understanding?
```

**Page 64**

ROBERT T. WALSTON

```
 1      A.    Yes.
 2      Q.    What is Medici Group Europe?
 3      A.    She is responsible -- there
 4  isn't a Medici Group Europe.  There is no
 5  entity Medici Group Europe.  But she is
 6  responsible for all of the operations that
 7  Medici Group owns from a financial
 8  perspective in Europe.  So she is my
 9  person in Europe at the holding company
10  level that is engaged in the financing of
11  the company.
12      Q.    Does she have --
13      A.    And providing capital resources
14  to the company.
15      Q.    I apologize for interrupting.
16  And could we take a five-minute recess?
17  Is that okay?
18            MR. KORNSTEIN:  Sure.
19            (Recess:  11:28 to 11:34 a.m.)
20      Q.    So there is no Medici Group
21  Europe, correct?
22      A.    No.
23      Q.    Does Ms. Navarro have a
24  functional counterpart with financial
```

1  responsibilities relating to activities in
2
3  North America?
4       A.   No, because there are no
5  activities in North America in the music
6  side of the business.  In the post
7  production side of the business or IT
8  services side, I have a chief financial
9  officer in Los Angeles.
10      Q.   Is there any company owned
11  directly or indirectly by Medici Group,
12  LLC that is involved in the distribution
13  of recordings in the United States?
14      A.   Involved?  No.
15      Q.   That was what I expected your
16  answer to be.  For example, just using
17  Exhibit 18 as an example, Exhibit 18 in
18  its entirety was physically created
19  outside of the United States, correct?
20      A.   As far as I know.
21      Q.   Now, the reference in Exhibit 38
22  to a management board is also an error,
23  correct?
24      A.   No such management board exists.
25      Q.   Are you personally involved in

1  the management of any entity having as
2  part of its name EuroArts?
3      A.   Say that again.  I want to get
4  that correct.
5      Q.   Let me see if I can make a
6  better question.
7          Are you a manager of any entity
8  having as part of its name the word
9  "EuroArts"?
10      A.   I am a managing director of the
11  German holding company that holds EuroArts
12  Music International.  I am not involved in
13  any management role in any operating
14  company.
15      Q.   Could we briefly go back to
16  Exhibit 33, Mr. Kornstein's letter.  I
17  want to identify in the chart, if we
18  could, the company, German holding company
19  to which you just referred.  I'm sure it's
20  on here.  But let's make sure we agree to
21  which entity.
22      A.   EuroArts Medien GmbH.
23      Q.   That's on page 3 of 3?
24      A.   Yes.

ROBERT T. WALSTON

1
2      Q.   And that is a company that is
3  owned at the moment directly by Medici
4  Arts, B.V.?
5      A.   Correct.
6      Q.   And are you affiliated in any
7  way with Medici Arts Limited U.K.?
8      A.   No.
9      Q.   How about Ideale Audience Group
10  S.A.?
11      A.   When you say "affiliated," what
12  does that mean?
13      Q.   Are you a manager of Ideale
14  Audience?
15      A.   No.
16      Q.   Do you have any title with
17  Ideale Audience?
18      A.   No.
19      Q.   Is your only affiliation with
20  Ideale Audience as a consequence of your
21  affiliation with Medici Arts, B.V. which
22  at the moment owns Ideale Audience?
23      A.   I believe that's correct, yes.
24      Q.   Actually while we are on page 3
25  of 3, let's -- you told me about Medici

ROBERT T. WALSTON

1
2  Group.  Who are the members of Medici
3  Arts, LLC?
4      A.   I believe I am the sole member
5  of Medici Arts, LLC.
6      Q.   Medici Arts, B.V. is the Dutch
7  and Mr. Baer.  You talked about that?
8      A.   Yes.
9      Q.   To be determined acquisitions
10  USA/Canada.  That's an entity which is
11  contemplated but doesn't yet exist?
12      A.   Yes.  We have made no
13  acquisitions in the U.S. or Canada.
14      Q.   Also on page 3 of Exhibit 33 is
15  what looks like a future company which is
16  described as "licensing deal Lincoln
17  Center Library"?
18      A.   Yes.
19      Q.   What is that about?
20      A.   That is a proposed contract that
21  has not been executed with Lincoln Center.
22      Q.   Is Mr. Baer involved with that
23  in any way?
24      A.   Yes.  He was the relationship
25  builder between the company EuroArts Music

**69**

1    ROBERT T. WALSTON
2    International and Lincoln Center.
3    Q.    In Concert Productions, LLC, is
4    that a real company in the sense that it
5    actually exists and does something?
6    A.    The only thing it does is it
7    holds a license for a library of 550
8    popular music television programs.
9    Q.    When you say "popular," what do
10    you mean?
11    A.    Rock, classic rock.  Do you
12    remember "In Concert," the late-night
13    television show?
14    Q.    I do, sir.
15    A.    So it's that.  But it is
16    inactive in the sense of having employees
17    and operations.  EuroArts Music
18    International has a distribution agreement
19    with that entity, and they distribute
20    those assets in Europe and elsewhere.
21    Q.    Before we broke a while ago, you
22    testified about they, gave some reasons
23    why "they" liked the Medici name.  And I
24    forgot to ask you who the "they" was who
25    chose the name.

**70**

1    ROBERT T. WALSTON
2    A.    The European management team.
3    Q.    Do you know who they are?
4    A.    Certainly.
5    Q.    Could you tell me their names?
6    A.    The head of distribution is
7    Bernd Hellthaler.
8    Q.    Who else?
9    A.    Herve Boissiere.
10    Q.    Who else?
11    A.    That's it.
12    Q.    Do you know whether before
13    choosing this name they conducted a
14    trademark search?
15    A.    Don't know.
16    Q.    Just yes or no.  Has any company
17    in Medici Group, LLC ever sought legal
18    advice from Mr. Baer?
19    A.    I've certainly consulted with
20    Tom on matters of legal analysis on a
21    variety of issues.  I guess that would be
22    legal advice.
23    Q.    Do you know if -- I'm going back
24    to the reference in page 38 to the
25    nonexistent management board.  Also

**71**

1    ROBERT T. WALSTON
2    appearing there is a fellow by the name of
3    Heiko Burkardsmaier.  Are you acquainted
4    with this gentleman?
5    A.    Yes.
6    Q.    What does he do?
7    A.    He is the local general counsel
8    for EuroArts Medien and EuroArts Music
9    International.
10    Q.    Does he have anything to do with
11    Medici Arts?
12    A.    Occasionally we would ask him to
13    do something outside that, outside Germany
14    that could relate to Medici Arts.  But
15    that's rare.
16    Q.    How does the scope of
17    Mr. Burkardsmaier's responsibilities
18    geographically compare with those of
19    Ms. Navarro's?
20    A.    Heiko is in Germany.  He rarely
21    is involved with anything outside of
22    Germany.  Jo is responsible for the
23    financial administration of both groups.
24    So meaning the production and distribution
25    company and the IT media services company.

**72**

1    ROBERT T. WALSTON
2    So she oversees all things financial for
3    both groups.
4    Q.    Let me show you Exhibit 29,
5    which is, again, a very current download
6    from a portion of Medici Arts' Web site.
7    Excuse me.  EuroArts' Web site.  I
8    apologize.
9    Are you familiar with this, sir?
10    Have you seen it before?
11    A.    I don't recall seeing it before.
12    But it appears to be from the EuroArts Web
13    site.
14    Q.    At the very bottom -- and a part
15    of the EuroArts Web site relates to
16    Elektrofilm, does it not?
17    A.    Yes.  Well -- yes.
18    Q.    If you go to EuroArts' Web site,
19    I think there are various things you can
20    click on.  One of the options, if you move
21    the mouse and click on it, provides
22    information about Elektrofilm.  Are you
23    familiar with that?
24    A.    Yes.
25    Q.    At the bottom of Exhibit 29, it

**73**

```
1              ROBERT T. WALSTON
2   says, "In its history, the group has won
3   numerous creative awards and accolades,
4   including" and it goes on to say.
5              Can you tell me what companies
6   are in the "group" to which reference is
7   made in the Web site?
8         A.    This sentence specifically
9   refers to EuroArts Music International
10  GmbH.  If you recall the tax restructuring
11  discussion that we had about the media
12  services and the music business
13  restructuring, when we acquired EuroArts
14  Medien GmbH, EuroArts Medien itself being
15  a holding company owns EuroArts Music
16  International and a post production
17  company and two unrelated businesses.  So
18  the restructuring was designed to take out
19  of the ownership chain in the music
20  business the media services business and
21  move those to Mosaic and have the music
22  business owned by Medici Arts, LLC.  So
23  historically Elektrofilm was owned by
24  EuroArts Medien GmbH.
25        Q.    There is a reference to an Emmy
```

**74**

```
1              ROBERT T. WALSTON
2   in this Web site.  Are you familiar --
3   actually there is a reference to a series
4   of awards.  Are you familiar with any of
5   them?
6         A.    I'm familiar with the Emmy Award
7   which was won by Paul Smaczny, head of
8   production at EuroArts Music
9   International.
10        Q.    That was for production.  It had
11  nothing to do with the artist.  You can
12  win an Emmy for being an artist and you
13  can win an Emmy for being in production.
14  And this was a production Emmy.  Do I have
15  that right?
16        A.    This was an Emmy Award for the
17  production of a program in Ramallah,
18  Palestine.  So the program won the Emmy
19  Award, the content itself.  And Paul as
20  the producer, who is our head of
21  production, was the person who received
22  the award on behalf of the program that he
23  produced.
24        Q.    Do you know under what label
25  that program was marketed?
```

**75**

```
1              ROBERT T. WALSTON
2         A.    I don't know.  It was I believe
3   2006.  Produced in '05 and '06 release, if
4   my memory serves me, and would fall under
5   the EuroArts Music International
6   production slate and DVD distribution.
7         Q.    Do you know anything about the
8   two Emmy nominations?
9         A.    I don't.
10        Q.    How about the Peabody Award?
11        A.    I don't.
12        Q.    Grammy nomination?
13        A.    No.
14        Q.    National Education Award USA?
15        A.    No.
16        Q.    I'm going to show you a series
17  of downloaded pages from the following Web
18  site:  Http://Medicimedia.com.  Before I
19  show you the exhibits, are you familiar
20  with a Medicimedia.com Web site?
21        A.    No.
22        Q.    I'm going to show you Exhibit
23  39.  I'm telling you that's from where it
24  was downloaded.  And maybe you are
25  familiar with it, maybe not.  Have you
```

**76**

```
1              ROBERT T. WALSTON
2   seen that before?
3         A.    No.
4         Q.    Do you have any explanation why
5   the copyright notice of this document is
6   in the name of Medici Group?
7         A.    No.
8         Q.    Let me show you Exhibit 24, a
9   different page from the same Web site.
10  Have you seen this before?
11        A.    No.
12        Q.    Do you have any explanation as
13  to why the copyright notice is in the name
14  of Medici Group?
15        A.    No.
16        Q.    Let's look at Exhibit 23,
17  another downloaded page from the same Web
18  site, which is Medicimedia.com.  Do you
19  have any explanation as to why the
20  copyright notice on this page is in the
21  name of Medici Group?
22        A.    No.
23        Q.    And last but not least is
24  Exhibit 25.  Have you seen this one
25  before?
```

**Page 77**

ROBERT T. WALSTON

```
1
2     A.    No.
3     Q.    Any explanation as to why the
4  copyright notice is in the name of Medici
5  Group?
6     A.    No.
7     Q.    Do you know if the Medici Group
8  has registered with the United States
9  Patent and Trademark Office or elsewhere
10 any of the copyrights as to the notices
11 I've just shown you, relating to the
12 notices I've just shown you?
13    A.    No.
14    Q.    Let's look at Exhibit 40.  This
15 is from again last night.
16 Www.MediciArts.co.uk.  Are you familiar
17 with that Web site?
18    A.    Not familiar with the Web site.
19    Q.    Are you familiar with a company
20 called Medici Arts Limited?
21    A.    Yes.
22    Q.    The first page of Exhibit 40 is
23 a description of "About us."  I'd like to
24 go through this with you and find out
25 whether you know if any of it is accurate.
```

**Page 78**

ROBERT T. WALSTON

```
2  So I want you to take a chance and read it
3  and work our way through it.
4          (Witness reviews document.)
5     A.    Okay.
6     Q.    Is Medici Arts a producer and
7  distributor of music and arts related to
8  audiovisual programs?
9     A.    No.
10    Q.    It's not?
11    A.    No.
12    Q.    What is it?
13    A.    Well, it's not identified here
14 what physical entity or what specific
15 entity.  B.V. isn't identified.  The LLC
16 isn't identified.  But I can tell you the
17 only producer and distributors of music
18 and arts related to audiovisual programs
19 in our group are EuroArts Music
20 International GmbH and the Ideale Audience
21 Group.
22    Q.    Are you familiar with an
23 acquisition by one or more of the
24 companies in Medici Group, LLC of the
25 audiovisual division of IMG Artists in
```

**Page 79**

ROBERT T. WALSTON

```
2  January of last year?
3     A.    I'm familiar with the creation
4  of Medici Arts U.K. Limited to acquire the
5  assets of -- certain assets of IMG
6  Artists.
7     Q.    Was that in January 2007?
8     A.    On or about that.
9     Q.    And what entity did you create?
10    A.    We created Medici Arts Limited,
11 Medici Arts U.K. Limited, to make that
12 acquisition.
13    Q.    What was the object of the
14 acquisition?  What did you buy?  What did
15 you get for your money?
16    A.    We bought inventory; in other
17 words, CDs that had already been made.
18 And we acquired a noncompete so that IMG
19 would no longer continue in the production
20 of CDs in this area.  And we acquired
21 IMG's portion of a distribution contract
22 that they had with EMI on DVD material.
23    Q.    What was your personal
24 involvement, if any, with this
25 transaction?
```

**Page 80**

ROBERT T. WALSTON

```
2     A.    To review the due diligence
3  material that was prepared for me.  To
4  approve the price which was offered.  And
5  I had one meeting with the finance
6  director at IMG, a lunch meeting, to
7  essentially make the deal conceptually
8  which was then executed by others.
9     Q.    Within the last two years in
10 connection with this or any other
11 transaction, have you been involved in
12 activities whose goal was to raise money
13 for the business of Medici Group, LLC or
14 any of its affiliates?
15    A.    Yes.
16    Q.    Were you successful in obtaining
17 either loans or some other form of
18 investment?
19    A.    Yes, we were successful in
20 obtaining financing from our current
21 members and expanding the member group and
22 the bank financing.
23    Q.    In connection with soliciting or
24 seeking these investments, did you provide
25 investors and potential investors with any
```

81

```
1    ROBERT T. WALSTON
2    writing that described the use of proceeds
3    of their investment?
4        A.    We provided financial
5    statements.  And I met with them to
6    describe what we were doing in the
7    business.
8        Q.    You never provided them with any
9    writing that said, in the English language
10   that says this is what we have done and
11   this is what we propose to do?
12       A.    I prepare typically a PowerPoint
13   presentation to advise our members of what
14   is happening in the business.
15       Q.    How often do you prepare those
16   PowerPoint presentations?
17       A.    About once a year.
18       Q.    In order of magnitude, again all
19   of this is confidential, about how many
20   investors are there?
21       A.    I listed them for you.
22             MR. KORNSTEIN:  Those are the
23   members.
24       Q.    That's it.  Period?
25       A.    That's it.
```

82

```
1    ROBERT T. WALSTON
2        Q.    And these people invested in
3    which entity?
4        A.    They are invested in both
5    businesses.  So Mosaic and Medici Arts.
6        Q.    But they are not members of
7    Group, LLC?
8        A.    They are members of Group, LLC.
9    The common thread between the two entities
10   is the shareholder group.
11       Q.    When is the last time you
12   prepared a PowerPoint presentation?
13       A.    I don't recall.  But within the
14   last year.
15       Q.    Do you remember what the first
16   slide says?
17       A.    No.
18       Q.    Does it say "Medici Group, LLC"?
19       A.    I don't recall.
20       Q.    Do you recall discussing in the
21   last year with members the topic of
22   launching a "new label"?
23       A.    No.
24       Q.    What role, if any, have you
25   played in connection with Medici Arts U.K.
```

83

```
1             ROBERT T. WALSTON
2    Limited after the acquisition?  You told
3    me about the acquisition.  I don't mean to
4    take you back over that road.
5        A.    Only reviewing financial
6    results.
7        Q.    Do you know if it's possible to
8    purchase from a Medici Arts U.K. Limited
9    Web site the recordings that bear a
10   trademark or bear the name "Medici" on
11   their packaging?
12       A.    I don't know.  I've never done
13   it.
14       Q.    Let's look at Exhibit 26.  First
15   one is have you seen it before?
16       A.    I don't recall seeing it before.
17       Q.    Who is in charge of preparing
18   press releases issued out of your Burbank
19   facilities?
20       A.    There is no such person.
21       Q.    Look at the bottom of this
22   exhibit.  Your name appears with the title
23   "Chief Executive Officer of Elektrofilm
24   Group."  Do you see that?
25       A.    Mm-hmm.
```

84

```
1             ROBERT T. WALSTON
2        Q.    What is Elektrofilm Group?
3        A.    Let's see.  The date of this is
4    April '06.  In April '06, the media
5    services operations consisted of the
6    Burbank business, which was a startup, and
7    the German operation in Berlin.  And I
8    believe the Munich operation had been
9    acquired in January.  So Berlin, Munich,
10   Los Angeles.  Three facilities.
11       Q.    Is the "Elektrofilm Group" a
12   juridical entity, a company?
13       A.    No.
14       Q.    It's just a shorthand for some
15   combining of things ultimately owned by
16   Medici Group, LLC?
17       A.    Yes.
18       Q.    With respect to your testimony a
19   moment ago, if you look at the upper
20   left-hand corner of this exhibit, there is
21   a reference -- you mentioned Berlin, you
22   mentioned Munich, you obviously mentioned
23   Burbank.  There is a reference to
24   Stuttgart.  Should that have been included
25   in your testimony?
```

85

ROBERT T. WALSTON

1
2      A.    Stuttgart is a -- yes, it's a
3  very small location with five or six
4  people.  But there are services provided
5  there.  From a financial point of view, we
6  get next to nothing out of Stuttgart.  So
7  it doesn't rise to my level of scrutiny.
8      Q.    Can you explain the reference in
9  this exhibit to "TMT"?  I recognize
10  Munich, Berlin and Stuttgart.  TMT, I've
11  never gone there on my vacation.
12      A.    TMT is the facility in Munich.
13  Taurus Media Technique.
14      Q.    Let's look at Exhibit 27.  Do
15  you recognize this?  Have you seen it
16  before?
17      A.    I don't recognize it.
18      Q.    There is a reference in the
19  first sentence to Medici Arts, B.V. Group.
20  Do you see that?
21      A.    I do.
22      Q.    Let's go back to Exhibit 33,
23  which includes the corporate chart.  The
24  Medici Arts Group, I'm going to work from
25  page 3 back, includes everything?

86

ROBERT T. WALSTON

1
2      A.    Medici Arts, B.V.
3      Q.    Medici Arts, B.V.
4      A.    There is no group.
5      Q.    I'll start again.  Plaintiff's
6  Exhibit 27 refers to "The Medici Arts,
7  B.V. Group."  I'm trying to figure out to
8  what companies that references.  And to do
9  that, I have looked back to the table
10  which is part of Exhibit 33.  And I'm
11  going to work from the last page forward.
12          Is it not accurate to say that
13  Medici Arts, B.V. owns everything on this
14  page other than Medici Group, LLC and
15  Medici Arts, LLC USA, either in whole or
16  in part?
17      A.    That was a long question.
18      Q.    I'm trying to figure out what
19  companies below the line are owned by
20  Medici Arts, B.V.  And my theory is all of
21  them are.  On page 3.  Correct?
22      A.    You are looking at this?
23      Q.    Yes.  I'm looking at that.  I'm
24  looking at page 3.
25          I'm correct in my understanding

87

ROBERT T. WALSTON

1
2  that the only thing on page 3 that Medici
3  Arts, B.V. did not own or does not own, I
4  should say, subject to working out the tax
5  thing, is Medici Group, LLC and Medici
6  Arts, LLC USA, correct?
7      A.    Let me clarify that.  At the
8  time this exhibit, what you have here in
9  Exhibit 27, if you see the EuroArts Medien
10  GmbH Germany holding company.
11      Q.    I don't see that.
12          MR. KORNSTEIN:  He meant 33.
13          MR. BAINTON:  I'm sorry.  I
14  apologize.
15      Q.    I do see that.  It's down the
16  chain a bit.
17      A.    At the time, Elektrofilm Berlin,
18  TMT Munich, and the Stuttgart facility
19  that you reminded me of and the fourth
20  location in Potsdam -- which is basically
21  adjacent to Berlin, so I refer to them as
22  Berlin -- were owned in the EuroArts
23  Medien GmbH group, which was then in turn
24  owned by Medici Arts, B.V.
25      Q.    Okay.

88

ROBERT T. WALSTON

1
2      A.    So the restructuring of the
3  business has now transferred the media
4  services assets into its own ownership
5  structure with a -- I think we have that.
6  Yes.  We have that on page 2 of 3 -- with
7  a new German holding company, Mosaic
8  Digital Studios GmbH.  You see the German
9  facilities underneath it.
10      Q.    You in your answer I believe
11  referred to "at the time."  What do you
12  mean at the time?
13      A.    What I mean is at the time this
14  was written.  It hasn't been updated.  I
15  don't know how current this is.
16  Elektrofilm is not today part of the
17  Medici Arts, B.V. group.  It's part of its
18  own Mosaic Digital Studios group.
19      Q.    Just in fairness, I really was
20  trying to think of a way that we could
21  have done this with a big screen and a
22  computer.  But I can tell you timewise and
23  represent to you that Exhibit 27 was
24  downloaded and printed last night.
25      A.    It's never been updated.

---

**89**

ROBERT T. WALSTON

```
 2    Q.   So it's inaccurate?
 3    A.   It's inaccurate.
 4    Q.   I understand.  I think I now
 5  follow you.  I'm not trying to be thick.
 6  I'm coming back to page 2 of 3.
 7    A.   Yes.
 8    Q.   Your point is that, if I come
 9  down the middle of the page, I find my way
10  to Mosaic Digital Studios GmbH.  I go down
11  the tree a bit and find Elektrofilm post
12  production facilities GmbH.
13    A.   That's right.
14    Q.   The reference in Exhibit 27 to
15  simply Elektrofilm is more precisely a
16  reference to Elektrofilm post production
17  facilities GmbH.  Do I have that right or
18  have I misunderstood you?
19    A.   You have that right.  It's
20  actually referencing the Munich TMT
21  Berlin.
22    Q.   I don't see.  Munich, Berlin.
23  Yes, I see that.
24    A.   Burbank.  Those are the media
25  services facilities that were part of the
```

---

**90**

ROBERT T. WALSTON

```
 1  Medici Arts, B.V. group that are no longer
 2  part of the Medici Arts, B.V. group.
 3    Q.   Staying on page 2 of the
 4  organizational chart, who owns the
 5  facilities in Burbank?  Certainly not the
 6  German group.
 7    A.   No.  You see Elektrofilm, LLC.
 8  It's owned by Mosaic Digital Studios, LLC.
 9  That's who owns the Burbank operation.
10    Q.   So Elektrofilm, LLC USA has the
11  Burbank facility?
12    A.   Yes.
13    Q.   Do you think it would be fair to
14  include the Burbank facility and the
15  German facilities within the reference
16  that appears on the current Web site to
17  positioned internationally as a company of
18  a group?
19    A.   Yes.  But not that one.
20    Q.   But not this one.  Okay.  So
21  it's just inaccurate.  I follow you.  I
22  really do.
23    A.   So all Medici Group owns is
24  Mosaic Digital Studios, LLC and Medici
```

---

**91**

ROBERT T. WALSTON

```
 1  Arts, LLC, those two LLCs, which in turn
 2  own everything else in their respective
 3  business units.
 4    Q.   Let's look at Exhibit 28.  I put
 5  a pen mark next to the paragraph I want to
 6  talk about.  This is, again, last night
 7  download from the Web site.  It says, "As
 8  businesses and technologies converge at a
 9  dizzying pace, Elektrofilm is ready to
10  guide content owners, producers and
11  distributors worldwide through the digital
12  evolution."
13    Can you explain what the notion
14  of businesses and technologies converging
15  at a dizzying pace means?
16    A.   What is happening in the media
17  entertainment industry generally is that
18  television programs, feature films are
19  captured on physical media.  So feature
20  film is still today captured on film
21  stock.  Many television programs are also
22  captured on film stock.  Some are captured
23  on videotape.  But the majority of the
24  programs we see here in the United States
```

---

**92**

ROBERT T. WALSTON

```
 1  originate on film.  And the distribution
 2  of those assets is, I think, referring to
 3  the dizzying pace of digital delivery
 4  requirements.
 5    So, for example, if you want to
 6  look at a download of a television show on
 7  your video iPod or you see a clip of a
 8  movie on your cell phone or you see any
 9  broadcast of that, of a TV show or a film,
10  that has been converted from its original
11  capture media to distribution media in
12  what is literally a dizzying array of
13  distribution formats.
14    Q.   Would you agree that the future
15  of the audiovisual industry is moving
16  toward downloads and sooner or later
17  record stores are not going to be around
18  anymore?
19    MR. KORNSTEIN:  Objection to
20  form.
21    Q.   I'll fix the question.  Would
22  you agree that the trend in the
23  audiovisual industry is toward downloading
24  as opposed to purchasing physical things
```

93

ROBERT T. WALSTON

2  such as Exhibit 18?

3      A.    I think that the --

4          MR. KORNSTEIN:  I just note an

5  objection.  You may answer.

6      A.    I think that the -- I think it

7  depends on what content it is.  But I

8  think generally speaking, digital

9  distribution is more efficient, more cost-

10 effective, and can actually result in the

11 creation of a physical asset.  I just

12 think between the capture of the media

13 itself and between the consumer, the

14 process of getting there is becoming more

15 efficient and quicker, aided by digital

16 technology.

17     Q.    And am I right -- because you

18 have forgotten more about the subject than

19 I know -- digital technology involves

20 transmission, for example, via the

21 Internet.  Am I right in understanding

22 that that's what you are saying?

23     A.    Not always.

24     Q.    But the majority of the time?

25     A.    Well, the Internet does not yet

94

ROBERT T. WALSTON

2  give you the ability to see content in its

3  native high-resolution form, nor does it

4  give you the ability to view it

5  comfortably on your television set in its

6  high-resolution form.  So the Internet has

7  some very significant limitations.  So in

8  the context of classical music and arts,

9  content quality is a major issue.

10     Q.    Right.

11     A.    So the ability to access that

12 and watch a program on your screen is

13 interesting but does not yet provide the

14 full experience of what can be seen on

15 broadcast television today.

16     Q.    I think I understand.  Let me

17 quit while I'm ahead.  I think I

18 understand.

19          Exhibit 30.

20          (Witness reviews document.)

21     A.    Okay.

22     Q.    This is a press release of, I

23 guess, November 2, '06.  Correct?

24     A.    Yes.

25     Q.    Reference to you again as "Chief

95

ROBERT T. WALSTON

2  Executive Officer of Elektrofilm Group,"

3  correct?

4      A.    Yes.

5      Q.    That's advertising hyperbole.

6  There is no Elektrofilm Group, Inc. and

7  you are not a chief executive officer of

8  anything formally?

9      A.    Correct.

10     Q.    Now, are the remarks attributed

11 to you correct?  Did you say in substance

12 those words?

13     A.    This particular quote in this

14 press release was provided to me.  I

15 approved it, this particular quote, my

16 portion of it.

17     Q.    I'm only focused on this one

18 paragraph by which I've drawn a line for

19 you.  It says "Robert T. Walston, Chief

20 Executive Officer of Elektrofilm Group

21 stated."  So the quote is accurate?

22     A.    The quote is accurate.

23     Q.    To what were you referring when

24 you referred to "our core competencies"?

25 First of all, who is "our"?

96

ROBERT T. WALSTON

2      A.    The member companies in the

3  media services segment of the business.

4      Q.    And that would be -- are we back

5  to page 2 of the chart?

6      A.    We are back to page 2 of the

7  chart.

8      Q.    So the "our" is the companies

9  that appear on page 2 of the

10 organizational chart, correct?

11     A.    That's correct.

12     Q.    The core competencies are what?

13     A.    Digitization of content.  So

14 turning that original master film element

15 into a digital form.  The restoration of

16 original material.  The editing and

17 repurposing of the original material for

18 digital distribution.  And similar

19 services.  Those are the competencies of

20 the media services group.

21     Q.    What is the "global services

22 platform"?

23     A.    We have at the time covered the

24 U.S. and Europe.  So we spent a fair

25 amount of time between Los Angeles and

97

ROBERT T. WALSTON

Munich and Berlin making sure that the
companies are working together.  So we
viewed it as a, where those facilities are
resident, a platform.

Q.    So the platform refers to where
the companies are located, not where the
customers are located?

A.    Right.

Q.    Where are the customers located?

A.    In Germany.  Most of the clients
are from Germany, operate in Germany and
are German companies.  I would say a small
minority of the business done in Germany
originates from the major U.S. studios who
are distributing product in Europe, their
content in Europe.  And in Burbank, which
is the heart of the U.S. entertainment
industry, our clients are the major
studios.  So Walt Disney Company, Warner
Brothers, Universal Studios, Sony
Pictures, MGM.  All located within a very
short distance from our facility in
Burbank.

Q.    I gather from your earlier

98

ROBERT T. WALSTON

testimony you haven't seen that.  If we
opened Exhibit 18, we would find that to
be inside.

MR. KORNSTEIN:  You are
referring to exhibit number?

MR. BAINTON:  Right.

MR. KORNSTEIN:  It's Exhibit 20.

Q.    I'm talking about Exhibit 20.
And I'm saying if we opened up Exhibit 18
and took the shrink-wrap off, I'm telling
you we would find a pamphlet or booklet
identical to Exhibit 20.

A.    Okay.

Q.    If you look in the back page,
you see Mr. Baer gets credit.  The very
back page.  It should be right next to
that green tab, which is why the green tab
is there.

A.    Yes.

Q.    Do you know why Mr. Baer got
credit for this production?

A.    He was involved very early in
the process with the New York Philharmonic
and was really responsible for the

99

ROBERT T. WALSTON

connection between the New York
Philharmonic and the company that actually
produced it, EuroArts Music International.

Q.    If you turn the page over, you
will find they get some credit too.

A.    I'm sorry?  Where?

Q.    If you turn the page, I can show
it to you, you will find that EuroArts
Music International GmbH also gets some
credit in that exhibit.

A.    Right.

Q.    To your knowledge, did or does
Mr. Baer have a financial interest in this
production, the creation of Exhibit 18?

A.    None that I'm aware of.

MR. BAINTON:  Can we take like
ten minutes to go collect my thoughts?  I
think we are almost finished.

(Recess:  12:31 to 12:44 p.m.)

Q.    We talked a little bit before
about labels.  And I'm going to mention
some names to you, and I'd like you to
tell me if you recognize them as being a
"label."  Sony.  Is that a label?  Do you

100

ROBERT T. WALSTON

recognize Sony as a label?

A.    Personally I don't.  It has a
corporate meaning to me.

Q.    How about BMG-RCA?

A.    Same thing for me.

Q.    Does the phrase "Naxos/Marco
Polo" mean anything to you?

A.    No.

Q.    Warner?  Do you recognize Warner
as a label?

A.    I recognize the corporation
Warner.

Q.    But Warner -- the answer is
whatever the answer is, sir.  But we did
talk about labels.  And I'm curious if any
of these names you recognize as a label.
And Warner is one.  Do you recognize
Warner as a label?  Yes or no?

A.    Personally, I recognize Warner
as the corporate entity it is.

Q.    I understand that.  But do you
recognize it as a label?

A.    No.  Warner is a music company.

Q.    Hyperion Records?

101

ROBERT T. WALSTON

1
2       A.      No.
3       Q.      Acadia?  Same question.
4       A.      No.
5       Q.      Harmonia Mundi?  Actually I'll
6   withdraw that one.
7               Does the phrase "Nascor and
8   Naxos" mean anything to you?
9       A.      No.
10      Q.      Does Nascor mean anything to
11  you?
12      A.      No.
13      Q.      Naxos is a distributor?
14      A.      Naxos is the distributor, yes.
15      Q.      EMI?
16      A.      Record company.
17      Q.      But not a label?  The question
18  is:  Do you recognize EMI as a label?
19  When used in a sentence, "So and so
20  records on EMI," have you ever heard that
21  phrase?
22      A.      Yes.  "I have a recording
23  contract with EMI."
24      Q.      But you don't recognize that?
25      A.      I'm just the wrong person to ask

ROBERT T. WALSTON

1
2   about labels.  I recognize the corporate
3   entity.
4       Q.      Do you recognize Warner as a
5   name that sometimes appears on packaging
6   containing recordings?
7       A.      I presume it does.  I have no
8   specific knowledge.  I have never bought
9   or recall buying anything because it had a
10  Warner label.  So it's just not relevant
11  to me.
12      Q.      Okay.  Are you aware that
13  recordings can be purchased via
14  third-party Web sites?
15      A.      Yes.
16      Q.      Have you ever heard of a company
17  called or a distributor called Qualiton
18  Imports, Ltd.?
19      A.      No.
20      Q.      How about Musikwelt?
21      A.      No.
22      Q.      Metronome?
23      A.      No.
24      Q.      The Web site address for
25  Qualiton is www.qualiton.com.  I assume

103

ROBERT T. WALSTON

1
2   the same answer.  You never heard of it?
3       A.      No.
4       Q.      The Musikwelt Web site is
5   www.musikwest-oneline.net, much means
6   nothing to you?
7       A.      No.
8       Q.      Have you heard of a record
9   distributor called Stradivarius at
10  Stradivarius.it as a purveyor of
11  recordings on the Internet, that can be
12  purchased via the Internet?
13      A.      No.
14      Q.      I'm going to show you Exhibit 44
15  and you ask to turn to page 42, which the
16  top page is a DVD review.
17              MR. BAINTON:  Dan, I only have
18  two copies.  So you have to share.
19              MR. KORNSTEIN:  That's okay.
20      Q.      You come to the line just above
21  the name Robert Dumm, who is a reviewer.
22  You will see in parentheses the phrase or
23  the numerals (VAIM50019).  Do those
24  numbers have significance to you?
25      A.      No.

104

ROBERT T. WALSTON

1
2       Q.      Are you familiar with the
3   publication "Clavier"?
4       A.      No.
5       Q.      Could you tell me a little bit
6   more about what you described as
7   Mr. Baer's relationship with the New York
8   Philharmonic Orchestra, as you understand
9   it?
10      A.      As I understand it, he has a
11  relationship with the music director.
12      Q.      Mr. Maazel?
13      A.      Yes.  I believe it's social.
14  And I think he and Mr. Maazel discussed
15  the upcoming Pyongyang trip.  And out of
16  that came a production for EuroArts Music
17  International.
18      Q.      Do you know if there have been
19  any other discussions with Mr. Baer
20  regarding recording future performances
21  for the New York Philharmonic?  Is there
22  anything on the table subject to
23  discussion of which you are aware?
24      A.      Not that I'm aware of.  It's
25  possible, but I'm not aware of it.

105

ROBERT T. WALSTON

Q.    How did you first learn about
the North Korean opportunity?

A.    Sometime before the actual
performance, I recall Tom telling me that
the New York Phil might be interested in
recording it.  So it was some months
before the actual performance.

Q.    I would think preparing to
record this performance, particularly in
North Korea, took a bit of planning,
didn't it?

A.    As I recall, it came together
fairly quickly, I think perhaps more
quickly than would be our typical
production cycle.  I recall Tom telling me
how difficult it was to actually get the
equipment up to Pyongyang, all of it was
brought in from South Korea by a South
Korean broadcaster, and just how difficult
it was making those arrangements with the
North Korean government.  But that's the
extent of my -- it's anecdotal.  It was
some cheerleading from me.  "What a great
job, guys."

---

106

ROBERT T. WALSTON

Q.    Would you characterize your role
in connection with this achievement merely
that of a cheerleader?

A.    My role, again, is financial.
So they presented to me a budget summary
of what it was going to cost, the income
that we would expect to derive from it,
and if it met -- which it met our
criteria.  And the product was approved.

Q.    Was the notion of offering it
for sale under the Medici Arts trademark,
as appears in the lower right-hand corner
of Exhibit 18, discussed with you?

A.    No.

Q.    When did you first learn, other
than this morning, that this recording was
being offered for sale and packaging
bearing the name "Medici Arts"?

A.    First time I saw it today.

Q.    Are you aware that other
recordings bearing the words "Medici Arts"
on their packaging are currently being
offered for sale?

A.    I'm aware of what is going on on

---

107

ROBERT T. WALSTON

the Web site.  I have no specific
knowledge of individual programs that bear
the Medici Arts name.  That's a decision
that is made in Berlin.

Q.    By?

A.    Mr. Hellthaler.  And in Paris
Mr. Boissiere.

Q.    Are you aware that recordings
are being offered for sale and sold in
packaging bearing the words "Medici
Masters"?

A.    Yes.

Q.    Would you agree with me that
Exhibit 4 is typical of such packaging?

A.    Yes.

Q.    Let me show you Exhibit 9 and
direct your attention to the back of the
packaging, which contains the words
"Medici Arts."  Are you aware that
recordings in packaging similar to this
are being offered for sale and sold?

A.    I see it here.

Q.    But other than seeing it here,
you have no information?

---

108

ROBERT T. WALSTON

A.    I have no involvement in
defining how and when the Medici Arts name
is attached to specific content.  That's
in the operating company.  I'm a
shareholder.

MR. BAINTON:  That's it.  We are
going to work through some of these
recordings and the receipts, but we don't
need to waste Mr. Walston's time when we
do that.  So I thank you for your time and
I thank you for the coffee.

MR. KORNSTEIN:  No cross-
examination.

(Time noted:  1:00 p.m.)

-----------------------------

ROBERT T. WALSTON

Subscribed and sworn to before me
this      day of          , 2008.

-----------------------------.

C E R T I F I C A T I O N

        I, JOSEPH RAVENELL, a Court Reporter
and a Notary Public, do hereby certify
that the foregoing witness, ROBERT T.
WALSTON, was duly sworn on the date
indicated, and that the foregoing is a
true and accurate transcription of my
stenographic notes.

        I further certify that I am not
employed by nor related to any party to
this action.


                _____
                JOSEPH RAVENELL

---

LITIGATION SUPPORT INDEX

DIRECTION TO WITNESS NOT TO ANSWER

Page       Line  Page       Line


                (None)


REQUEST FOR PRODUCTION OF DOCUMENTS

Page       Line  Page       Line


                (None)


INFORMATION TO BE FURNISHED

Page       Line  Page       Line


                (None)

---

111

                ERRATA SHEET
NAME OF CASE:  MEDICI CLASSICS v. MEDICI
                      GROUP
DATE OF DEPOSITION: MAY 21, 2008
NAME OF DEPONENT: ROBERT T. WALSTON

PAGE   LINE(S)   CHANGE            REASON

___  |  _____  |  _____  |  _____
___  |  _____  |  _____  |  _____
___  |  _____  |  _____  |  _____
___  |  _____  |  _____  |  _____
___  |  _____  |  _____  |  _____
___  |  _____  |  _____  |  _____
___  |  _____  |  _____  |  _____
___  |  _____  |  _____  |  _____
___  |  _____  |  _____  |  _____
___  |  _____  |  _____  |  _____
___  |  _____  |  _____  |  _____
___  |  _____  |  _____  |  _____
___  |  _____  |  _____  |  _____

                ROBERT T. WALSTON

SUBSCRIBED AND SWORN TO
BEFORE ME THIS   DAY OF  _____  , 2008.

_____
(NOTARY PUBLIC)

---

1

**A**

Abbado 51:19
ability 94:2,4,11
able 27:11 28:22
Absolutely 48:6
Acadia 101:3
access 94:11
accolades 73:3
accurate 7:22 8:11
  15:12,21 16:6
  38:19 40:9,19
  41:12 54:24 77:25
  86:12 95:21,22
  109:11
accurately 29:19
achievement 106:3
acknowledgment
  31:21 62:8
acquire 29:2 42:10
  42:24 79:4
acquired 45:3,6
  58:14 73:13 79:18
  79:20 84:9
acquisition 12:4
  18:14,22 22:5
  38:11 45:8 46:18
  58:13,23 59:17
  78:23 79:12,14
  83:2,3
acquisitions 59:5,20
  68:9,13
acronym 63:24
action 109:15
activities 61:18 65:2
  65:5 80:12
activity 32:3 50:14
  55:23 105:4,8
add 43:23
addition 41:17
address 61:8 102:24
addressed 23:2
addresses 28:20

adjacent 87:21
administration
  71:23
advertising 95:5
advice 70:18,22
advise 81:13
affiliated 21:19 67:6
  67:11
affiliates 80:14
affiliation 13:20
  44:23 47:21 67:19
  67:21
ago 4:11 18:2 69:21
  84:19
agree 5:19 7:5 66:21
  92:15,23 107:14
agreed 3:5,10,14
  33:5
agreement 31:8,18
  69:18
ahead 16:17 94:17
aided 93:15
aired 32:25
al 1:9
alignment 26:4
ambition 50:3
America 54:21 61:7
  105:3,5
amount 96:25
analysis 70:20
anecdotal 105:23
Angeles 10:24 11:8
  15:25 16:14 65:9
  84:10 96:25
annual 39:23 40:4
annually 51:3
answer 5:12 16:20
  29:19 56:24 65:16
  80:18 93:5 100:14
  100:15 103:2
  110:5
anymore 53:12
  54:12 92:19
apologize 15:15
  16:15,21 27:10

64:16 72:8 87:14
appeal 56:8
appear 96:9
appearing 71:2
appears 57:23 60:14
  61:14 63:3 72:12
  83:22 90:17 102:5
  106:13
appointed 36:25
  37:22,24 38:18,24
appropriate 5:12
approve 80:4
approved 20:3,7
  58:9 95:15 106:10
approving 12:17
approximate 37:17
approximately
  50:20 51:3 59:2,24
approximating
  37:15
April 23:2 84:4,4
archival 55:20
archive 52:8
archives 52:7,14
  53:18 54:2
area 58:13 79:20
arrangements
  65:17 61:17
arrangement 21:2
  107:18
array 92:13
art 27:16,22 55:23
  74:11,12
artists 27:17 28:17
  35:4 54:4 55:6,18
  56:17 78:25 79:6
arts 8:8,19,23 11:4
  15:7,11,20,24 16:3
  16:12,13,22 17:4,5
  23:6,12,14,20,25
  26:7,8 30:4,6
  31:22 36:17 40:3,9
  40:22 42:20 49:18
  49:22 52:10,16
  53:5 56:19 57:2,16
  57:24 67:4,7,21

68:3,5,6 71:11,14
  72:6 73:22 77:20
  78:6,7,18 79:4,10
  79:11 82:5,25 83:8
  85:19,24 86:2,3,6
  86:13,15,20 87:3,6
  87:24 88:17 90:2,3
  91:2 94:8 106:12
  106:19,22 107:4
  107:20 108:3
aside 7:4
asked 25:22 60:19
asking 56:9
assess 56:9
asset 31:20 93:11
assets 24:2,16 25:10
  26:3,10 62:16
  69:20 79:5,5 88:4
  92:3
associated 55:6
assume 4:14 5:21
  102:25
Assuming 38:12
attach 18:23
attached 108:4
attempting 7:20
attention 21:2
  107:18
Attorneys 2:5,13 3:5
attraction 57:12
attributed 95:10
attributes 26:13
Audience 42:9,22
  48:25 50:10,23
  51:5,14,22 58:15
  67:9,14,17,20,22
  78:20
audio 52:7
audiovisual 16:4
  42:10,12,24 43:15
  49:21 78:8,18,25
  92:16,24
August 8:5 15:9,18
author 13:5
authorities 39:24

authority 41:8,9
available 5:6
Avenue 1:15 61:9
average 31:6
award 74:6,16,19,22 75:10,14
awards 13:7
aware 5:21 99:16 102:12 104:23,24 104:25 106:21,25 107:9,20
a.m 1:12 64:20

**B**

B 4:2
back 9:9 11:14 31:25 34:14 36:9 42:5 45:23 47:4 54:7 66:16 70:23 83:4 85:22,25 86:9 89:6 96:4,9 98:15 98:17 107:18
background 27:7
badly 47:2
Baer 18:6 21:16 22:11,16 36:10,15 36:16 38:14 40:7 40:20 41:19 45:12 46:6,18 47:21 68:7 68:22 70:18 98:16 98:21 99:14 104:19
Baer's 18:4 60:14 61:8 104:7
BAINTON 2:4,8 4:7 5:19 48:6 87:13 98:7 99:17 103:17 108:7
Balkans 36:23
bank 80:22
Bardet 51:8
Barenboim 51:20
base 44:20
based 30:25

basically 27:14
Bates
BBC 52:7 53:19 54:3
BBC's 52:8
bear 83:9,10 107:3
bearing 106:19,22 107:11
becoming 93:14
beginning 8:21
begins 22:17
behalf 74:22
belief 50:2
believe 7:6 10:15 13:4,16 22:22 35:18 45:23 67:23 68:4 75:2 84:8 88:10 104:13
benefit 23:4 63:19
Berlin 15:25 33:15 51:18 84:7,9,21 85:10 87:17,21,22 89:21,22 97:2 107:5
Bernd 63:13,13,19
best 11:5 12:21
better 39:5 47:11 66:7
big 88:21
Bill 46:14
bind 41:3
blt 27:7 87:16 89:11 99:21 104:5 105:11
BMG-RCA 100:5
board 39:3,7,11 46:5 62:12,24 63:8 63:12 65:22,24 70:25
Boisiere 70:9 107:8
bold 49:17
boldface 62:23 63:3
booklet 98:12

bottom 14:18 22:17
bought 79:16 102:8
box 35:13
Brad 10:10
break 42:19
brief 6:10
briefly 23:5 66:16
broad 16:8 44:15
broadcast 16:4 33:2 33:4,21 53:22 92:10 94:15
broadcaster 31:11 31:12 105:20
broadcasters 13:20
broader 59:8
broadly 24:13
Broadway 2:6
broke 69:21
Brothers 97:21
brought 47:5 105:19
Brown 10:10
budget 106:6
builder 68:25
building 40:17 41:15
bunch 27:16
Burbank 83:18 84:6 84:23 89:24 90:6 90:10,12,15 97:17 97:24
Burkardsmaier 71:3
Burkardsmaier's 71:17
business 4:18,20,23 5:3 7:24 10:21 11:2,5,10 17:22 25:16 26:13 27:9 29:4 30:20 54:12 54:15,20,23 55:2,4 57:9 58:19,24 60:5 61:18 65:6,7 73:12 73:20,20,22 80:13

**C**

C 2:2 109:2,2
call 25:8 53:13,14 54:22
called 22:5 77:20 102:17,17 103:9
camera 31:13 32:10 32:13
Canada 68:13
capability 62:2
capacity 45:17
capital 12:23 58:7
capture 26:18 92:12 93:12
captured 32:10,16 91:20,21 91:23,23
cards 4:18,20,23 5:3
carry 5:3
carrying 4:18
case 1:4 27:16 47:13 53:5
catalog 50:20 51:25 52:6
caught 40:24
CD 34:10 51:25 52:6

52:20 54:6 55:22
caused 47:3
cautioned 56:22
cd 92:9
Center 18:18 68:17 68:21 69:2
Centre 12:5
CEO 20:14 45:7,18 63:9
ceremonial 18:25 41:10
certain 8:10 61:18 79:5
certainly 16:24 41:6 41:19 66:18 70:4 70:19 90:6
certify 109:7,13
cetera 31:15
CFO 63:23
chain 23:13 73:19 87:16
chairman 18:24 19:2 20:18 40:8,22 41:20,22 45:7,13 45:17 46:2,4,7,11 46:12
challenged 48:2
chance 78:2
CHANGE 11:11
characterize 56:8 106:2
charge 43:9 83:17
chart 7:8,14,22 9:10 9:13 19:17 66:18 85:23 90:5 96:5,7 90:10
charts 6:25
cheerleader 106:4
cheerleading 105:24
chief 19:15,18,24 20:5,9,14 45:10,13 63:24 65:8 83:23 94:25 95:7,19
choosing 30:13
chose 69:25

chosen 41:22
claiming 26:22
claimed 36:13
clarify 36:12 87:7
classic 16:3 69:11
classical 35:4 42:11 42:25 43:11 94:8
CLASSICS 1:6 111:3
Claudio 51:18
Clavier 104:3
clear 26:6
clearly 25:5,13
click 72:20,21
client 44:20
clients 97:11,19
Clinton 36:22
clip 92:8
closing 12:23 59:19
coffee 108:12
collect 34:12 99:18
collectors 54:13
combining 84:15
come 58:8 89:8 103:20
comes 58:20
comfortably 94:5
coming 11:14 89:6
comment 16:24
comments 13:17
committed 58:2
common 25:16 49:8 49:13 82:9
companies 17:7 18:10 23:13 25:13 26:5,8 29:2,12 42:9,23 49:7,12 50:4,6,13,15,18,24 51:10,21,23 52:4 52:17 55:11 73:5 78:24 86:8,19 96:2 96:8 97:3,7,13

16:25 17:9,12 23:10 103:12
25:6,8 29:9,14,20 36:18 37:21 41:2,3 41:15,25 42:14 43:19 44:3,19 45:6 45:18,22 46:16 47:22 48:23 50:4,6 50:15 51:6,15 53:2 58:3,11,20 59:3,10 59:13,21 60:2,9 62:2,15 64:10,12 64:15 65:10 66:12 66:15,19,19 67:2 68:15,25 69:4 70:16 71:25,25 73:15,17 77:19 84:12 87:10 88:7 90:18 97:20 99:3 100:24 101:16 106:14
company's 48:22
compare 71:18
comparing 56:12
competencies 95:24 96:12,19
complete 32:23 33:23
completely 6:16
completion 44:11
comprises 57:24
computer 88:22
conceptually 80:7
concert 31:17 33:19 61:20 62:3 69:3,12
concludes 21:5
conducted 17:22 70:13
confidential 5:11,18 81:19
confidentiality 5:6 5:14

connection 5:24 49:3 80:10,23 82:25 99:2 104:9
consecutive 48:15
consequence 45:20
consist 7:8
consisted 84:5
consistent 38:5 83:25
consisting 52:7
constituted 39:3,7 39:10
construed 56:14
consultant 17:18,23 18:6,7,11 45:12,15 45:19 46:7,19,24 62:2
consulted 49:3 70:19
consulting 18:12
consumer 27:11 28:22 32:9 33:25 56:9 93:13
contact 14:11
containing 102:6
contains 107:19
contemplated 68:11
contemplation 6:4 48:17
content 25:7 29:5,6 33:6 35:17 42:10 42:13,15,24 43:15 44:10,12,14 50:20 53:23 74:19 91:15 91:17 93:7 94:2,9,9 97:17 108:4
contention 23:11
context 44:8,12 54:17 56:12,22 58:6 59:4 94:8
continue 70:19
continued 46:17
continues 22:18
continuously 39:15
contract 41:4 68:20

**4**

79:21 101:23
converge 97:4
converging 91:15
conversation 6:10
converted 92:11
copies 34:4 35:22 108:13
copyright 76:5,13 76:20 77:4
copyrights 77:10
core 95:24 96:12
corner 84:20 106:13
Corp 22:5
corporate 19:4 40:11,12 85:23 100:4,21 102:2
corporation 26:17 100:12
correct 8:4,6,7,23 9:3,17 24:23 28:14 59:17 64:22 65:19 65:23 66:5 67:5,23 86:21,25 87:6 94:23 95:3,9,11 96:10,11
corrected 57:21
correctly 37:25
correspondence 63:17
cost 39:9 106:7
counsel 6:11 13:10 71:7
count 57:20
counterpart 64:25
course 9:13
court 1:2,20 3:18 5:21 63:18 109:6
Covent 52:14
cover 35:24
covered 96:23
create 79:9
created 65:18 79:10
creates 35:12
creating 29:5
creation 36:18 79:3

93:11 99:15
creative 73:3
credit 60:17 98:16 98:22 99:6,11
crew 32:10,13
crews 31:13
criteria 106:10
cross 108:13
cumulative 60:6
curiosity 46:10
curious 100:16
current 72:5 80:20 88:15 90:17
currently 106:23
customers 97:8,10
cycle 105:16

**D**

Dan 7:25 103:17
Daniel 21:16,17 51:20
Dan's 6:25
date 8:18 11:25 84:3 109:9 111:4
day 26:13 38:23 57:6,6 58:2,23,23 108:21 111:21
days 5:15 58:10 60:7
day-to-day 60:4
deal 14:13 47:9 57:5 68:16 80:7
debt 59:21
Decca 56:15
decision 41:18 107:4
decisions 57:9
Defendants 1:11 2:13
define 25:5,13
defined 19:10 42:3 44:3,5
defining 108:3
definition 54:8
Delaware 8:25 24:5
deliver 33:4 34:8,11
delivered 35:9 36:5
delivering 79:7

delivery 92:4
depends 93:7
DEPONENT 111:4
deposed 4:9
deposition 1:15 5:8 111:4
derive 106:8
describe 17:12 81:6
described 68:16 81:2 104:6
description 77:23
designate 5:10
designed 73:18
desk 58:21
details 6:21 37:18 38:15,21,24 39:4,7 39:10
determination 7:20
determine 55:24
determined 68:9
determines 34:4
Deutsche 56:15
develop 59:13
developed 51:17
developing 58:3,11 59:3,10,25
development 60:8
devote 58:11
devoted 59:3,25
difference 32:7
different 25:11 33:16 76:9
difficult 105:17,20
digital 9:14 15:11,20 16:6 42:17 44:14 88:8,18 89:10 90:9 90:25 91:12 92:4 93:8,15,19 96:15 96:18
Digitization 96:13
diligence 80:2
direct 13:20 20:25 29:21 107:18
directed 4:24
DIRECTION 110:5
directly 26:14 29:14

30:22 32:12 36:25 49:7,12 50:7,18,24 51:10,15,23 52:5 65:11 67:3
director 16:25 37:22 39:13,16,22 40:3 45:22,24 42:24 63:6,14 66:11 80:6 104:11
directors 37:6,8 38:15,21,24 39:4,7 39:10
discussed 61:21 104:14 106:14
discussing 82:20
discussion 7:23 73:11 104:23
discussions 104:19
Disney 97:20
disrespect 16:16
disseminated 13:15 13:22 14:24
dissemination 20:4
distance 97:23
distinct 25:15 27:15 58:17
distribute 28:7 31:19 42:12 43:14 51:12 69:19
distributing 97:16
distribution 16:6 25:8 33:14 42:16 43:25 44:2,5,7,12 47:7,10 49:20 65:12 69:18 70:6 71:24 75:6 79:21 92:2,12,14 93:9
distributor 16:3 34:9 36:8 78:7 101:13,14 102:17 103:9
distributors 78:17 91:12

**5**

DISTRICT 1:2,3
dive 23:17
division 78:25
dizzying 91:10,16 92:4,13
document 6:23 8:20 9:5 11:21 12:3,9 12:24,25 13:6,9,17 13:22 15:6,14,21 22:24 76:5 78:4 94:20
documentaries 49:22
documentary 51:13
documents 41:2 111:1
doing 24:13 81:6
double 26:17
download 72:5 91:8 92:7
downloaded 48:16 61:13 75:17,24 76:17 88:24
downloading 96:24
downloads 92:17
drawn 95:18
driven 55:16
driving 50:13 51:9 89:8
duly 4:3 109:9
Dumm 103:21
Dutch 23:7 38:3,4 60:8
duties 40:2
DVD 28:8,9,23 32:3 32:24 34:10 35:12 35:16 69:16
DVDs 33:22
Dyer 10:10

**E**

E 2:2,2 4:2 109:2
earlier 24:5 42:5 97:25

early 52:15 98:23
ears 28:6
edit 32:23
editing 33:2 33:23 96:16
Education 75:14 76:3
effect 21:23 23:19
effective 93:10
effectively 19:7
efficient 93:9,15
either 59:21 80:17 86:15
Elektrofilm 12:5
element 96:14
elements 28:21
embrace 18:10
emerging 16:5
EMI 79:22 101:15 101:18,20,23
Emmy 73:25 74:6 74:12,13,14,16,18 75:8
employed 109:14
employee 21:17,19 40:15
employees 26:9 31:16 69:16
engaged 42:15 43:21 53:3 64:11
English 81:9
enjoy 27:11 28:12
ensure 26:4
entered 5:22
entertainment 29:12 91:18 97:18

entire 60:7
entirety 65:18
entities 39:20 51:8 82:9
entity 16:23 21:19 22:8 24:19,20 39:8 63:7 64:6 66:2,8 66:22 68:10 69:19 73:14 79:14 82:3 84:12 100:21 102:3
equipment 105:18
equity 59:22
ERRATA 111:2
error 65:22
ESQ 2:8,9,16,17
essentially 11:12 35:10 80:7
et 1:9 31:15
EuroArts 21:18 29:25 30:3,24 31:7 31:17,20 32:9,17 33:7,8,15 34:3 35:16 36:5 38:11 42:8,21 47:14 50:9 50:22 51:4,21 60:24 61:7,19 62:7 62:11,13,14,17 63:14 64:13,18 65:5,8 68:14 72:4 72:9,18,24,25 73:21 74:5,16,24 77:14,22 83:14,18 84:20 85:9,14,22 86:6,10 87:8,9 88:23 89:14 91:5 93:2 94:19 98:3,6 98:8,9,10 99:19 104:16
exactly 25:24 37:11

examination 3:14 4:6 108:14
examined 4:4
example 17:16 18:16 31:19 56:4 58:14 61:20 65:16,17 92:6 93:20
excuse 52:18 72:7
execute 29:3 41:3
executed 62:21 80:8
executive 19:16,18 19:24 20:5,9,14 45:10,13 63:10 83:23 95:2,7,20
exhibit 6:19 7:6,7,11 8:16 11:13,18 13:2 14:17 16:10 18:2 19:21 20:21 21:25 22:13 23:3 26:22 34:15,18 36:10,15 47:9,24 49:17 52:20 64:11,24 61:5,8,12,24 62:13 68:14 72:4,25 73:20,22 77:14,22 80:5,6,9,14,22 86:6,10 87:8,9 88:23 89:14 91:5 93:2 94:19 98:3,6 98:8,9,10 99:15
exist 23:21 68:11
exists 65:24 66:5
expanding 80:21
expect 106:8
expectation 23:19 24:3,21
expected 65:15
experience 53:10 94:14
expert 53:17,25

expertise 49:19
explain 48:2 91:14
explaining 62:20
explanation 24:25 76:4,12,19 77:3
extent 17:24 25:25 62:5 105:23
extract 54:2
eyes 28:6

**F**

F 109:2
facilitate 12:23
facilities 12:5 83:19 84:10 88:9 89:12 89:17,25 90:6,16 97:4
facility 85:12 87:18 90:12,15 97:23
fact 41:21 57:12
fair 20:12 22:22 28:19 56:7 90:14 96:24
fairly 105:14
fairness 21:11 47:25 88:19
fall 75:4
falls 30:9
familiar 12:7 19:15 22:8 48:21 72:9,23 74:2,4,6 75:19,25 77:16,18,19 78:22 79:3 104:2
family 57:15
famous 57:15
far 27:18 28:12 59:8 65:20
feature 91:19,20
feels 54:3
fellow 71:2
Festival 51:19
field 49:19,21
fields 42:11
figure 22:21 37:19

86:7,18
field 31:7 20:21 91:23 92:2,10 96:14
film 31:16 91:21,21 91:23 92:2,10
films 51:3,13 91:19
finance 60:5
financial 63:24 64:8 64:25 65:8 71:23 72:2 81:4 83:5 85:5 99:14 106:5
financing 12:19 58:8 58:18 59:6,21 64:11 80:20,22
find 54:5 77:24 89:9 89:11 98:3,12 99:6 99:19
finding 60:17
fine 5:25
finish 16:19 18:23 32:20
finished 99:19
fire 36:22
first 4:3 6:20 7:3,13 9:14 10:16 11:18 11:23 15:5 19:20 19:21,23 20:22 21:4 22:7,23 27:2 27:15 28:17 36:14 38:20 45:9 49:16 50:16 54:9 55:22 60:21 61:2 77:22 82:15 83:14 85:19 95:25 106:16,20
fit 58:16
Fitzgerald 46:15
five 85:3
five-minute 64:17
fix 92:22
Floor 2:14
flow 26:14
focus 8:21
focused 60:7 95:17

folks 32:8
F-u-l-l
following 21:16
follows 57:25 75:17
follows 4:5
force 3:16
foregoing 109:8,10
Foreman 10:10
forest 30:9
forgot 69:24
forgotten 93:18
form 3:11 27:21 50:11 80:17 92:21 94:3,6 96:15
formally 95:8
format 32:24
formation 8:12 9:19 37:5 38:14,16,17
formats 16:6 92:14
formed 8:5,8,11,19 9:18,23 10:4 38:16 38:13,22 39:9
forth 7:21
forward 86:11
found 5:2 18:22
founded 45:21 46:17
founder 51:7
Four 45:6,18,20 46:21
fourth 87:19
France 51:5 57:5,25 58:15
front 8:3
Full 10:11,14
full 94:14
fully 39:3,6,10
function 30:21
functional 64:25
funding 17:13 78:18
FURNISHED 110:17
further 3:9,13 17:20 109:13
future 108:15 92:15

104:20

**G**

Garden 52:14
gather 23:6 97:25
Gee 62:4
general 4:14 13:9,15 13:23 14:24 20:4 37:14 40:21 71:7
generally 12:3 16:25 17:9,12 19:12 91:18 93:8
gentleman 71:4
gentlemen's 10:17
geographically 71:18
German 62:14 66:12 66:19 84:7 88:7,8 90:7,16 97:13
Germany 30:25 31:8 57:5,25 62:16 71:13,20,22 87:10 97:11,12,12,14
getting 93:14
give 6:9 24:24 46:11 94:2,4
given 41:9,11
giving 19:4 41:8 60:16
global 34:9 96:21
Gmbli 30:3 50:10 62:18 63:14 66:23 73:10,14,24 78:20 87:10,23 88:8 89:10,12,17 99:10
go 16:17 22:20 28:11 36:9 43:18 53:18 54:6 56:16 72:16 77:24 85:22 89:10 99:18
goal 80:12
goes 45:23 49:18,25 73:4
going 4:15 6:9,15,17

---

22:19 24:20,22 47:23,23,25 48:21 63:6 65:13,17,20
guy 53:24
guys 57:25 108:5

good 4:35 52 47:12 54:25
governance 19:5
government 105:22
Grammophon 56:15
Gramny 75:12
granted 40:12
great 51:12 53:17 54:4 105:24
green 98:18,18
group 9:8 4:12 9:13,19,22 10:7,20 12:7 13:12,21 14:20 15:6,10,19 18:9 19:19,23 20:6 20:15,19 21:17,20 23:12 25:9,11,14 25:19,19 26:3,7 28:11,20 29:3,15 32:13 37:20,21 45:5 49:8,13 50:5 50:8,10,19,25 51:11,16,22,24 52:5 63:10 64:3,5 64:6,8,21 65:11 67:9 68:2 70:17 73:2,6 76:6,14,21 77:5,7 78:19,21,24 80:13,21 82:7,8,10 82:18 83:24 84:2 84:11,16 85:19,24 86:4,7,14 87:5,23 88:17,18 90:2,3,7 90:19,24 95:2,6,20 96:20 111:5
groups 25:6,13
grown 53:6

guess 34:20 70:12 64:23
guy 53:24
guys 57:25 108:5

**H**

half 14:18
hand 4:25 21:25
handed 62:6
handy 11:13
happened 32:11
happening 58:23 81:14 91:17
happens 33:8 34:2
hard 56:24
Harmonia 101:5
head 70:6 74:7,22
hear 10:12 30:10
head 22:4 101:20 102:16 103:2,8
hearing 4:10
heart 97:18
Heiko 71:3,20
held 1:16 18:20:13 20:17 40:21 51:7
help 40:16 41:10
helpful 41:14
herein 3:6
heritage 52:13 57:14
Herve 70:9
high-resolution 94:3 94:6
Hillary 36:21
historically 73:23
history 73:2
hold 38:10
holding 15:6,10,19 24:25 26:5,8 36:18 62:14 64:10 66:12

guys 73:13 87:10 88:2
home 16:5 28:11
honorary 18:25
hope 20:2,3 81:5
hours 50:20 53:23
House 52:13
Http 75:18
hundreds 53:22
hyperbole 95:5
Hyperion 107:6

**I**

idea 35:20
Ideale 42:23 48:25 50:10,23 51:5,14 51:22 58:14 67:9 78:13,17,20,22
ideation 2:5
identical 98:13
identification 6:20 7:7 8:16 11:17 26:22
identified 55:20 78:13,15,16
identify 66:18
identifying 58:16
idle 46:10
illegible 48:13
IMG 78:25 79:5,18 80:6
IMG's 79:21
immediately 5:17 63:2
impolite 16:21
important 18:15
Imports 102:18
impressive 40:6
inaccurate 89:2,3
inaccuracy 90:22
inactive 50:6
include 90:15

included 84:24
includes 85:23,25
including 73:4
income 106:7
independent 12:4 37:8 49:20
INDEX 110:2
indicated 109:10
indirect 13:20 29:21
individual 53:16 56:5 107:3
individual's 63:11
industry 53:8,11,12 53:14 54:11,20,22 56:13,23 91:18 92:16,24 97:19
information 7:21 61:12,14 72:22 62:25 66:11
initial 39:9
initially 45:21
insert 35:25
inside 35:25 36:4 98:4
instance 20:8
intend 5:22
intended 24:24 44:8
intent 17:11 37:18
intention 57:7
interaction 57:7
interchangeably 20:10
interest 13:12 24:16 28:25 29:22 99:14
interested 55:18 105:6
interesting 55:25 56:22 94:13
International 21:18 30:2,24 31:7,18

---

8

32:17 33:7,9,16 34:3 35:16 36:5 42:8,22 47:14 50:9 50:22 51:4,22 61:19 62:13 66:13 69:2,18 71:9 73:9 73:16 74:9 75:5 78:20 99:4,10 104:17
internationally 90:18
Internet 27:6 93:21 93:25 94:6 103:11 103:12
interrupt 36:11
interrupted 25:25
interrupting 16:15 64:16
inventory 79:16
invested 82:2,4
investment 58:20 60:17 80:18 81:3
investments 80:24
investors 80:25,25 81:20
involved 4:12 12:11 12:13,15,16,17,18 12:20 29:4 32:1 41:18 51:2 53:8 58:16,18,22 65:12 65:14,25 66:13 68:22 71:21 80:11 98:23
involvement 39:25 58:24 62:6 79:24 108:2
involves 59:16 93:19
iPod 92:8
issue 23:10 25:22 26:2 54:6 94:9
issued 12:2 13:2,9 83:18
issues 70:21

**J**

J 2:8
JAMES 2:17
January 40:9,20 41:13 79:2,7 84:9
Jo 63:21 71:22
job 19:14 40:12,17 105:25
Joe 63:12
joke 30:8
Joseph 1:19 2:8,16
Josephine 14:9
judge 23:4
juridical 84:12
jurisdictions 25:11

**K**

keep 11:12
kid 54:10
kind 11:12 56:18
Kingdom 58:2
knew 35:5 62:19
know 12:24 13:5,8 13:13 14:3 21:6 27:6,8 30:8 31:4 35:24 36:24 38:17 39:17 43:2,9,9 49:2,5 50:11 53:2 54:16,18 56:21 65:20 70:3,12,13 70:23 74:24 75:2,7 77:7,25 83:7,12 88:15 93:19 98:21 104:18
knowledge 13:11 14:25 62:10
known 76:17,20,22 99:13 102:8 107:3
knowledgeable 53:13
knows 41:6
Korea 29:24 30:12 32:9 105:11,19
Korean 31:10 105:3 105:20,22
Kornstein 1:17 2:12

2:16 5:4 6:3 14:2 15:14 21:7 37:13 48:4 64:19 81:22 87:12 92:20 93:4 98:5,8 103:19 108:13
Kornstein's 9:12 23:2 66:17

**L**

L 3:2 4:22
label 52:22,25 53:9 53:10 54:8,17 55:2 55:7,9,10,14 56:8 56:10,14,20 57:3 74:24 82:22 99:25 99:25 100:2,11,17 100:19,23 101:17 101:18 102:10
labels 56:16,23 99:22 100:16 102:2
language 81:9
late-night 69:12
laugh 48:22
launched 48:23
launching 82:22
law 38:3,4
laws 8:24
Lawyer 6:4
laying 17:2
learn 22:10 105:2 106:16
led 19:24
left 57:9
left-hand 84:20
legal 70:17,20,22
Legends 52:7
Leipzig 15:25 30:25
know 41:6
letter 7:2 9:12 23:3 66:17
let's 7:3 9:9 23:5 36:9 37:17 42:19 66:21 67:25 76:16

77:14 83:14 84:3 85:14,22 91:5
level 39:2 59:16 64:11 85:7
liability 76:18
Liberty 44:23 45:3,4 45:5,5,8,14,16 45:23 46:11 47:2
libraries 42:12 43:14
library 42:17 44:14 68:17 69:7
license 54:5 69:7
licenses 42:13 43:16
licensing 68:16
liked 69:23
limitations 94:7
limited 52:10,16 53:5 59:18 67:7 72:20 79:4,10,11 83:2,8
Lincoln 18:18 68:16 68:21 69:2
line 16:19 95:18 103:20 110:6,6,12 110:12,18,18
LINE(S) 111:5
listed 14:15 81:21
listen 56:3
literally 92:13
litigation 4:11 110:2
little 14:17 27:7,10 55:15 99:21 104:5
live 28:4 33:2,21
Livewire 44:23 45:3 45:4,9,14,16 46:3 46:14 47:2
living 27:15 28:12
LLC 1:6,9 2:4 8:4,8 8:19,24 9:14,20,22 10:7,20 11:4 12:7 13:12,21 14:20 57:23 63:10 64:3,5 64:6,8,21 65:11 67:3,7,20,25 68:2 68:5,6 69:23 70:17 71:11,14 72:6

---

9

23:25,25 24:4,5,22 26:5,7,18 29:15,25 30:6 32:13 40:9,11 40:13,22 49:8,13 50:8,19,25 51:11 51:16,24 52:6 69:3 70:17 73:22 78:15,24 80:13 90:8,9,11,25 91:2 91:2,23 95:2,6 95:9,11,25 96:4,7
LLCs 19:3 26:15
LLP 1:18 2:12
loans 80:17
local 71:7
located 33:13,15 97:7,8,10,22
location 85:3 87:20
locations 17:6
London 15:24 53:16
long 86:17
longer 79:19 90:2
look 6:6 8:17 19:20 21:9 22:2 49:16 55:22 58:13 64:15 62:21 76:16 77:14 83:14,21 84:19 85:14 91:5 92:7
looked 86:9
looking 55:21 86:22 86:23,24
looks 68:15
Loris 32:4
Los 10:24 11:8
losing 27:15 28:12 84:10 96:25
lost 30:13
lot 27:8
loves 53:24
lower 14:18 106:13
Lucerne 51:19
lunch 80:6

L.A 18:17

**M**

Maazel 32:4 104:12 104:14
Madison 81:18
magnitude 81:18
major 94:9 97:15,19
majority 91:24
making 97:2 105:21
management 18:22 57:10 60:4 61:17 62:11,24 63:8,11 65:22,24 66:2,14 70:2,25
manager 9:25 66:8 67:13
managerial 41:24
managing 10:8 19:11,12,19 20:9 63:14 66:11
manufactures 36:6
mark 2:9 10:9 91:6
marked 6:19 7:11 8:15 11:17 21:25
marketable 53:24
marketed 74:25
marketing 49:2,9,13
marks 31:25
master 35:19 96:14
masters 51:13 53:15 55:14,22 56:8 107:12
material 34:8 35:24 36:4 36:9,8,22 42:2,3,7,20 49:8 49:13,18 50:5,7,19 50:25 51:11,16,24 52:5,10,16,22,25 53:5,15 55:14,22 56:8,19 57:2,11,14 57:23 63:10 64:3,5 67:12,24 65:68:2 68:5,6 69:23 70:17 71:11,14 72:6

73:22 76:6,14,21 77:4,7,20 78:6,24 79:4,10,11 80:13 82:5,18,25 83:8,10 84:16 85:19,24 86:2,3,6,13,14,15 86:2,4,7,8,14 86:19 87:2,3,24,25 88:17 90:2,3,24,25 106:12,19,22 107:4,11,20 108:3 111:3
Mediieimedia.com 75:18,20 76:18
Medien 30:3 62:17 63:14 66:23 71:8 73:14,14,24 87:9 87:23
meet 37:22
meeting 48:17 80:5 80:6
member 9:24 10:5,8 10:9 18:9 19:11,13 19:19 20:9 68:4 80:21 96:2
members 9:23 10:3 10:6 14:6 26:14 68:2 80:21 81:13 81:23 82:6,8,21
memory 8:21 9:6 75:4
mentione 90:22
mentioned 40:25 84:21,22,22
merely 36:1
met 8:5 106:9,9
Metronome 102:22
MGM 97:22
Michael 10:9,18
mid 52:18
middle 52:21 57:22 89:9
mid-price 52:22,24
minority 97:14
minus 18:12
minutes 99:18

**[Top-left quadrant]**

mislead 42:4
misread 15:10
misunderstand
30:23 89:18
Mm-hmm 27:19
83:25
moment 18:2 67:3
67:22 84:19
money 34:12 58:9
79:15 80:12
month 9:4,19 38:24
months 37:5 58:25
59:24 105:7
morning 4 8:6:5
7:17 106:17
Mosaic 9:14 15:7,14
15:20 73:21 82:5
88:7,18 89:10 90:9
90:25
mouse 48:16 72:21
move 25:10 48:15
72:20 73:21
movie 92:9
moving 92:16
Mundi 101:5
Munich 84:9,22
85:10,12 87:18
89:20,22 97:2
music 16:3 21:18
27:8,17 30:2,24
31:7,17 32:17 33:7
33:8,16 34:3 35:16
36:5 42:8,11,21,25
43:2,12 47:14 50:9
50:22 51:4,21 61:7
61:19,22 62:13
65:5 66:13 68:25
69:8,17 71:8 73:9
73:12,15,19,21
74:8 75:5 78:7,17
78:19 94:8 99:4,10
100:24 104:11,16
musicians 35:5
Musikwelt 102:20
103:4

**N**

N 18:3,4,19 26:24
name 10:12,17
31:11 46:11,14
49:18 55:14 57:7
57:13 60:13,14
61:18 63:1 66:3,9
69:23,25 70:13
71:2 76:6,13,21
77:4 83:10,22
102:5 103:21
106:19 107:4
108:3 111:3,4
names 63:4 70:5
99:23 100:17
narrow 56:18
Nascor 101:7,10
National 75:14
native 94:3
Navarro 14:9 63:21
64:24
Navarro's 71:19
Naxos 31:19 34:9,9
34:10,19 35:9,9
36:7 44:6 47:4,6,8
101:8,13,14
Naxos/Marco 100:7
necessarily 47:13
necessary 28:21
need 4:25 5:2 27:14
27:16,20,24 28:7
108:10
needed 37:21 38:10
negotiating 12:20
59:19
Netherlands 24:9,12
36:17 37:7,9,20
39:24
never 22:14 46:4
48:20 81:8 83:12
85:11 88:25 102:8
113:10
new 1:3,18,19,21 2:7
2:7,15,15 4:4 16:2
17:16,17,18,19,24

obvious 11:15
obviously
31:18 31:21 32:4
84:22
occasional 17:18
occasionally 34:13
58:21 71:12
occasions 20:13
October 8:8 9:3
offered 80:4 106:18
106:24 107:10,22
offering 106:11
offers 52:17
office 1:17 16:14
17:17,21,23 18:3,4
52:19 57:18,19,20
57:21,22 60:11
63:24 65:9 83:23
95:2,7,20
offices 15:24 17:5
official 4:10 52:14
okay 8:13 9:9 27:5
28:14 35:12 37:15
42:19 43:13 44:4
54:25 59:9 64:18
78:5 87:25 90:21
94:21 98:14
102:12 103:19
old 30:8 53:6
Olivier 51:18
once 26:20 39:10
48:10 81:17
ones 50:13
one-stop 47:7
opened 98:3,10
opera 52:13,14
operas 25:14 107:12
operating 57:10
66:14 108:5
operation 33:14
84:7,8 90:10
operational 41:24
58:5 60:4
operations 17:21
26:9 39:19 58:17
64:7 69:17 84:5

**O**

O 3:2 4:2,2 109:3
object 79:13
objection 92:20 93:5
objections 3:10
observe 28:5
obtaining 80:16,20

**[Top-right quadrant]**

opportunity 105:3
option 27:20
oral 4:10
Orchestra 51:18,19
104:8
order 5:8,22 6:16
81:18
organization 25:4
organizational 6:24
7:8,14 9:10 16:9
17:3,14 19:17 25:4
90:5 96:10
organized 8:24 36:4
original 33:20 92:11
96:14,16,17
Originally 10:2
originate 92:2
originates 97:15
outside 33:8 35:14
35:20 65:19 71:13
71:13,21
outstanding 54:4
overall 49:8
overlap 25:16
oversees 72:2
oversimplifying
23:15,16
owned 12:6 17:6
24:19,21 29:14
30:3,4,5,22 32:12
49:7,12 50:7,16,18
50:24 51:10,15,23
52:4 65:10 67:3
73:22,23 84:15
86:19 87:22,24
90:9
owner 16:2 44:10
owners 42:15 43:21
44:20 91:11
ownership 7:24
25:18 26:10 73:19
88:4
owns 24:15 25:9
42:13 43:15 64:8

67:22 73:15 86:13
88:13 96:19

**P**

P 2:2,2 3:2
pace 91:10,16 92:4
package 33:25
packaging 83:11
102:5 106:18,23
107:11,15,19,21
page 7:10,11 8:3
9:10,11 14:17
19:21 21:2,10
22:17,19 48:9
52:19 57:18,19,20
57:21,22 60:11
61:5 62:22 66:24
67:24 68:14 70:24
76:9,17,20 77:22
85:25 86:11,14,21
86:24 87:2 88:6
89:6,9 90:4 96:5,6
96:9 98:15,17 99:9
99:8 103:15,16
110:6,6,12,12,18
110:18 111:5
pages 7:4,6 48:15
75:11
Palestine 74:18
pamphlet 98:12
papers 5:24
paragraph 17:13
19:21 21:11,12,15
91:6 95:18
parentheses 103:22
Paris 15:25 33:11,13
107:7
part 6:21 28:15
33:15 36:14 43:16
44:20 61:9,72:14
86:10,16 88:16,17
89:25 90:3
particular 4:24 6:14
39:18 55:13 63:11
95:13,15

particularly 105:10
parties 61:24
party 14:8 109:14
passes 26:18
Patent 77:9
patrons 57:15
Paul 74:7,19
pay 26:20 31:13
33:5
Peabody 75:10
peculiar 56:5
pen 91:6
people 19:11 27:25
28:10 55:17,17
57:24 58:4 82:2
85:4
percent 24:8,15,17
30:3,5 51:6,7
perform 27:17 28:5
42:16 43:22
performance 26:24
27:12,22 28:3
29:17,23 30:13
32:10 44:10 56:4
105:5,8,10
performances 53:17
54:4 104:20
performing 49:22
period 4:22 9:8
38:12 81:24
permission 40:23
permit 41:19
person 14:5,12 31:6
53:13 64:10 74:21
83:20 101:25
personal 44:22
79:23
personally 65:25
100:3,20
perspective 62:8
64:4
Peter 10:10
Phil 61:23 105:6
Philharmonic 18:17

18:20 26:25 27:12
31:14 32:4 33:18
51:18 98:24 99:3
104:8,21
Philips 56:16
Phil's 62:3
phone 92:9
play 26:20 31:13
59:13 100:7 101:7
101:21 103:22
physical 78:14 91:20
92:25 93:11
physically 65:18
picture 35:14
Pictures 47:21 97:22
86:3 14:7
Pierre 51:7
pin 38:25
place 101:24,25 11:5
11:9 27:13
places 33:2
Plaintiff 1:7,16 2:5
Plaintiff's 6:19 7:7
8:15 11:17 12:25
26:21 86:5
plan 29:4 49:9,14
planning 105:11
platform 96:22 97:5
97:6
play 28:11
played 82:25
please 23:18 29:18
plus 38:12
point 6:17 7:19
33:23,24 38:22
85:5 89:8
Pollard 1:18 2:12
Polo 100:8
popular 42:11,25
43:4,11 69:8,9
portion 72:9 79:21
95:16
portions 5:10,23
position 57:11

**[Bottom-left quadrant — page 12]**

positioned 90:18
possible 83:7 104:25
post 29:8 42:16
43:22 44:21 46:18
65:6 73:16 89:11
89:16
poterity 30:14 62:5
potential 80:25
Potsdam 87:20
PowerPoint 81:12
81:16 82:12
practice 4:17
precisely 89:15
precision 39:2
preliminary 22:3
premarked 6:12
premier 16:2
preparation 49:4
prepare 5:8 6:8
81:12,15
prepared 80:3 82:12
preparing 83:17
105:9
presentation 81:13
82:12
presentations 81:16
presented 106:6
preserve 89:19
press 13:2 15:17
83:18 94:22 95:14
presume 102:7
pretty 35:13
previous 46:21
previously 6:18,22
40:25
prhe 52:18 80:4
primary 14:11,12
principal 14:8
print 35:23 48:9,14
49:18
printed 22:13 60:12
88:24
printer 48:14
printout 48:8
probably 5:16 35:5

36:3 37:2
proceeds 81:2
process 4:12 25:10
29:5 33:12,24
39:14 98:24
produce 42:9,23
produced 29:25
30:25 31:3 74:23
75:3 99:4
producer 16:2 74:20
78:6,17
producers 42:15
43:22 91:11
produces 33:11
product 34:10,19
51:16 56:18 97:16
106:10
production 25:7
29:9 33:12 42:16
43:22 44:21 49:20
51:2,6 58:7 65:7
71:24 73:16 74:8
74:10,13,14,17,21
75:6 79:19 89:12
89:16 98:22 99:15
104:16 105:16
110:11
Productions 1:6
69:3
products 55:12
professionals 49:3
program 32:16,18
32:23,25 74:17,18
74:22,25 94:12
programming 16:4
programs 33:11
49:21 50:21,23
69:8 78:8,18 91:19
91:22,25 107:3
project 33:9
propose 81:11
proposed 68:20
proud 76:14
provide 29:11 80:24
94:13

provided 81:4,8
85:4 95:14
provides 72:21
providing 64:14
public 1:20 3:16 4:3
13:9,15,23 14:25
20:4 40:21 109:7
111:23
publication 100:3
publish 51:11
purchase 83:8
purchased 102:13
103:12
purchasing 92:15
purpose 4:24 23:23
25:12
purposes 63:16
purveyor 103:10
put 31:12 35:23
62:10 91:5
push 35:13,13
putting 40:4
Pyongyang 31:16
32:5 33:19 61:20
62:5 104:15
105:18
p.m 99:20 108:15

**Q**

Qualiton 102:17,25
quality 94:9
quarreling 56:6
question 3:11 6:20
7:12 11:18 20:22
22:3 39:5 41:7
47:6 52:12 54:9
56:22 59:7,8,11,23
60:21 66:7 86:17
92:22 101:3,17
questions 5:13 21:13
quicker 93:15
quickly 47:4 105:14
105:15
quit 94:17
quote 95:13,15,21

95:22
quotes 13:16

**R**

R 2:2 4:2,2 109:3
radio 15:9,21 56:3
raise 80:12
raising 32:3
Ramallah 74:17
rap 35:3
rare 71:15
Ravenell 1:19 109:6
109:22
read 11:20 18:2
21:12 22:19,23
23:4 34:16 78:2
reading 52:2
ready 35:9 91:10
real 31:4 69:4
really 5:2 6:21
25:15 27:24 39:20
88:19 90:23 98:25
reason 4:23 16:25
111:5
reasonable 4:13
reasonably 41:12
reasons 11:14 69:22
recall 6:25 7:5,11,8
7:19,25 13:18 14:4
14:6 15:4 21:5,8
31:11 37:11 61:4
72:11 73:10 82:13
82:19,20 83:16
102:9 105:5,13,16
receipts 108:9
received 72:14
receives 34:19
recess 64:17,20
99:20
recognize 60:21,23
85:9,15 92:8,20
100:2,10,12,17,18
100:20,23 101:18
101:24 102:2,4

**[Bottom-right quadrant — page 13]**

recollection 8:14,18
37:14 38:6
record 27:20 53:7
53:12,14 54:11,14
54:19,23,25 55:3
55:11 56:13 62:4
92:18 101:16
103:8 105:10
recorded 53:20 56:3
56:9 18:19,21 25:17
30:20 40:15,17
41:15 61:17,22,24
54:11,20,22 56:19
55:23 56:23
101:22 104:20
105:7 106:17
recordings 55:21
65:13 83:9 102:6
102:13 103:11
106:22 107:9,21
108:9
records 53:8 54:12
100:25 101:20
refer 16:23 42:5
54:10 87:21
reference 12:8 17:25
18:3 19:22 20:5
52:20,22,24 61:6
62:23 65:21 70:24
75:23 74:8 84:21
84:23 85:8,18
89:14,16 90:16
94:25
referees 86:8
referencing 89:20
referred 19:18 61:25
66:20 88:11 95:19
referring 16:13
83:11 92:3 95:23
98:6
refers 12:3 22:16
46:20 63:8 73:9
86:6 97:6
refresh 8:14,21 9:6
refreshes 8:18
regarding 104:20

regardless 39:8
registered 77:8
relate 19:13 71:14
related 12:22 78:7
78:18
relates 72:15
relating 65:2 77:11
relationship 18:16
18:18,19,21 25:17
30:20 40:15,17
41:15 61:17,22,24
relationships 18:14
19:8
release 13:3 15:18
51:9 55:11 75:3
94:22 95:14
releases 83:18
relevance 55:15
relevant 32:5 102:10
remain 46:19
remarks 95:10
remember 14:23
15:3 37:4 60:12
103:16
reminded 87:19
render 48:13
repeat 14:22 44:6
reference 17:25
18:3 19:22 20:5
reports 95:18
represent 41:23
51:25 52:6 88:23
represented 57:17
representing 37:21
reproduced 48:12
repurposing 96:17
request 44:9 110:11
requirement 37:23
38:2,3
requirements 92:5
requires 37:6 58:7

reserved 3:12
reside 16:24
resident 3:7 97:5
resides 17:19
resolve 23:10 25:23
resources 31:10
64:14
respect 84:18
respective 3:6 91:3
responsibilities 19:5
65:2 71:17
responsibility 32:18
32:22 39:22 40:13
restoration 96:15
restructuring 73:10
74:1,3 89:13
result 93:10
results 83:6
resume 40:2
retail 34:12
review 13:14 80:12
103:16
reviewed 13:10,16
82:1 83:4 84:1
reviewer 103:21
reviewing 13:18
14:23 15:4 83:5
reviews 6:23 8:20
11:21 21:14 22:24
84:2 94:20 97:8,17
Rich 10:9
right 23:15 27:12,22
28:12 30:14 44:6
54:14 74:15 89:13
89:17,19 93:17,21
94:10 97:9 98:7,17
right-hand 106:13
rise 85:7
road 83:4
Robert 1:15 5:1 6:1

7:1 8:1 9:1 10:1,11
10:14 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1,24 20:1 21:1
22:1 23:1,24
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1 77:1
78:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1,19 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1,21 104:1
105:1 106:1 107:1
108:1,18 109:8
111:4,19
rock 69:11,11
Roger 10:10
role 33:8 12:22
19:2,6 40:14,14
41:5,7,24 46:21
58:12 59:18 61:17
66:14 82:24 106:2
room 27:13 28:12

roughly 9:18
Royal 52:13
rush 11:20

**S**
S 2:2 3:2,2 4:2
sale 34:25 106:12,18
  106:24 107:10,22
sales 32:3 34:5
save 6:12
saw 7:14,16 11:23
  21:6 61:2 106:20
saying 38:22 93:22
  98:10
says 14:19 36:15
  45:11 49:17 73:2
  81:10 82:16 91:8
  95:19
schedule 51:9
scope 71:16
screen 88:21 94:12
scrutiny 85:7
sealing 3:7
search 70:14
second 21:2,10
  22:17 52:19 61:5
  62:22
section 14:19 22:15
  36:10,14 52:21
  60:12
secured 31:9
securing 12:18
see 8:13,17 9:15
  14:20 16:9 19:16
  19:22,25 21:4
  42:4 48:10 49:23
  52:18 60:13 61:6
  62:22,24 63:2,5
  66:6 83:24 84:3
  85:20 87:9,11,15
  88:8 89:22,23 90:8
  91:25 92:8,9 94:2
  96:12 103:22
  107:23

seeing 6:25 72:11
seeking 39:19
seen 6:21,24 11:19
  11:22 20:22 22:12
  26:23 27:3 34:23
  48:18 72:10 76:2
  76:10,24 83:15
  85:15 94:14 98:2
segment 96:3
self-imposed 49:25
sell 26:12 34:6 41:10
selling 33:18
sells 32:3 54:12
send 5:8 34:14 35:18
  44:9
senior 59:16
sense 69:4,16
sent 21:7 36:7
sentence 15:23
  17:25 19:23 22:20
  22:21 42:6,20
  45:11 49:17 57:23
  73:8 85:19 101:19
September 9:18
  36:19,25 38:7,13
  38:19
series 52:13 74:3
  75:16
seriously 35:8
serve 45:15 46:18
served 36:16 39:15
  40:8 45:12
serves 75:4
services 25:6 29:11
  29:13 42:14,17
  43:19,23 44:15,19
  63:5 71:25 73:12
  73:20 84:5 85:4
  88:4 89:25 96:3,19
  96:20,21
serving 45:11 46:5
set 7:21 94:5
share 103:18
shareholder 39:19

57:8 82:10 108:6
83:9 90:17 91:8
sites 102:14
sits 17:23
shopping 88:9
short 24:24 97:23
shorthand 84:14
show 8:14 11:16
  20:21 21:24 26:21
  47:24 60:20 69:13
  72:4 75:16,19,22
  76:8 92:7,10 99:8
  103:14 107:17
showing 6:18
shown 77:11,12
shrink-wrap 98:11
shrink-wrapped
  33:25 34:20
shrink-wraps 35:19
side 13:25 65:6,7,8
sign 5:13 41:2
signal 33:4
signature 40:4
signed 3:15,17
significance 6:14
  103:24
signing 39:23
similar 4:12 33:10
  33:12 62:15,16
  96:18 107:21
simple-minded
  27:10 28:10
simplification 16:8
simply 89:15
sir 4:8 6:5 9:15
  10:13 12:12 69:14
  72:9 100:15
site 22:12,14,16
  48:19,21,22,24
  49:4 52:2 57:11
  60:18,24 61:15
  62:10 63:16 72:6,7
  72:13,15,18 73:7
  74:2 75:18,20 76:9
  76:18 77:17,18

sits 17:23
skids 32:14
skill 85:3
skills 48:2
Skipping 50:2
slate 75:6
slide 82:16
Smazzay 74:7
small 85:3 97:13
smart-aleck 30:8
social 61:24 104:13
sold 46:16 107:10,22
sole 9:24 10:5 68:4
soliciting 80:23
somebody 27:20
  28:7 30:11 35:3
Sony 97:21 99:25
  100:2
sooner 92:17
sorry 87:13 99:7
sort 36:21 58:8
sought 70:17
sound 27:9 30:7
  60:5
South 31:10 105:19
  105:19
SOUTHERN 1:3
SPARACO 2:17
speaking 9:3 8
specialized 56:2
specific 14:4 16:23
  16:24 56:8 81:16
specifically 41:22
  55:20 73:8
specifics 17:2,14
speculate 13:24 14:2
  37:16
speculating 37:12
spelled 63:19
speed 5:3 96:24

**T**
T 1:15 3:2,2 4:2,2,2
  5:1 6:1 7:1 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1,24 20:1 21:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1 32:1 33:1
  34:1 35:1 36:1
  37:1 38:1 39:1
  40:1 41:1 42:1
  43:1 44:1 45:1
  46:1 47:1 48:1
  49:1 50:1 51:1
  52:1 53:1 54:1
  55:1 56:1 57:1
tab 98:18,18
table 86:9 104:22
take 5:15 8:17 11:19
  20:3 47:8 63:20
  64:17 73:18 78:2
  83:4 99:17
taken 3:5
talent 13:7
talk 23:5 91:7
talked 24:5 68:7
talking 98:9
talks 36:15
tape 44:10
Taurus 85:13
tax 23:10 25:11,22
  26:2,11,13,18,20
  30:6 39:18,23 40:4
  73:10 87:4
taxation 26:17
tax-driven 26:16
team 13:25 14:7
  57:24 70:2
technical 27:25
  29:13 47:25

start 31:19
stand 15:21
start 15:15 22:13
  50:17 52:3 54:9
  86:5
started 5:5 53:19
startup 84:6
State 1:21 4:4
stated 95:21
statement 15:5,10
  15:18 21:16,22
  36:20 40:7 42:2
statements 50:8 81:5
States 1:2 65:13,19
  77:8 91:25
stations 33:5 53:19
Staying 90:4
Steinhardt 10:9 18
  47:21
stenographic 109:12
stip 5:6,8,14
stock 91:22,23
stop 24:13
stores 34:12 92:18
Stradivarius 103:9
Stradivarius.it
  103:10
strategic 58:12 60:8
strike 43:4,8,25
  48:10,11
structure 7:24 16:9
  17:3,14 19:4 25:5
  26:12,16,19 39:18
  88:5
studios 9:14 15:12
  15:20 88:8,18
  89:10 90:9,25
  97:15,20,21
stuff 6:3 32:14 35:15
  35:17 87:4 88:2
Stuttgart 84:24 85:2
subject 87:4 93:18

subsequent 4:21
  50:17 52:3 54:9
  53:20
subsidiaries 17:6
  26:11 42:7,21
subsidiary 12:6 45:4
substance 95:11
successful 80:16,19
Suite 2:6
summary 106:6
support 60:18 110:2
sure 5:20 25:3 26:23
  31:5 35:7 44:16
  64:19 66:20,21
  97:2
sworn 3:15,17 4:3
  108:20 109:9
  111:21
S-t-e-i-n-h-a-r-d-t
  43:12
S.A 67:10
S.A.A 50:13
S.A.S 50:12

**T**
T 1:15 3:2,2 4:2,2,2
taxation 26:17
tax-driven 26:16
team 13:25 14:7
technical 27:25
  29:13 47:25

technically 16:7,11
Technique 85:13
technologies 91:9,15
technology 53:21
  93:16,19
television 12:4 16:5
  33:5,19 69:8,13
  91:19,22 92:7 94:5
tell 10:16 32:19
  34:15 37:18 44:25
  56:25 60:14 61:11
  61:13 63:7 70:5
  73:5 78:16 88:22
  99:24 104:5
telling 75:23 98:11
  105:5,16
ten 109:18
term 19:13 42:3
  53:9 54:14 56:12
terms 12:21 19:15
  47:6
Terrific 34:23
territories 47:12,18
territory 47:15
testifying 6:5
testimony 6:9 23:5
  84:18,25 88:2
thank 6:3 36:13 48:7
  72:19 108:11,12
theory 86:20
thing 52:6 56:12
  84:18 69:6 87:2,5
  100:6
things 27:15 41:10
  56:17 59:15,17
  72:2,19 84:15
things 82:25
think 8:10 16:23
  19:7 23:16 25:24
  32:14 37:2,7,10
  38:19 41:7,12 43:5

16

44:7 46:20,25 47:6
53:8 54:23 55:13
56:13,16 57:4,19
60:16 61:16,23
76:12 80:2
72:19 88:5,20 89:4
90:14 92:3 93:3,6
93:6,8,12 94:16,17
99:19 104:14
105:9,14
third 1:18 2:14 8:3
  20:10 22:18 57:18
  57:19,20,21
third-party 102:14
thought 57:16
thoughts 99:18
thousands 53:22
thread 82:9
three 7:6 27:15 37:7
  84:10
three-page 7:14
time 3:12 6:13 7:13
  7:16,20 9:7,21
  11:19,23 15:17
  16:18 20:18,18
  24:14 27:2 28:13
  39:2,4 41:16 59:2
  59:25 60:3 61:2
  82:11 87:8,17
  88:11,12,13 93:24
  96:23,25 106:20
  108:10,11,15
timewise 88:22
title 18:23,25,25
  19:6,7,9 40:16
  41:10,11,19,21
  67:16 83:22
titles 52:8
TMT 85:9,10,12
  87:18 89:20
today 10:7 24:6
  39:13 48:17 56:23
  88:16 91:21 94:15
  106:20
told 35:3 67:25 83:2

Tom 18:16,22 21:16
  36:24 37:9,24
  38:18 39:21 40:11
  44:6 42:15,22
  61:21,25 70:20
  105:5,16
Tom's 61:17 62:5
top 9:12 22:18 25:19
  103:16
topic 82:21
total 37:10
trademark 31:23
  70:14 77:9 83:10
  106:12
transaction 12:8,12
  71:18,21 74:7 25:2
  72:25 80:11
transcript 5:15,23
transcription
  109:11
transcripts 5:10
transfer 26:3
transferred 88:3
transmission 93:20
treat 5:17
tree 30:9 89:11
trend 92:23
trial 3:12
trip 104:15
true 22:22 42:22
  43:16,17 45:14
  109:11
truthful 21:22 36:19
  42:18 43:10
trying 23:10 24:14
  25:23 38:25 86:7
turn 7:3,10 9:9
  14:14,16 30:4,5
  57:18 60:10 87:23
  91:22 95:8 103:15
  turning 15:23 96:14
TV 92:10
two 7:4 22:4 25:15
  28:21 30:19 45:25

50:12 51:13 73:17
  75:8 80:9 82:9
  91:2 103:18
type 62:23 63:3
typical 47:17 105:15
  107:15
typically 55:6 81:12

**U**
U 3:2
ultimately 23:11
  24:21 30:17 84:15
underneath 88:9
underscored 14:19
understand 19:12
  23:9 25:20 27:15
  28:2 38:3,21 42:6
  59:12 63:23 89:4
  94:16,18 100:2,22
  104:8,10
understanding 4:15
  28:15 52:23 63:25
  86:25 93:21
understood 73:21
unanticipated 75:25
uninitiated 32:19
unique 51:17
United 1:2 58:2
  65:13,19 77:8
  91:25
Universal 97:21
unparalleled 52:6
unrelated 73:17
upcoming 62:3
  104:15
updated 88:14,25
upper 84:19
upside 34:16
USA 57:25 75:14
  86:15 87:6 90:11
USA/Canada 68:10
use 5:23 18:10 19:14
  26:19 35:21 41:19
  44:11,16 47:15,17
  54:19 81:2

useful 18:23
usually 4:19,23
U.K 52:11,16 53:5
  67:7 79:4,11 82:25
  83:8
U.S 23:25 68:13
  96:24 97:15,18

**V**
v 111:3
vacation 85:11
VAIM50019 103:23
valuable 6:13
variety 56:17 70:21
various 72:19
vehicle 23:24 55:10
Veirz 117:21
verbal 7:23
vice 18:24 19:2 40:8
  40:22 41:19,22
video 16:5 92 8
videotape 91:24
view 85:5 94:4
viewed 97:4
visited 22:14 48:20

**W**
W 4:2
waived 3:8
Walston 1:16 5:1,11
  6:1 7:1 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1,24 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  31:1 32:1 33:1
  37:1 38:1 39:1
  40:1 41:1 42:1
  43:1 44:1 45:1
  46:1 47:1 48:1
  49:1 50:1 51:1

17

52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1,19 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
111:4,19
Walston's 108:10
want 5:9 22:3 23:17
  26:6 29:19 30:7
  34:5 37:13 42:4,5
  43:8,9 48:2 53:2
  54:7,16,18 58:6
  66:4,18 78:2 91:6
  92:6
wanted 6:16 36:11
  36:12
wants 56:3
Warner 97:20
  100:10,13,14,18
  100:19,20,24
  102:4,10
wasn't 30:11 60:10
waste 24:14 108:10
watching 28:4,6
way 12:13,14 51:2
  61:12 67:7 68:23
  78:3 88:20 89:9
WDR 54:3

Web 22:12,14,15
  48:8,19,20,22,23
  49:4 52:2 57:11
  60:18,24 61:14
  62:10 63:16 72:6,7
  72:12,15,18 73:7
  74:2 75:17,20 76:9
  76:17 77:17,18
  83:9 90:17 91:8
  102:14,24 103:4
  103:18
week 58:10
went 31:16 32:9
WESSEL 2:9
whether 1:17 2:12
whatsoever 30:19
  32:7 40:13 41:5,25
  wholly 12:6
withdraw 7:12
  59:11 101:6
withdrawn 15:8
  21:3 39:4 50:5,16
  witness 6:23 8:20
  11:21 21:14 22:24
  43:7 78:4 94:20
  109:8 110:5
won 73:2 74:7,18
wonderful 30:13
  34:24
word 30:12 44:7 54:8
  54:16,19 55:2 66:8
words 40:25 44:16
  47:8 48:12 79:17
  95:12 106:22
work 5:20,25 44:21
  78:3 85:24 86:11
  108:8
worked 14:7 45:8
working 14:12
  59:18 87:4 97:3
workout 34:6
works 18:16,17,19
  48:1

world 27:14 33:3
  47:16 57:25
worldwide 47:7,10
  91:12
writing 43:24 81:2,9
written 41:4 44:17
  46:25 88:14
wrong 101:25
Www.MedicArts...
  103:5
Www.musikw@st-...
  103:5
www.qualiton.com
  102:25

**X**
x 1:5,11

**Y**
year 23:9 24:24
  45:25 60:6,7 79:2
  81:17 82:14,21
years 4:11 80:9
York 1:3,19,19,21
  2:7,7,15,15 4:4
  16:2 17:16,17,18
  17:19,24 18:3,4,19
  26:24 27:12 28:4
  29:17,23 31:9,14
  32:4 33:18 61:23
  62:2,9 98:24 99:2
  104:7,21 105:6

**Z**
zero 60:3

**0**
04 37:2 38:19
05 75:3
06 75:3 84:4,4 94:23
  07 41:13

**1**
1,500 50:20
1:00 108:15
1:07-cv-9938 1:4

10:10 1:12
100 24:8,15,17 30:3
  53:5
100A-1840 2:7
10017 2:15
11:28 64:20
11:34 64:20
12 12:2 58:25 59:24
12:31 99:20
12:44 99:20
15:23
18 26:22 34:18 47:9
  65:17,17 93:2 98:7
  98:10 99:15
  106:14
18th 2:14
1938 52:9
1950s 52:15
1957 56:4
1993 45:23
1997 45:23 52:15

**2**
2 9:10 15:18 21:11
  88:6 89:6 90:4
  94:23 96:5,6,9
200A:7
20 98:8,9,13
2004 8:5 36:19 38:7
2006 8:9 9:4,18 75:3
2007 15:9,18 40:9,20
  79:7
2008 1:12 7:22
108:21 109:18
111:4,21
21 1:12 48:4,4 91:17
  52:19 111:4
22 11:18 13:2 28:12
  19:21 47:25 48:5
220 52:8
23 23:2 76:16
24 76:8
2400 2:6
25 76:24
26 2:6 83:14

27 85:14 86:6 87:9
  88:23 89:14
28 91:5
29 72:4,25

**3**

3 7:11,12 66:24,24
  67:24,25 68:14
  85:25 86:21,24
  87:2 88:6 89:6
30 60:6 94:19
31 20:21
33 6:19 7:6,7 11:13
  16:10 23:3 66:17
  68:14 85:22 86:10
  87:12
34 21:25 36:10,15
35 51:5
37 8:16
38 60:20 62:22 65:21
  70:24
39 75:23

**4**

4 107:15
40 77:14,22
42 103:15
44 103:14
45 60:7
45s 53:7

**5**

5,000 34:7 35:22
50 51:3 57:24 58:4
550 69:7

**6**

65 51:6

**7**

757 1:18 2:14

**9**

9 107:17
92 52:9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MEDICI CLASSICS PRODUCTIONS LLC,                          :
                                                          :
                        Plaintiff                         :
                                                          :
        -against-                                         :
                                                          :          1:07-cv-09938 (RJH)
                                                          :
MEDICI GROUP LLC, MEDICI ARTS                             :
LLC, EUROARTS MEDIEN GmbH,                                :          **STIPULATION**
EUROARTS MUSIC INTERNATIONAL                              :
GmbH, MEDICI ARTS LIMITED U.K.,                           :
IDEALE AUDIENCE GROUP, S.A.,                              :
ROBERT T. WALSTON, THOMAS BAER                            :
and                                                       :
JOHN DOES Nos. 1 to 10,                                   :
                                                          :
                        Defendants.                       :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Medici Classics Productions LLC ("Medici Classics"), through its undersigned

counsel, and Defendants Medici Group LLC ("Medici Group"), and Robert T. Walston

("Walston") (collectively "Defendants"), through their undersigned counsel, hereby stipulate and

agree as follows:

> 1.    Plaintiff's Exhibit 1 is a Haskil audio CD.
>
> 2.    Plaintiff's Exhibit 2 is a Casadesus audio CD.
>
> 3.    Plaintiff's Exhibit 3 is a sales receipt from J&R Music World, 23 Park

Row, New York, NY 10038 for the purchase of Plaintiff's Exhibits 1 & 2 on April 17, 2008 by

Ms. Irena Koblar.

> 4.    Plaintiff's Exhibit 4 is a Kleiber audio CD.

5.      Plaintiff's Exhibit 5 is a print out of sales confirmation page and an email confirmation from ArkivMusic.com for the purchase of Plaintiff's Exhibit 4 on April 14, 2008 by Mr. John Landolfi.  Mr. Landolfi's shipping address is 240 West 98th Street, #13-A, New York, NY 10025 and his billing address is 304 West 98th Street, New York, NY 10025.

6.      Plaintiff's Exhibit 6 is a Boult audio CD.

7.      Plaintiff's Exhibit 7 is a print out of sales confirmation page from MDT.co.uk for the purchase of Plaintiff's Exhibits 6 and 8 on April 18, 2008 by Mr. Patrick Pridemore of 95 Park Terrance East, #1F, New York, NY 10034.

8.      Plaintiff's Exhibit 8 is a Klemperer audio CD.

9.      Plaintiff's Exhibit 9 is a Leonard Bernstein DVD.

10.     Plaintiff's Exhibit 10 is an email confirmation from NaxosDirect.com for the purchase of Plaintiff's Exhibit 9 on April 17, 2008 by Mr. Asaf Blasberg of 252 West 76th Street, 1E, New York, NY 10023.

11.     Plaintiff's Exhibit 11 is a Philadelphia Orchestra led by Eugene Ormandy DVD.

12.     Plaintiff's Exhibit 12 is an email confirmation from NaxosDirect.com for the purchase of Plaintiff's Exhibit 11 on April 17, 2008 by Mr. Asaf Blasberg of 252 West 76th Street, 1E, New York, NY 10023.

13.     Plaintiff's Exhibit 13 is a Gulda audio CD.

14.     Plaintiff's Exhibit 14 is a printout of a website available at http://www.mdt.co.uk/MDTSite/product//MM0242.htm.  The printout, dated April 24, 2008, offers Plaintiff's Exhibit 13 for sale.

15.    Plaintiff's Exhibit 15 is an email confirmation from MDT.co.uk for the purchase of Plaintiff's Exhibits 14 and 16 on April 25, 2008 by Mr. Asaf Blasberg of 252 West 76th Street, 1E, New York, NY 10023.

16.    Plaintiff's Exhibit 16 is a Rabin audio CD.

17.    Plaintiff's Exhibit 17 is a printout of a website available at http://www.mdt.co.uk/MDTSite/product//MM0232.htm.  The printout, dated April 24, 2008, offers Plaintiff's Exhibit 16 for sale.

18.    Plaintiff's Exhibit 18 is a DVD of The Pyongyang Concert performance by the New York Philharmonic.

19.    Plaintiff's Exhibit 19 is an email confirmation from ShopThirteen.org for the purchase of Plaintiff's Exhibits 18 on April 20, 2008 by Mr. Asaf Blasberg of 252 West 76th Street, 1E, New York, NY 10023.

20.    Plaintiff's Exhibit 20 is an inset booklet from Plaintiff's Exhibit 18.

Dated: New York, New York
       May 28, 2008

BAINTON MCCARTHY LLC

BY: _____
    J. Joseph Bainton
26 Broadway, Suite 2400
New York, New York 10004
(212) 480/3500
*Attorneys for Plaintiff*

KORNSTEIN VEISZ WEXLER & POLLARD, LLP

BY: _____
    Daniel J. Kornstein
757 Third Avenue
New York, New York 10017
(212) 418-8600
*Attorneys for Defendants Medici Group LLC and Robert T. Walston*

3



mediciMASTERS

**Haskil**

**Mozart**  Piano Concerto No.9, K271
Piano Concerto No.19, K459
9 Variations on a Minuet by Duport, K573

Clara Haskil
Kölner Rundfunk-Sinfonie-Orchester
Otto Ackermann
Ferenc Fricsay

● THE COLOGNE
● BROADCASTS

MOZART/PNO CTOS 9&19 – HASKIL
$15.99
1095   HMM( 0607   C   CL   S NM11
82756502225

PLAINTIFF'S
EXHIBIT
1



**Wolfgang Amadeus Mozart** (1756 - 1791)
Piano Concerto No.9 in E flat major, K271
"Jeunehomme"
Klavierkonzert Nr. 9 Es-Dur
Concerto pour piano nº 9 en *mi* bémol majeur
Cadenzas · Kadenzen · Cadences : W. A. Mozart

| 1 | I Allegro | 10:18 |
| 2 | II Andantino | 10:32 |
| 3 | III Rondeau. Presto – <br> Menuetto. Cantabile – Tempo primo | 9:36 |

Kölner Rundfunk-Sinfonie-Orchester*
Otto Ackermann

Piano Concerto No.19 in F major, K459
Klavierkonzert Nr. 19 F-Dur
Concerto pour piano nº 19 en *fa* majeur
Cadenzas: W. A. Mozart

| 4 | I Allegro | 12:16 |
| 5 | II Allegretto | 6:52 |
| 6 | III Allegro assai | 7:05 |

Kölner Rundfunk-Sinfonie-Orchester*
Ferenc Fricsay

| 7 | 9 Variations on a Minuet by Duport, K573 | 10:38 |
|   | 9 Variationen über ein Menuett von Duport | |
|   | 9 Variations sur un menuet de Duport | |

Total time 67:58

**Clara Haskil** *piano*

Recorded at the Funkhaus, Saal 1, WDR Cologne, 11 June 1954 (K271), 30 May 1952 (K459)
Recorded at the Besançon Festival, 7 September 1956 (K573)
* now renamed · heute · aujourd'hui WDR Sinfonieorchester Köln

MM004-2

ADD

Notes in English / Mit deutschem Einführungstext
Texte en français

medici arts

WDR • THE COLOGNE
• BROADCASTS

℗ and © 2007 Medici Arts Limited
Produced by Westdeutscher Rundfunk Köln, broadcast in 1952/54/56

8 27565 02022 5





**Wolfgang Amadeus Mozart** (1756 - 1791)

Piano Concerto No.24 in C minor, K491
Klavierkonzert Nr. 24 c-moll
Concerto pour piano nº 24 en ut mineur

1  I   Allegro                                           12:22
2  II  Larghetto                                          7:23
3  III [Allegretto]                                       8:13
    Cadenzas · Kadenzen · Cadences : Saint-Saëns

Piano Concerto No.27 in B flat major, K595
Klavierkonzert Nr. 27 B-Dur
Concerto pour piano nº 27 en si bémol majeur

4  I   Allegro                                           12:51
5  II  Larghetto                                          7:47
6  III Allegro                                            7:38
    Cadenzas: Mozart

Kölner Rundfunk-Sinfonie-Orchester*
George Szell

**Carl Maria von Weber** (1786 - 1826)

7  Konzertstück für Klavier und                          15:16
    Orchester f-moll, Op.79
    Concert Piece for Piano and Orchestra in F minor
    Pièce de concert pour piano et orchestre en fa mineur

Kölner Rundfunk-Sinfonie-Orchester*
Romanus Hubertus

**Robert Casadesus** piano

                                          Total time 71:53

Recorded at the Funkhaus, Saal 1, WDR Cologne,
27 June 1960 (Mozart K491), 8 September 1958 (Mozart K595), 3 March 1954 (Weber)
* now renamed · heute · aujourd'hui WDR Sinfonieorchester Köln.

FROM THE PRODUCERS OF BBC LEGENDS

MM010-2
ADD

medici arts

WDR · THE COLOGNE BROADCASTS

SOURCED FROM THE ORIGINAL MASTER TAPES

Notes in English / Mit deutschem Einführungstext
Texte en français

℗ and © 2007 Medici Arts Limited
Produced by Westdeutscher Rundfunk Köln, broadcast in 1954/58/60

8 27565 02292 2



REGIST          CEIPT

MUSIC WORLD
COMPUTER WORLD

Welcome to Jazz Department
23 Park Row

New York, NY 10038
Phone:212-238-9100

*0162227120*

The following item(s) have been
picked up at the register:

1. 82756502292
   MOZART/PNO CTOS 24&27-CASADESU
   1 @    15.99   *Px-2*        15.99

2. 82756502022
   MOZART/PNO CTOS 9&19-HASKIL
   1 @    15.99   *Px-1*        15.99

3. 67575400690
   BRAHMS/VLN SONS-HEIFETZ
   1 @    14.99                 14.99

4. 82564696778
   GIL, GILBERTO/DUETOS
   1 @    14.99    -3.00        11.99

   ----------------------------
   Subtotal                     58.96
   Tax                           4.94
   Total                        63.90

   Total Tendered               63.90


PAID BY:VISAxxxxxxxxxxxxx827
Card Name:KOBLAR/IRENA
04/17/08  49  1  1a  CC      $63.90

Auth No:082468

Dept:Jazz Department
Receipt:016227120
Register  49
Slspsn:House            Cashier:1a
Slspsn Name:Account
04/17/08                  7:26 PM

D.C.A. Lic.#:
0900310, 0900311, 0900615, 0900616
0900617, 1129222, 1125853, 1234547

J & R wants to hear from you!
Take our survey at www.jr.com/nextag

All returns or exchanges must be made
within 14 days of purchase and be
accompanied by original sales receipt.
If proven defective, pre-recorded CDs
and DVDs will only be exchanged for
the same title; if unopened, they are
eligible for store credit or refund.
Cash refunds are processed by check
and mailed in 7-10 business days;
credit ca                        dited
to your a                        days.

PLAINTIFF'S
EXHIBIT
3





**Carl Maria von Weber** (1786–1826)

**1** Euryanthe: Overture                                    9:10
Ouvertüre · Ouverture

**Wolfgang Amadeus Mozart** (1756–1791)

Symphony No.33 in B flat major, K319
Symphonie Nr. 33 B-Dur
Symphonie n° 33 en si bémol majeur

**2**  I   Allegro assai                                     7:04
**3**  II  Andante moderato                                  5:29
**4**  III Menuetto – Trio                                   2:44
**5**  IV  Finale. Allegro assai                             4:32

**Peter Tchaikovsky** (1840–1893)

Symphony No.6 in B minor, Op.74 "Pathétique"
Symphonie Nr. 6 h-moll
Symphonie n° 6 en si mineur

**6**  I   Adagio – Allegro non troppo                      19:26
**7**  II  Allegro con grazia                                7:55
**8**  III Allegro molto vivace                              9:08
**9**  IV  Finale. Adagio lamentoso – Andante               10:00

Total time  75:51

Kölner Rundfunk-Sinfonie-Orchester*
**Erich Kleiber**

Recorded at the Funkhaus, Saal 1, WDR Cologne,
20 January 1956 (Weber), 23 November 1953 (Mozart), 28 March 1955 (Tchaikovsky)
* now renamed · heute · aujourd'hui WDR Sinfonieorchester Köln

MM003-2
ADD

Notes in English / Mit deutschem Einführungstext
Texte en français

medici
arts

WDR · THE COLOGNE
BROADCASTS

℗ and © 2007 Medici Arts Limited
Produced by Westdeutscher Rundfunk Köln, broadcast in 1953/55/56

8  27565 02012  6





Composers | Conductors | Performers | Ensembles | Operas | Labels | Search

**BRILLIANT CLASSICS ON SALE**

Back to Main Account Page

## You're signed in as johnlandolfi@verizon.net.   Log Out

***Order Details*** On this page, you can view all of the pertinent details regarding your ArkivMusic order. When there is a change in the status of your order, it is updated here immediately!

| Order Number | Order Date | Order Status | | Ship Method | Original Order Total |
|---|---|---|---|---|---|
| 2033128 | 04/14/08 | Accepted | | 1st Class Mail | $20.53 |

| Billing Address | Shipping Address |
|---|---|
| **Mr. John Landolfi** <br> **304 West 98th Street** <br> **New York, NY 10025** <br> **212-866-7796** | **John Landolfi** <br> **John Landolfi C/O Naomi Rhodes** <br> **240 West 98th St, #13-A** <br> **New York, NY 10025** <br> **212-866-7796** |

## Pending Shipment

| Item Name | Quantity | Item Status | Item Price | Extended Price |
|---|---|---|---|---|
| Weber: Euryanthe Overture; Mozart, Tchaikovsky | 1 | Accepted | $15.99 | $15.99 |

← Return to Order Status Page            Return to Home Page 🏠

About ArkivMusic   Contact Us   Partner Program   Institutional Sales   Terms & Conditions   Privacy Policy   Help   Your Account   Shortcuts

### ArkivMusic - The Source for Classical Music!

**Copyright ArkivMusic LLC, 2008.**

Data supplied by Muze, Inc. Copyright 1948-2008. For personal use only. All rights reserved. **muze**



PLAINTIFF'S EXHIBIT

**JOHN LANDOLFI**
_____

**From:** &lt;manager@arkivmusic.com&gt;
**To:** &lt;johnlandolfi@verizon.net&gt;
**Sent:** Monday, April 14, 2008 6:40 PM
**Subject:** ArkivMusic Order Confirmation -- #2033128

Dear Mr. Landolfi,

Thank you for placing an order on ArkivMusic!
Here are the details of your order:

Shipping Address:
John Landolfi
John Landolfi C/O Naomi Rhodes
240 West 98th St, #13-A
New York, NY 10025

Order Number:  2033128
Order Date:  04/14/08
Ship Via:  1st Class Mail


Qty   Price    Total    Abbreviated Title
--------------------------------------------------------------------
1    $15.99    $15.99 Weber: Euryanthe Overture;  Mozart, Tcha
--------------------------------------------------------------------
1 Total Items

Subtotal: $15.99
Shipping: $2.95
Tax:    $1.59
Total:  $20.53


You will be notified by email when your order is shipped.  If your order
contains Backorder or Special Order items, you will be notified each time
an item is shipped.  You will never be charged for an item until it has
actually been shipped.

4/14/2008



**Ludwig van Beethoven** (1770–1827)

Symphony No.6 in F major, Op.68 "Pastoral"
Symphonie Nr. 6 F-Dur «Pastorale»
Symphonie n° 6 en fa majeur « Pastorale »

| | | | |
|---|---|---|---|
| **1** | I | Erwachen heiterer Empfindungen bei der Ankunft auf dem Lande *Allegro ma non troppo* | 12:30 |
| **2** | II | Szene am Bach *Andante molto mosso* | 11:19 |
| **3** | III | Lustiges Zusammensein der Landleute *Allegro* | 5:27 |
| **4** | IV | Gewitter – Sturm *Allegro* | 3:49 |
| **5** | V | Hirtengesang. Frohe und dankbare Gefühle nach dem Sturm *Allegretto* | 8:53 |

**Wolfgang Amadeus Mozart** (1756–1791)

Symphony No.41 in C major, K551 "Jupiter"
Symphonie Nr. 41 C-Dur
Symphonie n° 41 en *ut* majeur

| | | | |
|---|---|---|---|
| **6** | I | Allegro vivace | 10:38 |
| **7** | II | Andante cantabile | 11:41 |
| **8** | III | Menuetto. Allegretto – Trio | 4:50 |
| **9** | IV | Molto allegro | 11:37 |

London Philharmonic Orchestra
**Sir Adrian Boult**

Total time  80:56

Recorded at No.1, Abbey Road Studios, London.
17 April, 10 & 15 May 1977 (Beethoven),
23 September & 16 October 1974 (Mozart)

FROM THE PRODUCERS OF BBC LEGENDS

medici arts

MM019-2

STEREO  ADD

Notes in English / Mit deutschem Einführungstext
Texte en français

℗ 1978 (Beethoven), ℗ 1976 (Mozart)
The copyright in these sound recordings is owned by EMI Records Ltd.
This compilation and digital remastering © 2007 Medici Arts Limited.
© Medici Arts Limited issued under licence from EMI Records Ltd.

8  27565 02742  2



MDT Mail Order - The Specialists for Classical Music - Over 65,000 titles online

Email: info@mdt.co.uk
Tel: 01332 540240

ABOUT US | COMMON QUESTIONS | ORDER INFORMATION | YOUR ACCOUNT | YOUR WISH LIST

CHECKOUT   YOUR BASKET CONTAINS: 2 ITEMS   YOU ARE SHOPPING IN:

New Releases | Special Offers | Awards | Composers | CD | SACD | DVD | BOOKS

HOME    newsletter sign up    your email address...   GO    search    keyword or order code    General   GO

WELCOME BACK PATRICK PRIDEMORE        ADVANCED SEARCH

- ✓ REGISTER WITH US
- ✓ ACCOUNT ADDRESS
- ✓ PAYMENT CARD
- ✓ DELIVERY OPTIONS
- ○ CONFIRM ORDER

## Please Confirm Your Order

Please review your order information and click **confirm order** at the foot of the page.

A copy of this confirmation will be sent to **patpridemore@gmail.com**
Please also print this page for your records.

Payment Cards are not charged until the day we dispatch your order. Details are checked at the time of order for your own protection and to prevent online fraud.

To edit your order, please click   edit order

| DESCRIPTION | UNIT PRICE | QTY | TOTAL |
|---|---|---|---|
| **MM0052** KLEMPERER, OTTO Beethoven: Egmont Overture Brahms: Symphony No. 1 Mahler: Kindertotenlieder George London, Kolner Rundfunk-Sin. | £8.50 £7.23 ex VAT | . | £8.50 |
| **MM0192** BOULT, SIR ADRIAN Beethoven: Symphony No. 6 Pastoral / Mozart: Symphony No. 41 Jupiter London Philharmonic Orchestra. Medici art | £8.50 £7.23 ex VAT | 1 | £8.50 |

|  | Subtotal: | £17.00 |
|---|---|---|
|  | VAT Deduction: | £-2.54 |
|  | Postage and Packaging*: (Airmail - USA) | £1.50 |
|  | **Total:** | £15.96 **$32.40** |



* More details

**DELIVERY ADDRESS:**

Mr Patrick Pridemore
95 Park Terrace East #1F
New York
NY
10034
United States of America

**ACCOUNT ADDRESS:**

Mr Patrick Pridemore
95 Park Terrace East #1F
New York
NY
10034
United States of America

**PAYMENT INFORMATION:**

| **Card Type:** | Visa |
|---|---|
| **Card Number:** | **** **** **** 8307 |
| **Name on Card:** | Patrick Pridemore |
| **Expiry Date:** | 07 / 2009 |
| **Issue Number:** | |

SEND CONFIRMATION EMAIL TO: PATPRIDEMORE@GMAIL.COM

confirm order





**Ludwig van Beethoven** (1770–1827)

Music to Goethe's Tragedy *Egmont*, Op.84
Musik zu Goethes Trauerspiel *Egmont*
Musique pour le drame *Egmont* de Goethe

1  Overture                                          8:46
   Ouvertüre · Ouverture

**Johannes Brahms** (1833–1897)

Symphony No.1 in C minor, Op.68
Symphonie Nr.1 c-moll
Symphonie nº 1 en *ut* mineur

2  I    Un poco sostenuto – Allegro               13:14
3  II   Andante sostenuto                          8:40
4  III  Un poco Allegretto e grazioso              4:31
5  IV   Adagio – Più Andante –                    15:33
        Allegro non troppo, ma con brio

Kölner Rundfunk-Sinfonie-Orchester*
**Otto Klemperer**

Recorded at the Funkhaus, Saal 1, WDR Cologne,
28 May 1955 (Beethoven), 17 October 1955 (Brahms, Mahler)
* now renamed · heute · aujourd'hui WDR Sinfonieorchester Köln

**Gustav Mahler** (1860–1911)

Kindertotenlieder
Songs on the Death of Children
Chants pour les enfants morts
(Text: Friedrich Rückert)

6   Nun will die Sonn' so hell aufgehn              5:01
7   Nun seh ich wohl, warum so dunkle Flammen      4:09
8   Wenn dein Mütterlein                            4:11
9   Oft denk ich, sie sind nur ausgegangen!        3:00
10  In diesem Wetter                                6:10

George London *baritone*
Kölner Rundfunk-Sinfonie-Orchester*
**Otto Klemperer**

Total time: 73:33

FROM THE PRODUCERS OF BBC LEGENDS

medici arts

**WDR** · THE COLOGNE
      · BROADCASTS

SOURCED FROM THE ORIGINAL MASTER TAPES

℗ & © 2007 Medici Arts Limited
Produced by Westdeutscher Rundfunk Köln, broadcast in 1955

MM005-2

ADD

Notes in English | Mit deutschem Einführungstext
Texte en français

8  27565 02112  3



PLAINTIFF'S
EXHIBIT
9
Blumberg No. 5113

EUROARTS

SCHUBERT
Symphony No. 9

SCHUMANN
Manfred Overture

Symphonieorchester des
Bayerischen Rundfunks

Wiener Philharmoniker

LEONARD
BERNSTEIN

UNITEL
CLASSICA



## FRANZ SCHUBERT

**Symphony No.9 in C major, D944 "The Great"**
Symphonie Nr. 9 »große« C-Dur
Symphonie n° 9 en *ut* majeur « La Grande »

I    Andante – *Allegro ma non troppo*
II   Andante con moto
III  Scherzo. Allegro vivace
IV   Finale. Allegro vivace

Symphonieorchester des Bayerischen Rundfunks
Recorded at the Kongresssaal, Deutsches Museum, Munich, 10–15 June 1987

## ROBERT SCHUMANN

**Overture to *Manfred*, op.115**
Ouvertüre · Ouverture

Wiener Philharmoniker
Recorded at the Musikvereinssaal, Vienna, 23 October – 6 November 1985


UNITEL
CLASSICA

LEONARD BERNSTEIN

Directed by Humphrey Burton


medici
arts

| Picture Format: | Sound Formats: | Region Code: | Disc Format: | Running Time: | Freigegeben ohne Altersbeschränkung gemäß § 14 JuSchG FSK |
|---|---|---|---|---|---|
| NTSC · 4:3 | PCM Stereo · DD 5.1 · DTS 5.1 | 0 (worldwide) | DVD 9 | 77 mins | |


EuroArts


DIGITAL
dts
SURROUND


DVD
VIDEO


DOLBY
DIGITAL

www.euroarts.com I Made in Germany I 2072168

The material contained on this DVD is licensed for non-commercial private use only. Any public performance, broadcast, other use or any other reproduction is strictly prohibited. A production of Bayerischer Rundfunk in cooperation with Unitel GmbH & Co. KG, Munich, and Video Music Productions, Inc. © 1987 Bayerischer Rundfunk, Unitel (Schubert). A production of Unitel GmbH & Co. KG, Munich, in cooperation with Video Music Productions, Inc. © 1986 Unitel (Schumann). Distributed by EuroArts Music International GmbH. Photos © Unitel. Artwork & Editorial © 2007 EuroArts Music International GmbH


8 80242 72168 6

digim

**Jerome Rose**

| | |
|---|---|
| **From:** | customerservice@naxosdirect.com |
| **Sent:** | Thursday, April 17, 2008 5:06 PM |
| **To:** | ASAFB@RCN.COM |
| **Subject:** | Thank you for your order |



**Thank you for your order from the NaxosDirect Store. Your order number is NAX10726.**
Order date : Apr 17, 2008
Order Time : 4:05pm

# Items Ordered

SCHUBERT: Symphony No. 9 / SCHUMANN, R.: Manfred Overture (Bernstein) (NTSC) (1) - $24.99 Each

Subtotal: $24.99
Tax: $0.00
Shipping: $2.95
Grand Total: $27.94

# Billing Address:

ASAF BLASBERG
252 W 76 ST 1E
NEW YORK, NY 10023
ASAFB@RCN.COM



# Shipping Address:

ASAF BLASBERG
252 W 76 ST 1E
NEW YORK, NY 10023

Did you know you can send your friends free $5 gift certificates to shop at NaxosDirect? Sign into your account at the My Account page.





PLAINTIFF'S
EXHIBIT
//

holst: the planets
debussy: la mer



the philadelphia orchestra
eugene ormandy



unitel
classica



## gustav holst:
## the planets

| | |
|---|---|
| I | Mars, the bringer of war |
| II | Venus, the bringer of peace |
| III | Mercury, the winged messenger |
| IV | Jupiter, the bringer of jollity |
| V | Saturn, the bringer of old age |
| VI | Uranus, the magician |
| VII | Neptune, the mystic |

**The Mendelssohn Club of Philadelphia**
Chorus Master: Mary Zatzman
**The Philadelphia Orchestra**

## claude debussy:
## la mer

| | |
|---|---|
| I | De l'aube à midi sur la mer. Très lent |
| II | Jeux de vagues. Allegro |
| III | Dialogue du vent et de la mer. Animé et tumultueux |

**The Philadelphia Orchestra**

# EUGENE ORMANDY

Recorded at the Academy of Music, Philadelphia,
24–26 June 1977
Directed by Kirk Browning

UNITEL classica

medici arts

| Picture Format: | Sound Formats: | Region Code: | Disc Format: | Running Time: | |
|---|---|---|---|---|---|
| NTSC · 4:3 | PCM Stereo · DD 5.1 · DTS 5.1 | 0 (worldwide) | DVD 9 | 81 mins | Freigegeben ohne gemäß § 14 JuSchG FSK |

EuroArts

DIGITAL
dts
SURROUND

DOLBY
DIGITAL

DVD
VIDEO

www.euroarts.com  I  Made in Germany  I  2072268

The material contained on this DVD is licensed for non-commercial
private use only. Any public performance, broadcast, other use or any
other reproduction is strictly prohibited. A co-production of Unitel
GmbH & Co. KG, Munich, and International Television Trading Corpor-
ation © 1977 Unitel. Distributed by EuroArts Music International.
Cover Photo: View of Saturn from the Cassini orbiter, 2005. Photos ©
Unitel. Artwork & Editorial © 2007 EuroArts Music International GmbH

digim

8 80242 72268 3

**Jerome Rose**

| | |
|---|---|
| **From:** | customerservice@naxosdirect.com |
| **Sent:** | Thursday, April 17, 2008 5:08 PM |
| **To:** | ASAFB@RCN.COM |
| **Subject:** | Thank you for your order |



**Thank you for your order from the NaxosDirect Store. Your order number is NAX10727.**
Order date : Apr 17, 2008
Order Time : 4:07pm

# Items Ordered

HOLST: Planets (The) / DEBUSSY: La mer (Ormandy) (NTSC) (1) - $24.99 Each


Subtotal: $24.99
Tax: $0.00
Shipping: $2.95
Grand Total: $27.94


# Billing Address:

ASAF BLASBERG
252 W 76 ST 1E
NEW YORK, NY 10023
ASAFB@RCN.COM



# Shipping Address:

ASAF BLASBERG
252 W 76 ST 1E
NEW YORK, NY 10023


Did you know you can send your friends free $5 gift certificates to shop at NaxosDirect? Sign into your account at the My Account page.



Great performances from international archives

**Gulda**

**Beethoven** Piano Concerto No.3
Piano Sonata No.23 "Appassionata"
Piano Sonata No.28

Friedrich Gulda
Kölner Rundfunk-Sinfonie-Orchester
Mario Rossi

**WDR** · THE COLOGNE
· BROADCASTS

PLAINTIFF'S
EXHIBIT
13



**Ludwig van Beethoven** (1770-1827)
Piano Concerto No.3 in C minor, Op.37
Konzert für Klavier und Orchester Nr. 3 c-moll
Concerto pour piano et orchestre nº 3 en *ut mineur*

| 1 | I Allegro con brio | 16:23 |
| 2 | II Largo | 8:33 |
| 3 | III Rondo. Allegro | 8:52 |

**Friedrich Gulda** *piano*
Kölner Rundfunk-Sinfonie-Orchester*
Mario Rossi

Piano Sonata No.23 in F minor, Op.57 "Appassionata"
Klaviersonate Nr. 23 f-moll
Sonate pour piano nº 23 en *fa mineur*

| 4 | I Allegro assai | 8:47 |
| 5 | II Andante con moto – *attacca:* | 6:08 |
| 6 | III Allegro, ma non troppo – Presto | 5:07 |

Piano Sonata No.28 in A major, Op.101
Klaviersonate Nr. 28 A-Dur
Sonate pour piano nº 28 en *la majeur*

| 7 | I Etwas lebhaft und mit der innigsten Empfindung. Allegretto, ma non troppo | 4:24 |
| 8 | II Lebhaft, marschmäßig. Vivace alla marcia | 6:38 |
| 9 | III Langsam und sehnsuchtsvoll. Adagio, ma non troppo, con affetto – *attacca:* | 2:58 |
| 10 | IV Geschwind, doch nicht zu sehr und mit Entschlossenheit. Allegro | 7:22 |

**Friedrich Gulda** *piano*

Total time 75:33

Recordings:
Saal 1, Funkhaus, WDR Cologne, 25 February 1957 (Concerto), Funkhaus, Saal 2, WDR Cologne, 22 February 1957 (Sonatas)
* now renamed · heute – aujourd'hui: WDR Sinfonieorchester Köln

MM024-2
ADD

**WDR** • THE COLOGNE
• BROADCASTS

Notes in English / Mit deutschem Einführungstext
Texte en français

℗ and © 2008 Medici Arts Limited
Produced by Westdeutscher Rundfunk Köln, broadcast in 1957

8 27565 03082 8



## MDT Mail Order - The Specialists for Classical Music - Over 65,000 titles online

ABOUT US | COMMON QUESTIONS | ORDER INFORMATI

CHECKOUT | 🏦 YOUR BASKET CONTAINS: 0 ITEM

| New Releases | Special Offers | Awards | Composers | CD |

HOME    newsletter sign up    your email address...    GO    search    keyword or

WELCOME TO THE MDT WEBSITE

# CD

PLAINTIFF'S EXHIBIT
14

## Order Code: MM0242



**product code: MM0242**

**price: £8.50** £7.23 ex.VAT

GULDA Beethoven: Piano Concert
28. Kolner Rundfunk Sinfonie Orch

**label: Medici arts**
**format: CD**

**Composer: (click for full listing)**

• **Beethoven, Ludwig van**
**released: 28/01/08**

[printer friendly version]


buy online

**FRIEDRICH GULDA**

**Beethoven**:
Piano Concerto No. 3

Piano Sonata No. 23
Piano Sonata No. 28

### Kölner Rundfunk-Sinfonie-Orchester / Mario Rossi

Recording:
Saal 1, Funkhaus, Cologne, 25 February 1957
Saal 2, Funkhaus, Cologne, 22 February 1957

In the 1950s, the Austrian pianist Friedrich Gulda (1930-2000) was considered the leading inte
his generation, notably Beethoven and Mozart. In the mid 50s, he became more immersed in ja
genius playing the Viennese classics. Gulda's recordings are now beginning to enjoy cult status
recorded the Beethoven Piano Concerto No. 3 once in the studio for Decca (Horst Stein) in 197
deleted. The two Beethoven piano sonatas precede his Decca recordings of the same works.

The two piano sonatas, like the Beethoven Piano Concerto No. 3, have never been issued befor
using the original WDR master tapes.

Jeremy Siepmann in his notes says, *"One of the things that most impresses here is the sheer w
Outstanding examples include all of Op. 101. Nor by any means is the Appassionata to be sniffe
makes a clear distinction between passion and hysterics."*

Mono

### Medici arts MM0242

© 2004 Copyright MDT. All rights reserved.                              Tel: 0133

click here for a full list of products

**Jerome Rose**

| | |
|---|---|
| **From:** | Asaf Blasberg [asafb@rcn.com] |
| **Sent:** | Friday, April 25, 2008 11:56 AM |
| **To:** | 'Jerome Rose' |
| **Subject:** | RE: Order confirmation from MDT Mail Order [order number: 116640] |

I also ordered two DVDS of n korea concert

**From:** Asaf Blasberg [mailto:asafb@rcn.com]
**Sent:** Friday, April 25, 2008 11:52 AM
**To:** 'Jerome Rose'
**Subject:** FW: Order confirmation from MDT Mail Order [order number: 116640]

From MDT, my order.

**From:** orders@mdt.co.uk [mailto:orders@mdt.co.uk]
**Sent:** Friday, April 25, 2008 11:50 AM
**To:** ASAFB@RCN.COM
**Subject:** Order confirmation from MDT Mail Order [order number: 116640]



## Your order details follow below:

| DESCRIPTION | UNIT PRICE | QTY | TOTAL |
|---|---|---|---|
| **MM0242**<br>GULDA Beethoven: Piano Concerto No. 3, Piano Sonatas Nos. 23 & 28. Kolner Rundfunk Sinfonie Orchester / Mario Rossi. Medici art | **£8.50** | **1** | **£8.50** |
| **MM0232**<br>RABIN, MICHAEL Works by Wieniawski, Paganini, Saint-Saens, Sarasate. Philharmonia Orchestra / Sir Eugene Goossens. Hollywood Bo | **£8.50** | **1** | **£8.50** |
| | | Subtotal: | **£17.00** |
| | | VAT Deduction²: | **£-2.54** |
| | | Postage and Packaging*:<br>(Airmail - USA) | **£1.50** |
| | | **Total:** | **£15.96** |

* More details

| DELIVERY ADDRESS: | ACCOUNT ADDRESS: |
|---|---|
| Mr ASAF BLASBERG<br>252 WEST 76TH STREET<br>APT 1E<br>NEW YORK<br>NEW YORK<br>10023<br>United States of America | Mr ASAF BLASBERG<br>252 WEST 76TH STREET<br>APT 1E<br>NEW YORK<br>NEW YORK<br>10023<br>United States of America |

email: ASAFB@RCN.COM

| PAYMENT INFORMATION: | |
|---|---|
| **Card Type:** | Mastercard |
| **Card Number:** | **** **** **** 1734 |
| **Name on Card:** | ASAF BLASBERG |



PLAINTIFF'S
EXHIBIT
16

Rabin

**Wieniawski** Violin Concerto No.2
**Paganini** Violin Concerto No.1 · Moto perpetuo
**Saint-Saëns** Introduction et Rondo capriccioso
**Sarasate** Zigeunerweisen
**Dinicu** Hora staccato

Michael Rabin
Philharmonia Orchestra · Hollywood Bowl Symphony Orchestra
Sir Eugene Goossens · Felix Slatkin



**Henryk Wieniawski** (1835–1880)
Violin Concerto No.2 in D minor, Op.22
Violinkonzert Nr. 2 d-moll
Concerto pour violon n° 2 en ré mineur

| | | | |
|---|---|---|---|
| 1 | .I | Allegro moderato | 12:16 |
| 2 | II | Romance. Andante non troppo | 5:27 |
| 3 | III | Allegro con fuoco | 6:06 |

**Nicolò Paganini** (1782–1840)
Violin Concerto No.1 in D major, Op.6
Violinkonzert Nr. 1 D-Dur
Concerto pour violon n° 1 en ré majeur

| | | | |
|---|---|---|---|
| 4 | I | Allegro maestoso – Tempo giusto | 16:53 |
| 5 | II | Adagio | 5:35 |
| 6 | III | Rondo. Allegro spiritoso | 6:42 |

**Michael Rabin** violin
Philharmonia Orchestra
Sir Eugene Goossens

**Camille Saint-Saëns** (1835–1921)

| | | |
|---|---|---|
| 7 | Introduction et Rondo capriccioso, Op.28 | 9:37 |

**Pablo de Sarasate** (1844–1908)

| | | |
|---|---|---|
| 8 | Zigeunerweisen, Op.20 | 9:24 |
| | Gypsy Airs · Airs Bohêmiens | |

**Grigoraş Dinicu** (1889–1949)
Arr.: Jascha Heifetz

| | | |
|---|---|---|
| 9 | Hora staccato | 1:55 |

**Nicolò Paganini**

| | | |
|---|---|---|
| 10 | Moto perpetuo, Op.11 | 3:18 |

**Michael Rabin** violin
Hollywood Bowl Symphony Orchestra
Felix Slatkin

Total time 77:56

Recordings:
Abbey Road Studio No.1, London, 14 May 1960 (Tracks 1–6)
Samuel Goldwyn Studios, Hollywood, 10–11 September 1959 (Tracks 7–10)

MM023-2

STEREO ADD

Notes in English / Mit deutschem Einführungstext
Texte en français

WDR · THE COLOGNE BROADCASTS

℗ 1960 (Wieniawski/Paganini) The copyright in these sound recordings is owned by EMI Records Limited.
℗ 1959 (Saint-Saëns/Sarasate/Dinicu/Paganini) The copyright in these sound recordings is owned by Capitol
Records Ltd. This compilation and digital remastering © 2008 Medici Arts Ltd
© Medici Arts Limited issued under licence from EMI Records Ltd

8 27565 03072 9



**MDT Mail Order - The Specialists for Classical Music - Over 65,000 titles online**

ABOUT US | COMMON QUESTIONS | ORDER INFORMATI

CHECKOUT | 🖨 YOUR BASKET CONTAINS: 0 ITEM

| New Releases | Special Offers | Awards | Composers | CD |

HOME    newsletter sign up   your email address...   GO   search   keyword or

WELCOME TO THE MDT WEBSITE

# CD

## Order Code: MM0232


PLAINTIFF'S EXHIBIT
17



**product code: MM0232**

**price: £8.50** £7.23 ex.VAT

RABIN, MICHAEL Works by Wieniawsl
Sarasate. Philharmonia Orchestra / Sir
Bowl S.O. / Felix Slatkin. Medici arts

**label: Medici arts**
**format: CD**

**Composer: (click for full listing)**

- **Paganini, Nicolo**
- **Saint-Saens, Camille**
- **Sarasate, Pablo de**
- **Wieniawski, Henryk**

**released: 28/01/08**

**[printer friendly version]**


⚓ buy online

**MICHAEL RABIN**

**Wieniawski**: Violin Concerto No. 2
**Paganini**: Violin Concerto No. 1 / Moto Perpetuo
**Saint-Saens**: Introduction & Rondo Capriccioso
**Sarasate**: Zigeunerweisen
**Dinicu**: Hora Staccato

**Philharmonia Orchestra / Sir Eugene Goossens**
**Hollywood Bowl Symphony Orchestra / Felix Slatkin**

Recording:
Abbey Road Studio No.1, London, 14 May 1960
Samuel Goldwyn Studios, Hollywood, 10-11 September 1959

The American Michael Rabin (1936-1972) was one of the greatest virtuoso violinists in the post
tragically short. He died aged 36 years after falling in his apartment.

All the works represented in this collection require tremendous technical ability ranging from W
favourite of Heifetz), and the ever popular Paganini Concerto No. 1, to the seductive melodies
fiery Zigeunerweisen and the two short encores.

This CD represents a wonderful cross-section and anthology of Rabin's finest work, a great artis
forgotten except by knowledgeable collectors and by every violinist working today.

All the stereo tapes have been licensed from EMI and have been expertly re-mastered by Paul I

Stereo

**Medici arts MM0232**

© 2004 Copyright MDT. All rights reserved.

Tel: 0133

click here for a full list of products



On February 26, 2008, the world watched as the New York Philharmonic gave the first performance by an American orchestra in the Democratic People's Republic of Korea. Those lucky enough to be present will never forget that historic evening, when people from two long-divided nations were united through the beauty and power of music. By the end of the final encore, both the audience and the musicians onstage stood waving to each other in a new-found spirit of understanding. We are honored and pleased that this DVD can share this transformative experience with new audiences for years to come.

*New York Philharmonic President,* Zarin Mehta

National Anthem of the Democratic People's Republic of Korea: *Aegukka*
National Anthem of the United States of America: *The Star-Spangled Banner*

Richard Wagner
*Lohengrin:* **Prelude to Act III**

Antonín Dvořák
**Symphony No. 9 in E minor**
*From the New World*

George Gershwin
*An American in Paris*

George Bizet
*Faran.... from L'Arlésienne Suite No....*

Leonard Bernstein
**Overture to Candide**

Traditional
Arr. Sung-Hwan Choi
*Arirang*

Recorded live at the East Pyongyang Grand Theatre, Pyongyang,
Democratic People's Republic of Korea on February 26, 2008

Directed by Michael Beyer · Produced by Paul Smaczny
Executive Producers: Paul Smaczny, Thomas Baer, Hyun-Chang Oh,
Hyok-Ki Hong, Gabrielle Babin Gugenheim, David Horn




| Total Running Time | TV Format | Sound | Region Code |
|---|---|---|---|
| 107 mins | NTSC 16:9 | PCM Stereo · DD 5.1 DTS 5.1 | 1 |

medici.tv  EuroArts  New York Philharmonic  **mbc**  arte  thirteen  P  SMG

DVD  dts  DOLBY DIGITAL  digim

EDV 1333 | 2056947

8  80242 56947  9

A production of ... Micron Broadcasting Corporation, Seoul, ARTE France and Thirteen/WNET, New York, in association with ... Licensing Felix and SMG. Shanghai © 2008 EuroArts Music International GmbH. Cover Photo © Chris Lee. WARNING: the copyright programs have licensed the film and sound recordings contained in this videogram for private use only. All other rights reserved. Any unauthorized use including copying, editing, exchanging, exhibition, renting, lending, diffusion, hiring, public performance, radio or television or other ways of dealing with this videogram or any part thereof is strictly prohibited. Dolby and the double-D (DD) logo are trademarks of Dolby Licensing Corporation. Made in Germany.

Freigegeben
ohne Altersbe-
schränkung
gemäß § 5
JÖSchG
FSK

**Jerome Rose**

| | |
|---|---|
| **From:** | Asaf Blasberg [asafb@rcn.com] |
| **Sent:** | Sunday, April 20, 2008 11:54 AM |
| **To:** | 'Julie Kedersha' |
| **Subject:** | FW: Order Confirmation : Your 'ShopThirteen' order |

-----Original Message-----
From: ShopThirteen [mailto:ShopThirteen@ordering.com]
Sent: Sunday, April 20, 2008 12:49 PM
To: ASAF BLASBERG
Subject: Order Confirmation : Your 'ShopThirteen' order

Thank you for ordering from ShopThirteen. Your order dated April 20, 2008 has been received.
For customer service please refer to order# 08786.

Upon shipment, the following items will be charged to your MASTERCARD credit card with last
four digits 1734 and will be shipped via UPS BASIC to:

ASAF BLASBERG
252 W 76 ST 1E
NEW YORK, NY  10023

    EW954 - DVD NY PHIL LIVE FROM N KOREA
    Qty Ordered: 1
    Price each: $24.99       Total price: $24.99
    This item is in stock and expected to ship in 1 - 2 business days.


    Subtotal: $24.99
    Shipping & Handling: $5.95
    Total: $30.94

All applicable taxes will be added to your order upon shipment.

If you have any questions, please contact us via e-mail at <ShopThirteen@ordering.com> or
phone: 1-888-625-5360 or fax: 1-802-864-9846.

Thank you for shopping with ShopThirteen!
----------------------------------------------------------------
ShopThirteen



1

**Jerome Rose**

| | |
|---|---|
| **From:** | Asaf Blasberg [asafb@rcn.com] |
| **Sent:** | Sunday, April 20, 2008 11:36 AM |
| **To:** | 'Julie Kedersha' |
| **Subject:** | North Korean Concert Receipt |

```
Hi Ms. Kedersha,
Here is the receipt for the North Korean DVD:
---------------------------------------------


Billing Address

Asaf Blasberg
252 W 76 ST 1E
NEW YORK, NY
10023
United States
6465050706 Shipping Address

Asaf Blasberg
252 W 76 ST 1E
NEW YORK, NY
10023
United States
6465050706
Shipping Method
Standard ($5.95) Gift Options
This order was not a gift order.  Payment Information  ASAF BLASBERG
MasterCard: ************1734
Expires: 8/2009 No gift certificate applied  Order Summary Product Item Price Quantity Item
Total The New York Philharmonic Live from North Korea
 $24.99 1 $24.99
Subtotal: $24.99
Shipping (Standard): $5.95
Tax: TBD*
Order Total*: $30.94
```



PLAINTIFF'S
EXHIBIT
20

## Acknowledgments

Many institutions, organizations, and individuals contributed greatly to the planning and administration of the New York Philharmonic's visit to Pyongyang. The New York Philharmonic would like to express deep gratitude for the invaluable counsel and guidance of the following:

U.S. Department of State
 Bureau of East Asian and Pacific Affairs
  Ambassador Christopher R. Hill, U.S. Assistant Secretary of State
  Yuri Kim, Chief, DPRK Unit
The Korea Society, New York
 Ambassador Donald P. Gregg, Chairman
 Evans J. R. Revere, President
 Frederick F. Carrière, Vice President and Executive Director
Embassy of Sweden, Pyongyang
 H. E. Ambassador of the Kingdom of Sweden, Mats Foyer
 Ingrid Johansson, Deputy Head of Mission

Air transportation for the New York Philharmonic's visit to Pyongyang was provided by Asiana Airlines.

The New York Philharmonic is grateful for the steadfast support of Sam Koo Park, Chairman and CEO, Kumho Asiana Group.

The New York Philharmonic's visit to Pyongyang was made possible through the extraordinary generosity of Mrs. Yoko Nagae Ceschina.

Additional support was provided by Patrons of the New York Philharmonic:
Mrs. Darlene T. Anderson
Mr. and Mrs. Adam Aron
Mr. David Aron
Mr. and Mrs. Frank A. Bennack, Jr.
The Honorable Donald M. Blinken* and Mrs. Blinken
Dr. Hadassah Brooks Morgan
Ms. Barbara Fleisher and Mr. Thomas C. Turney
Ms. SungEun Han-Andersen* and Mr. G. Chris Andersen
Mr. George Gund and Ms. Iara Lee
The Honorable Frank N. Newman and Mrs. Elizabeth A. Newman*
Mr.* and Mrs. Joel I. Picket
Mr.* and Mrs. Benjamin M. Rosen
Miss Sondra C. Rabin
Mr. Ronald J. Ulrich*
Mrs. Susanne Wamsler

* Denotes New York Philharmonic Board Member

The international telecast of the New York Philharmonic's performance in Pyongyang, and the mission of an international press corps, was made possible with the exceptional expertise, dedication, and advice of the following.
EuroArts Music International (a Medici Arts Company)
MBC (Munhwa Broadcasting Corporation)
ARTE France
EBU (European Broadcasting Union)
Associated Press Broadcast Services
ABC News
CNN

Rubenstein Associates, Inc., New York
Howard J. Rubenstein, President

The New York Philharmonic would like to recognize the government and representatives of the Democratic People's Republic of Korea for its cooperation in realizing the Orchestra's visit to Pyongyang. The New York Philharmonic would also like to acknowledge the constant assistance of their Permanent Mission to the United Nations, New York.

22

## New York Philharmonic

Paul B. Guenther, Chairman
Zarin Mehta, President and Executive Director

Eric Latzky, Director of Public Relations
Melanie-Tomsak, Director of Development
Matías Tarnopolsky, Artistic Administrator
Leonard Zinnanti, Chief Financial and Administrative Officer
Mike Takubo, Director of Operations
Barbara Haws, Archivist/Historian
David Snead, Director of Marketing

Brendan Timins, Operations Coordinator
Michele Balm, Production Consultant for North Korea
Nishi Badhwar, Orchestra Personnel Assistant/Auditions Coordinator
Marion Cotrone, Director of Special Events and Volunteer Services
James Eng, Operations Assistant
Alex Johnston, Production Manager
Elizabeth Lee, Associate Director, Information Technology

Katherine Johnson, Associate Director, Public Relations
Elizabeth LaRocca, Assistant Director, Public Relations, Media and Touring
Eric M. Gewirtz, Publicist
Alice McGillion, Rubenstein Communications, Public Relations Consultant
Janet Wootten, Rubenstein Communications, Public Relations Consultant
Amy Jacobs, Rubenstein Communications, Public Relations Consultant
Chris Lee, Tour Photographer

Monica Parks, Director of Publications
Wean Reed, Director of New Media
Lacy Kraus, Senior Publications Editor
Amy Hegarty, Publications Editor

Reed Engler, Chairman and CEO, TravTours, Inc.
Guido Frackers, President and COO, TravTours, Inc.
Paola Cacioli, Tour Manager, TravTours, Inc.
Alex Galinsky, Tour Manager, TravTours, Inc.
Neil Kim, Tour Manager, TravTours, Inc.
Sam Min Park, Tour Manager, TravTours, Inc.
Nora Tellifson, Director, Sports & Entertainment Division, Agility
Andy Jagoda, MD, FACEP, Tour Physician
Charles Last, Jr., Security Consultant

     

Directed by Michael Beyer
Produced by Paul Smaczny
Executive Producers: Paul Smaczny, Thomas Baer
Line Producer: Oliver Rieger

For Munhwa Broadcasting Corporation (MBC)
Executive Producers: Hyun-Chang Oh, Hyuk-Ki Hong
Producers: Song-Kun Pang, Seung-Jong Song
Production Coordinator: Helena Park

For ARTE France
Executive Producer: Gabrielle Babin Gugenheim
Senior Production Manager: Pascal Aron

For Thirteen/WNET
Executive Producer: David Horn
Producer: John Walker
Director, Program Development: Bill O'Donnell

Major program funding provided by the Irene Diamond Fund, the National Endowment for the Arts, the Anna-Maria and Stephen Kellen Arts Fund, the Corporation for Public Broadcasting, and PBS.

Director of Photography: Nyika Jancsó · Cameras: Martin Baer, Jürgen Clemens, Rolf Gihsa, Eugen Gross, Manuel Lucentini, Andreas Neumann, Karl-Heinz Nitschke, Christian Schulz, Andreas Splett
Technical Directors: Hak-Dong Joh, Bok-Yong Chun, Rainer Kampe · Lighting: Si-Woo Sim
Vision Control: Matthias Block, Daniel Diószeker, Hong-Yong Park · VTR-Operator: Jae-Hyeon Ha
Technical Assistant: Yoon-Keun Kim · Sound Technicians: Frank Masch, Myung-Jae Lee
Assistant Sound Technician: Yong-Seung Lee · Balance Engineer: Toine Mertens
Music Editing and Mix: Georg Obermayer · Audio Producer: Christopher Alder · Vision Mixer: Barbara Saxer
Assistant Director: Martin Fpil · Floor Manager: Sabine Koch · 2nd Unit: Ayelet Heller, Michael Boermans,
Andreas Köppen · Production Assistants: Birgit Filimonow, Robert Urmann, Alexander Helweng-Hu,
Maria Stadtmeier, Yeo-Bin Han, Min-Kyung Cha · Public Relations: Frank Gerdes
Postproduction Manager: Claudia Dreh · Editor: Steffen Herrmann
Financial and Administrative Officer: Martin Hammer

Head of DVD & New Media Mediel Arts: Hervé Brissière
DVD Producer: Tobias Möller
Product Management: Christine Sas
DVD Premastering: Digital Images, Halle/Saale
Design: Fabien Leballe
Photos © Chris Lee; Paul Smaczny (inside cover/inside back cover)
Editorial: The New York Philharmonic; texthouse, Hamburg

A production of EuroArts Music International
in co-production with Munhwa Broadcasting Corporation, Seoul, ARTE France and Thirteen/WNET New York,
in association with The New York Philharmonic,
in cooperation with European Broadcasting Union and SMG, Shanghai

© 2008 EuroArts Music International GmbH

Artwork & Editorial © 2008 EuroArts Music International GmbH

24



## Credits

### Medici Arts

**One name: Medici Arts**

One field of expertise: the independent production and distribution of audiovisual programs in the field of performing arts and documentaries.

One self-imposed standard; forward thinking excellence.

One belief; that the future of classical music on television and online will be served by two prestigious production companies: EuroArts in Berlin and Idéale Audience in Paris supported by a strong international distribution network.

One ambition; the integration of all available media: internet, television, DVD and CD to promote on the widest possible scale, the talents of the musicians and film directors who work with Medici Arts.

### Television

Medici Arts represents a catalogue of 1,500 hours of programmes with 30 new films produced every year, including concerts and operas, portraits of great musicians and documentary films. These films benefit from television partnerships at the highest level, such as Arte, NHK, ZDF, PBS and the BBC, and have received worldwide acclaim - an Emmy Award for "Daniel Barenboim and the West-Eastern Divan Orchestra", and the Gramophone Award and FPA d'Or for "Richter, the Enigma".

Medici Arts also publishes and distributes the works of some of the greatest masters of documentary films: Johan van der Keuken, Alexandre Sokourov and Frederick Wiseman. In 2008, Larry Weinstein's film "Arturo Toscanini in His Own Words", which will include previously unpublished archive films and documents, will be one of the great music events of the year alongside great filmed concerts conducted by Claudio Abbado, Sir Simon Rattle and Gustavo Dudamel.

### DVD

Medici Arts has already issued over 700 DVDs and plans to release 90 new titles every year. Within its catalogue, there are several already legendary series, such as "Classic Archive" presenting legendary performances from the major stars in classical music (Callas, Richter, Oistrakh, Rubinstein, Rostropovitch), "Juxtapositions", which throws light on the great composers of modern times (Mahler, Boulez, Carter, Messiaen, Pärt), the films by Bruno Monsaingeon, which explore the souls of world class musicians in Gould, Richter, Menuhin, Andoncewskii and "The Art


PLAINTIFF'S
EXHIBIT
21



## Credits

### DVD

Medici Arts has already issued over 200 DVDs and plans to release 60 new titles every year. Within its catalogue, there are several already legendary series, such as "Classic Archive" presenting legendary performances from the major stars in classical music (Callas, Richter, Oistrakh, Rubinstein, Rostropovitch), "Juxtapositions", which throws light on the great composers of modern times (Mahler, Boulez, Carter, Messiaen, Pärt), the films by Bruno Monsaingeon, which explore the souls of world class musicians (Gould, Richter, Menuhin, Anderszewski) and "The Art of..." series, which reveals and illustrates the expertise of great conductors, singers, pianists and violinists.

Medici Arts has also developed unique partnerships with the Berlin Philharmonic Orchestra, Claudio Abbado and the Lucerne Festival Orchestra, and Daniel Barenboim, who have all entrusted Medici Arts with the filming of their concerts.

### CD

Medici Arts is proud to represent a CD catalogue of unparalleled audio archives consisting of BBC Legends (220 titles from the BBC's own archive from 1938 to 1992), the Royal Opera House Heritage series (the official Covent Garden opera archives from the early 1950s to 1997) and the mid-price Medici label which includes archive material licensed from the major European broadcasters, EMI Classics. The Medici Masters label includes live recordings sourced from a number of European archives and taken from the original master tapes, featuring artists such as Otto Klemperer, Erich Kleiber, Clara Haskil, the Amadeus Quartet, Robert Casadesus, Friedrich Gulda, Ferenc Fricsay and Dmitri Mitropoulos amongst others. The sound restoration and quality of the recordings have been acclaimed throughout the world by critics and music lovers alike, winning numerous awards.

The BBC Legends, Medici Masters and Royal Opera House Heritage Series catalogue can be viewed at mediciarts.

Medici Arts will also feature a label hosting new artists for new projects.

### Internet

Medici Arts will launch www.medici.tv on 30 April 2008. This new site will be the focal point for the company's expertise, with its various platforms representing the future of classical music and documentary films.

Medici Arts is the first producer to offer the public a complete music festival live, the Verbier

          

**Medici Group acquires the shares of ITFC Ltd from the ITV1 regional licence holders**

**ITFC enters into a Long-Term Services Agreement with the ITV1 regional licence holders**

LONDON, UK, 2 AUGUST 2007—ITV plc today announced the sale of the entire issued share capital of the Independent Television Facilities Centre Ltd. ("ITFC" or the "Company") to Elektrofilm Ltd., a wholly owned subsidiary of Medici Group, LLC, led by Chief Executive Robert T. Walston.

ITFC, a leading provider of video and media access services, was founded in 1976 as an in-house film storage facility for ITV.  Today the Company has an impressive roster of third-party clients, including some of the most recognised names in UK broadcasting.  In addition to providing video duplication, technical compliance, editing and related services to broadcasters, ITFC is a leading provider of subtitling services to the UK broadcast, DVD and cinema industries. The Company currently provides in excess of 700 hours of subtitling each week to more than 100 clients.

As part of the transaction ITFC has entered into a long-term services agreement to provide ITV with post-production, subtitling, and audio description services.

Jeremy Sharp, Head of Business Development at ITV plc, said:

*"ITV has been entirely supportive of ITFC and its growth as a leader in the UK broadcast services industry, but after a review of our internal businesses we concluded that the facility is no longer part of ITV's core operations.  The sale of*


PLAINTIFF'S
EXHIBIT
22

*the Company represents the next step in ITFC's evolution; the Medici Group is well positioned to take ITFC—and consequently ITV—into the new world of tapeless, data-centric digital workflows."*

Helen Stevens, Director of Broadcast Resources at ITV Broadcasting Ltd., said:

*"The Services Agreement represents ITV's full commitment to a continued partnership with ITFC. Over the past 30 years the Company has consistently delivered the highest levels of service to ITV and we believe that these standards will be maintained and even improved through ITFC's new affiliation with Medici and its global facilities. We expect ITFC and Medici to be a key partner in ITV's migration to digital asset management and distribution."*

Robert T. Walston, Chairman and CEO of Medici Group, LLC, said:

*"We are pleased to enter into a long-term partnership with ITV through the acquisition of ITFC and the execution of the Services Agreement. Chris Higgs and his management team, who have successfully driven growth in the Company over many years, are a welcome addition to the group. We look forward to further growth, both in the UK and globally, in the exciting years ahead."*

Chris Higgs, Managing Director of ITFC, said:

*"I am delighted to join Medici. I believe this transaction represents a very good outcome for ITFC, its employees and its customers. I look forward to contributing to the group's global strategic plan for the implementation of the Digital Media Environment."*

Ends.

For further information please contact:

ITV plc
Brigitte Trafford – Group Communications Director
Jim Godfrey – Director of Corporate Affairs
0844 881 8000

Medici Group, LLC / Elektrofilm Limited
Josephine Navarro
+44 20 8834 1023
j.navarro@elektrofilm.com
www.elektrofilm.com

ITFC Ltd.
Sue Romero
+44 20 8896 7101
suer@itfc.com
www.itfc.com

Notes to Editors

About ITV Plc

ITV plc owns 11 of the 15 ITV1 regional licences and 91.5% of the issued share capital of the ITFC.   ITV is Britain's biggest and most popular commercial broadcaster. ITV's flagship channel - ITV1 - is the home of the most popular drama and entertainment programmes on British television and ITV2, 3 and 4 are among the most popular channels on multi-channel television.

About Medici Group, LLC

Medici Group is the holding company for Medici Arts and Mosaic Digital Studios.

Medici Arts, with offices in London, Paris, Berlin, Leipzig, Los Angeles and New York is the premier owner, producer and distributor of classical music and arts audiovisual programming for broadcast television, home video and emerging digital distribution formats.  Medici Arts produces and acquires programmes for television and home video and distributes one of the largest collection of classical music and arts content in the world.   Production and distribution activities are conducted under the brand names EuroArts, Idéale Audience and MediciArts.

Mosaic Digital Studios, based in Los Angeles, California, is the holding company for media services operations located in the United States (Burbank and San Jose, California) and in Europe (Berlin, Potsdam and Munich, Germany).  The Company's facilities currently operate under the brand name ELEKTROFILM and provide a broad range of technical and creative services to content creators, owners and distributors.

The primary mission of Mosaic Digital Studios is to deploy "The Digital Media Environment" in the United States, the United Kingdom and continental Europe which will enable end-to-end data-centric workflows supported by proprietary digital asset management technology.  Mosaic's development team in San Jose, California, deployed the first software for the system in the company's Burbank, California facility in June, 2007.   To support the development of the DME the company entered into a joint development relationship with Sun Microsystems, Mosaic's primary hardware supplier.

Mosaic was founded by Robert T. Walston, who was previously the founder, Chairman and CEO of Four Media Company.  Under his leadership Four Media Company became an industry leader in providing technical and creative services to the entertainment and advertising industry.

About ITFC Ltd.

Based in West London, ITFC offers post-production videotape facilities, DVD authoring and access services (subtitling, audio description and in-vision signing) to a large number of clients across the broadcasting and entertainment industries including ITV, GMTV, Five, Warner Brothers, Discovery, Paramount Pictures, RTÉ (Eire) and Virgin Media TV.

**Medici Arts**           **EuroArts**                    **Elektrofilm**
**Contact**

# EuroArts



copyright © 2007 Medici Group | design by Elektrofilm



**Medici Arts**          **EuroArts**          **Elektrofilm**

**Contact**

## Medici Arts

Please follow the links below to view the ever expanding Medici Arts catalog:

### Links

BBC Legends

Royal Opera House Heritage Series

Classic Archive DVD

copyright © 2007 Medici Group | design by Elektrofilm




PLAINTIFF'S
EXHIBIT
24

**Medici Arts**        **EuroArts**                **Elektrofilm**

**Contact**

# Elektrofilm



copyright © 2007 Medici Group | design by Elektrofilm



# ELEKTRO**FILM**

PASSIONATE ABOUT FILMS

HOMEPAGE
SERVICES
LOCATION
NEWS
 Archive
TEAM
CONTACT

BERLIN / STUTTGART
MUNICH / TMT

## NEWS

24.04.06

## ELEKTROFILM Burbank Names Management Team

**Donner, Huang Tapped to Lead New Digital Services Center**

Burbank CA, 24 Apr 06 - ELEKTROFILM has announced the appointment of Frank Donner as President and Jeff Huang as Managing Director of the new Digital Services Center, located in Burbank's media district. ELEKTROFILM Burbank is the newest addition to ELEKTROFILM's growing roster of global production and post venues; the Burbank studio specializes in high-end DVD services and digital restoration, as well as comprehensive audio, editorial and duplication services.

With studios in Berlin, Burbank, Cologne, Leipzig, Munich, Potsdam and Stuttgart, ELEKTROFILM is a worldwide leader in the development and distribution of media. Each ELEKTROFILM venue is a state-of-the-art facility showcasing top technology and talent from the production, post, DVD, creative and new media communities.

Donner comes to ELEKTROFILM from Advanced Digital Services in Hollywood, where he served as President. Prior to ADS, Donner managed sales, marketing and business development at several leading post houses including Ascent Media, 4MC and Anderson Video. Donner has long been a champion of film/media restoration, a key service offering at ELEKTROFILM Burbank. He looks at the establishment of ELEKTROFILM Burbank as the opportunity to create a truly convergent digital service center, "As businesses and technologies are coming together at such a rapid pace, ELEKTROFILM is ready to guide content owners, producers and distributors worldwide through the digital evolution. Our mission is to serve as the premier digital media services provider to the entertainment industry."

Huang was most recently Vice President and General Manager of DVD Services at Ascent Media. He also co-founded Todd-AO DVD, and helped to establish the physical facility, organizational structure, and overall business plan. At ELEKTROFILM Burbank, Huang will oversee daily operations as well as the company's full suite of DVD services. According to Huang, "There's a distinct advantage to opening a new facility, but also building on a company with such a tremendous legacy. While the ELEKTROFILM team is comprised of industry veterans, and our company has an established reputation for excellence, as our Burbank venue continues to grow, we have the opportunity to collaborate with our clients to meet the needs of a very dynamic business."

Robert T. Walston, Chief Executive Officer of ELEKTROFILM Group stated, "We are very pleased to have been able to attract the caliber of management we have in Frank and Jeff. Each member of our team has been selected to contribute to the success of ELEKTROFILM - and to the success of our clients."

Archive

■ ELEKTRONEWS

24.04.06
**ELEKTROFILM Burbank Names Management Team**
Donner, Huang Tapped to Lead New Digital Services Center
[more]

20.04.06
**Digital Services Company ELEKTROFILM Selects Xytech Systems**
Burbank, CA (April 20, 2006) - ELEKTROFILM has selected the Xytech Enterprise software solution for...
[more]

© 2008 Elektrofilm USA GmbH


PLAINTIFF'S EXHIBIT
26

deutsch

**ELEKTROFILM**


**HOMEPAGE**
SUPERVISION
DEPARTMENTS
PROJECTS
CONTACT
NEWS
JOBS
AGB

MÜNCHEN / TMT
BERLIN · BABELSBERG
BERLIN · VFX
BURBANK / USA

© 2008 Elektrofilm GmbH

## ELEKTROFILM - PASSIONATE ABOUT FILM

Positioned internationally as a company of the MediciArts B.V. group, ELEKTROFILM is one of the most modern Post-Production Centers for Film, Television and Advertising in Germany.
Wim Wenders, Oskar Roehler, Wolfgang Becker and Lajos Koltai all value the special attention, exacting quality standards, impeccable style and respect with which we approach every project. Our offices in Berlin, München, Stuttgart, Leipzig, Cologne and Los Angeles provide individualized coordination, management and support in all phases of your production as well as a complete range of post-production services and facilities, ranging from VFX and sound and dubbing to next generation digital media applications.



Imprint   Sitemap

■ ELEKTRONEWS
14.05.08
**Neue Struktur der Geschäftsführung**
Anfang Mai 2008 hat ELEKTROFILM Deutschland seine Geschäftsführungsstruktur geändert.
[more]

24.04.08
**'Unschuldig' bei ELEKTROFILM**
Die neue Anwaltsserie 'Unschuldig' ist gestern mit 3 Millionen Zuschauern und somit einer sehr...
[more]

22.04.08
**'Waltz with Bashir' im Rennen um die Goldene Palme**
Die deutsch – israelische Koproduktion (dt. Koproduzent: Razor Film) 'Waltz with Bashir' von Ari...
[more]


PLAINTIFF'S EXHIBIT 27

# ELEKTRO**FILM**



HOMEPAGE

**SERVICES**

☐ DVD

☐ Audio, Editorial, Restoration

☐ Client/ Project Management

LOCATION

NEWS

TEAM

CONTACT

BERLIN / STUTTGART

MUNICH / TMT

## SERVICES

### Global. Digital. Passionate.

Our Digital Media Center in Burbank, California serves as the distribution hub of the ELEKTROFILM family of companies.



As businesses and technologies converge at a dizzying pace, ELEKTROFILM is ready to guide content owners, producers and distributors worldwide through the digital evolution.

Our mission is to serve as the premier digital media services provider to the entertainment industry, offering a customized suite of services designed to bridge the past and future of media.

■ ELEKTRONEWS

**24.04.06**
**ELEKTROFILM Burbank Names Management Team**
Donner, Huang Tapped to Lead New Digital Services Center
[more]

**20.04.06**
**Digital Services Company ELEKTROFILM Selects Xytech Systems**
Burbank, CA (April 20, 2006) - ELEKTROFILM has selected the Xytech Enterprise software solution for...
[more]

© 2008 Elektrofilm USA GmbH



PLAINTIFF'S EXHIBIT
28
Blumberg No. 5153



listen with your eyes

HOME   DVD   TV DISTRIBUTION   PRODUCTION   **EUROARTS**   CONTACT

**EUROARTS**   JOBS

or use our advanced search »

e-mail

**LOGIN** ↻

Join the business
and press area.
Password?   Not a member »

**WATCHING
EUROARTS**
view the current
trailer here »

**24HOURS
MOZART**
more information
here ››



## EuroArts Medien GmbH

EuroArts was founded in 1979 by Bernd Hellthaler. The company soon became internationally renowned for producing and distributing audiovisual classical music, jazz and other arts programmes for TV and home video.

EuroArts was also involved in servicing clients in feature film (on some occasions also as co-producer) and television through its post production arm which provided a wide range of services including dubbing, sound mixing, and visual effects. In 2002 EuroArts formally established its post production operation and founded ELEKTROFILM in Berlin and Stuttgart, with a subsidiary in Ludwigsburg.

In 2004 EuroArts Medien GmbH and all of its subsidiaries were acquired by US-based Medici Group, a group of private investors led by founder and CEO Robert T. Walston. Today the company is 100% owned by Medici Arts B.V. (Netherlands).

EuroArts Music International GmbH is part of the Medici Group family of companies dedicated to the production and distribution of audiovisual programming in the classical music and arts arena. EuroArts produces 15-25 programmes per year for distribution in global television markets and on home video. In 2004 EuroArts established its own DVD label and distributes content produced in-house as well as content acquired from third parties.

ELEKTROFILM has approximately 100 employees and operates in Stuttgart, Berlin, Potsdam, Munich, and Leipzig. A new sister company, also branded ELEKTROFILM, was established in Burbank (Los Angeles), California to service American customers. Offering the full range of creative post production and media management services to our clients around the world.



In its history the Group has won numerous creative awards and accolades, including one Emmy Award (and two Emmy nominations), a Peabody Award, a Grammy nomination, a National Education Award (USA), and many more. Feature films which the Group has co-produced or provided services for have participated in globally recognized competitions such as the Cannes, Berlin and Locarno Film Festivals.

## ELEKTRO**FILM**

HOME | TOP

IMPRINT



PLAINTIFF'S
EXHIBIT
29

deutsch

**ELEKTROFILM**

HOMEPAGE
SUPERVISION
DEPARTMENTS
PROJECTS
CONTACT
**NEWS**
  ☐ News archive
JOBS
AGB

MÜNCHEN / TMT
BERLIN · BABELSBERG
BERLIN · VFX
BURBANK / USA

NEWS

11.02.06

## ELEKTROFILM Group and Studio Babelsberg AG form Joint Venture

**Helen Chou Named Managing Director and Chief Operating Officer, ELEKTROFILM Group (Germany), Josephine Navarro Named Managing Director and Chief Financial Officer, ELEKTROFILM Group (Europe), Bernd Hellthaler Named Managing Director and Chief Marketing and Business Development Officer ELEKTROFILM Group (Germany) and Marius Schwarz Named Managing Director, TMT Studio Babelsberg Postproduction GmbH - Unterföhring/ Munich.**

ELEKTROFILM Group and Studio Babelsberg AG today announced the execution of definitive documentation regarding the joint development, management and expansion of post production operations conducted on the Studio Babelsberg lot in Potsdam, Germany and at TMT Studio Babelsberg Postproduction GmbH in Munich, Germany. The pooled resources of ELEKTROFILM Group and Studio Babelsberg create a unique and compelling offering of services to content creators, owners and distributors in Germany and the United States.

Dr. Carl Woebcken, Chief Executive Officer of Studio Babelsberg AG stated, "Content producers regularly source production resources on a global basis seeking the best combination of facilities, highly qualified staff and competitive cost. We have found a post production partner in ELEKTROFILM Group whose expertise, international reputation and global orientation will enable us to jointly offer services that span the entire media lifecycle and allow us to compete more effectively on the global stage".



Robert T. Walston, Chief Executive Officer of ELEKTROFILM Group stated, "We are delighted to unite our core competencies and growing global services platform to the strong and enduring client relationships enjoyed by the team at Studio Babelsberg and TMT Studio Babelsberg Postproduction. This partnership combines the production resources of Germany's preeminent studio operation, the technical excellence of TMT, a globally recognized and highly regarded content management facility and our own operations in Germany and Burbank."

About Studio Babelsberg AG

Studio Babelsberg, founded in 1912 has been the center of German feature film production since inception. Classic films such as METROPOLIS by Fritz Lang or THE BLUE ANGEL by Josef von Sternberg were shot and completed at Studio Babelsberg. More recently, Studio Babelsberg has attracted the production of global blockbusters such as AEON FLUX or V FOR VENDETTA. Post production operations conducted on the Studio lot include a full range of feature post services including negative developing, digital dailies, picture editorial, visual effects, sound editorial, ADR/Foley and full cinema mixing and rerecording services. Studio Babelsberg was acquired by an investor group led by Dr. Carl L. Woebcken and Christoph Fisser in September, 2004.

About TMT Studio Babelsberg Postproduction GmbH

TMT Studio Babelsberg Postproduction GmbH, the former audio and video department of TaurusMediaTechnik, was the cornerstone of the technical operations of the KirchMedia empire. Today, the state of the art facility

© 2008 Elektrofilm GmbH

■ ELEKTRO**NEWS**
14.05.08
**Neue Struktur der Geschäftsführung**
Anfang Mai 2008 hat ELEKTROFILM Deutschland seine Geschäftsführungsstruktur geändert.
[more]

24.04.08
**‚Unschuldig' bei ELEKTROFILM**
Die neue Anwaltsserie ‚Unschuldig' ist gestern mit 3 Millionen Zuschauern und somit einer sehr...
[more]

22.04.08
**‚Waltz with Bashir' im Rennen um die Goldene Palme**
Die deutsch – israelische Koproduktion (dt. Koproduzent: Razor Film) ‚Waltz with Bashir' von Ari...
[more]



PLAINTIFF'S EXHIBIT 30

provides a diverse group of content owners and distributors with a full range
of content management services including restoration, mastering, language
dubbing, subtitling, versioning and professional duplication. TMT Studio
Babelsberg Postproduction GmbH was acquired by Studio Babelsberg in
October, 2005.

About ELEKTROFILM Group

ELEKTROFILM Group provides a broad range of technical and creative
services to content creators, owners and distributors from locations in
Berlin, Stuttgart, Leipzig, Köln and a new purpose built facility in Burbank
California. ELEKTROFILM's CEO, Robert T. Walston was the founder and
CEO of Four Media Company. Under Mr. Walston's leadership Four Media
Company became the industry leader in providing technical and creative
services to the entertainment and advertising industry.

Archive

Imprint    Sitemap

05/06/2008 17:35 FAX 212 826 3674    KORNSTEIN VEISZ WEXLER &                    ☑002

# KORNSTEIN VEISZ WEXLER & POLLARD, LLP

### ATTORNEYS AT LAW

757 THIRD AVENUE
NEW YORK, NEW YORK 10017-2013
TELEPHONE (212) 418-8600
TELECOPIER (212) 826-3640
WWW.KVWP.NET

Daniel J. Kornstein
WRITER'S DIRECT DIAL NO.: (212) 418-8610
WRITER'S E-MAIL ADDRESS: dkornstein@kvwinall.com

May 6, 2008

BY FAX AND E-MAIL

J. Joseph Bainton, Esq.
Bainton McCarthy LLC
26 Broadway, Suite 2400
New York, New York 10004-1840

              Re:  Medici Classics Productions LLC
                   v. Medici Group LLC

Dear Joe:

    I have received your April 25, 2008 letter, as well as your
"cease and desist" letters and third-party subpoenas.  I write to
provide immediately what information I have responsive to your
requests.

    We regard the "cease and desist" letters sent by you to
third parties as improper harassment and a tortious interference
with our clients' contracts and business relations with these
entities.  Our clients will hold your client responsible for any
resulting harm.  We insist that you withdraw these "cease and
desist" letters immediately.

    The purpose of the limited jurisdictional discovery
authorized by Judge Holwell was to identify the entities relevant
to plaintiff's suit and their jurisdictional status.  Our April
23 letter to you, enclosing a detailed organizational chart,
was meant to expedite this effort.  On that chart we identified
two entities that produce the products at issue -- EuroArts Music
International and Ideale Audience.  (The latter owns and operates
medici.tv.)  A third entity listed on the organizational chart,
Medici Arts Limited, is based in the United Kingdom and owns and

329300001ETDJK.00005.wpd



PLAINTIFF'S
EXHIBIT
31

KORNSTEIN VEISZ WEXLER & POLLARD, LLP

J. Joseph Bainton, Esq.
May 6, 2008
Page 2

operates mediciarts.co.uk, which distributes "Medici Masters"
products on-line.

In response to the requests in your letter, we are informed
that:

1.   Private Placement Memoranda: there are none.

2.   EuroArts Music (North America): There is no such entity
     that we are aware of.  It is a short-hand reference to
     Tom Baer's occasional role acting as a consultant on
     behalf of EuroArts Music International.  The other
     entity you asked about, EuroArts Medien GmbH, is a
     holding company that owns EuroArts Music International,
     which we identified in our April 23 letter.  Tom Baer
     is not an employee of Medici Group LLC or of EuroArts
     Music International, nor is he an employee of any other
     entity affiliated with Medici Group, LLC.

3.   Retail Sales: I have attached retail sales figures in
     the United States for CDs through September 2007, and
     will provide additional figures as they become
     available.  Our April 23 letter details entities that
     control the production and distribution of Medici
     Masters CDs and DVDs.

4.   Depositions: Medici Group, LLC designates Rob Walston
     as its deposition witness on jurisdictional issues.  A
     California resident, he will be available to be deposed
     in New York only on Wednesday, May 21.  As agreed
     before Judge Holwell on March 14, 2008, plaintiff will
     not serve Mr. Walston with any litigation papers or
     process while he is in New York for this deposition.

Regards.

                                   Sincerely,

                                   Daniel J. Kornstein

DJK:ds
Enclosure

05/08/2008 17:36 FAX 212 828 3874    KORNSTEIN VEISZ WEXLER &    ☑004

**Medici Masters Series**

| MM1 05/07 | Total Shipped to US (paid for) | Total Sold |
|---|---|---|
| MM001-2 | 585 | 60 |
| MM002-2 | 495 | 54 |
| MM003-2 | 495 | 60 |
| MM004-2 | 585 | 64 |
| TOTAL | 2160 | 268 |
| MM2 07/07 | | |
| MM005-2 | 450 | 182 |
| MM006-2 | 450 | 154 |
| MM007-2 | 450 | 177 |
| MM008-2 | 450 | 172 |
| TOTAL | 1800 | 685 |
| MM3 09/07 | | |
| MM009-2 | 600 | 9 |
| MM010-2 | 600 | 10 |
| MM011-2 | 600 | 13 |
| MM012-2 | 600 | 12 |
| MM013-2 | 600 | 13 |
| MM014-2 | 600 | 16 |
| TOTAL | 3600 | 73 |
| MM4 10/07 | | |
| MM015-2 | 0 | 0 |
| MM016-2 | 0 | 0 |
| MM017-2 | 0 | 0 |
| MM018-2 | 0 | 0 |
| MM019-2 | 0 | 0 |
| MM020-2 | 0 | 0 |
| TOTAL | 0 | 0 |
| TOTAL | 7560 | 1026 |

# KORNSTEIN VEISZ WEXLER & POLLARD, LLP

### ATTORNEYS AT LAW

757 THIRD AVENUE
NEW YORK, NEW YORK 10017-2013
TELEPHONE (212) 418-8600
TELECOPIER (212) 826-3640
WWW.KVWP.NET

Daniel J. Kornstein
WRITER'S DIRECT DIAL NO.: (212) 418-8610
WRITER'S E-MAIL ADDRESS: dkornstein@kvwmail.umn

May 14, 2008

<u>BY FAX</u>

Hon. Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

          Re:  Medici Classics Productions LLC
               v. Medici Group LLC, et al.
               <u>07 Civ. 9938 (S.D.N.Y.) (RJH)</u>

Dear Judge Holwell:

     As attorneys for defendants Medici Group, LLC and Robert T.
Walston, we request a pre-motion conference with Your Honor
regarding certain tactics of plaintiff -- which we view as
tortious interference with the business relationships of
defendant's subsidiaries -- and to request an amendment of the
scheduling order currently in effect in light of the amended
complaint plaintiff has filed today.

     This is a trademark infringement action, and the plaintiff
is operated by a pianist who distributes a small catalogue of his
own performances of classical music on five CDs and one DVD under
the name "Medici Classics."

     To date we have no idea whether plaintiff has sold 3 copies
of his own works, or 3000.  This is because after the March 14,
2008 preliminary conference, the parties were to focus on



PLAINTIFF'S
EXHIBIT
32

KORNSTEIN VEISZ WEXLER & POLLARD, LLP

Hon. Richard J. Holwell
May 14, 2008
Page 2

jurisdictional discovery.  It was (and is) our position that the
plaintiff had originally sued parties totally uninvolved in the
production of the products he complains about, and who are not
amenable to jurisdiction in New York in any event.  The March 14
conference set today as the deadline for our motion to dismiss on
that ground (and which we have filed).

On April 23, to move forward on the jurisdiction question --
and having not heard from plaintiff since the March 14
preliminary conference -- we provided a detailed organizational
chart of the Medici Group companies, and specifically identified
the entities that manufacture the products alleged to be
infringing.

Plaintiff's response to our April 23 communication is what
prompts this request.  First, plaintiff issued "cease and desist"
letters to entities with whom Medici Group subsidiaries conduct
business -- Naxos of America, a music distributor, as well as The
New York Philarmonic, and Channel 13.  Plaintiff demands these
entities cease any participation in any distribution of any
product or service produced by the subsidiaries of Medici Group.
One of these letters is attached.

Second, plaintiff issued over-broad third party subpoenas to
these same entities, but provided so little time to respond as to
all but guarantee that the materials requested would not be
produced in time for plaintiff to make use of any of them to
oppose our motion to dismiss.  Response to two of these subpoenas
has been adjourned into June.

In response to plaintiff's request, we have also agreed to
the deposition of defendant Rob Walston -- in New York, despite
his being a California resident who has been to New York only
twice in the past 12 months -- on May 21, 2008.  Plaintiff is
incorrect to suggest, in his letter today, that "Walston's
schedule" has prevented a deposition from occurring sooner.
Plaintiff waited a month and a half to request it.

Thus, rather than move closer to an answer on the question
of personal jurisdiction over the Walston and Medici Group, LLC,
plaintiff has delayed in conducting the deposition agreed to at
the preliminary conference and, much more important, instituted a

KORNSTEIN VEISZ WEXLER & POLLARD, LLP

Hon. Richard J. Holwell
May 14, 2008
Page 3

fishing expedition that does nothing more than harass third
parties in a manner that tortiously interferes with, and
intentionally damages, the business relationships of our client's
subsidiaries.

    This is unfair.  Without any showing that plaintiff and its
website are more than simply a vanity project with little to no
sales, plaintiff has nonetheless used this suit to harass several
major participants in the classical music market, to the
detriment of our clients.

    We do not dispute that the plaintiff has the right to
discovery.  The fact is that plaintiff has used the time allotted
for jurisdictional discovery not to discover facts relevant to
jurisdiction but to engage in unreasonable tactics of
intimidation.

    Plaintiff's decision to file an amended complaint that adds
six other parties, in addition to retaining our clients as named
defendants, makes it likely that this action will persist beyond
the time frame of the current schedule, and likely that these
tactics will continue.

    We will therefore ask this Court to amend the scheduling
order to (1) stay any discovery not related to the question of
jurisdiction until the motion to dismiss as to Medici Group, LLC
and Walston has been decided, (2) set up a new schedule for a
motion to dismiss as to some or all of the new defendants on
jurisdiction grounds, and (3) to bar the plaintiff from issuing
further "cease and desist" letters, and withdraw those it has
issued already.

                              Respectfully yours,

                              Daniel J. Kornstein

DJK:ds

cc:  J. Joseph Bainton, Esq. (by fax)

KORNSTEIN VEISZ WEXLER & POLLARD, LLP

ATTORNEYS AT LAW

757 THIRD AVENUE
NEW YORK, NEW YORK 10017-2013
TELEPHONE (212) 418-8600
TELECOPIER (212) 826-3640
WWW.KVWP.NET

Daniel J. Kornstein
WRITER'S DIRECT DIAL NO. (212) 418-8610
WRITER'S E-MAIL ADDRESS  dkornstein@kvwmail.com

April 23, 2008

J. Joseph Bainton, Esq.
Bainton McCarthy LLC
26 Broadway, Suite 2400
New York, New York 10004-1840

        Re:  Medici Classics Productions LLC
             v. Medici Group LLC

Dear Joe:

        I have enclosed an organizational chart listing the entities
owned by our client. This should expedite plaintiff's discovery
efforts, and may obviate the need for a deposition.

        As you can see from the chart on the first page, the
subsidiaries of Medici Group, LLC are split between Mosaic
Digital Studios, LLC and Medici Arts, LLC.

        None of the entities on the Mosaic side distribute the
products at issue, and they do not make use of the "Medici" name
to market or brand their products.

        On the other side, Medici Arts, LLC is a holding company (as
is Medici Group, LLC). As explained on the third page of the
chart, while it is intended that all of the subsidiaries on this
side of the business be transferred to Medici Arts, LLC, that
transaction has yet to take place because of a tax matter. Only
two of those subsidiaries are involved in the distribution of
CDs and DVDs marketed under the Medici name -- EuroArts Music

IE62000LETD3K.00034.wpd


PLAINTIFF'S
EXHIBIT
33

KORNSTEIN VEISZ WEXLER & POLLARD, LLP

J. Joseph Bainton, Esq.
April 23, 2008
Page 2


International, based in Germany, and Ideale Audience, based in France.

    Medici Group, LLC and Medici Arts, LLC were set up to invest in these entities.  Neither Medici Group nor Medici Arts manufacture or distribute the products at issue.

    It remains our view that plaintiff has named the wrong defendants.  Let me know how you would like to proceed.

    Regards.

                                    Sincerely,

                                    Daniel J. Kornstein

DJK:ds
Enclosure

MEDICI GROUP - POST-CORPORATE RE-ORGANIZATION



**MEDICI GROUP, LLC***
Robert T. Walston,
Managing Member
(Chief Executive)

MEDIA / I.T. SERVICES
(Mosaic Digital Studios)

AUDIOVISUAL MUSIC
PRODUCTION &
DISTRIBUTION
(Medici Arts)

18/03/2008 12:48

Page 1 of 3

Medici Legal Org Chart 29-Dec-07.dsc Proposed Topco



MEDICI GROUP - POST-CORPORATE RE-ORGANIZATION

Medici Group, LLC

(100%) Mosaic Digital Studios, LLC U.S.A.

(100%) Mosaic Digital Studios, B.V. The Netherlands

(75%) aMedia Systems, LLC U.S.A.

(100%) Mosaic Digital Studios GmbH Germany

TBD Acquisitions U.S.A.

TBD Acquisitions Europe

(100%) Elektrofilm LLC U.S.A.

(100%) Elektrofilm Limited U.K.

TBD Acquisitions U.K.

(100%) Independent Television Facilities Centre Limited U.K.

(50%) Captioning and Subtitling International Limited U.K.

(100%) Captioning and Subtitling International Pty Australia

(100%) Elektrofilm Postproduction Facilities GmbH Germany

(100%) Babelsberg Postproduction GmbH Germany

(100%) EuroArts Filmart Entmt. GmbH Germany

(100%) Babelsberg Postproduction Management GmbH

(100%) Elektrofilm - TMT Postproduction GmbH Germany



MEDICI GROUP - POST-CORPORATE RE-ORGANIZATION

Medici Group, LLC

(100%) Medici Arts, LLC U.S.A.

(100%) Medici Arts, B.V. The Netherlands

Medici Arts B.V. remains a direct subsidiary of Medici Group, LLC pending a favorable Dutch tax ruling as to transfer to Medici Arts, LLC.

(100%) In Concert Productions, LLC U.S.A.

(Licensing Deal) Lincoln Center Library U.S.A.

(24.5%) MPF Beteiligungs GmbH Germany

(100%) EuroArts Music International GmbH (rename Medici Arts Int'l) Germany

(100%) EuroArts Medien GmbH Germany

(100%) EuroArts Music International GmbH (NEW) Germany

(10%) Digital Images GmbH Germany

(100%) Medici Arts Limited U.K.

(Licensing Deal) BBC Worldwide Archive U.K.

(100%) Idéale Audience International S.A. France

(100%) Idéale Audience Group S.A. France

(100%) Magic Flute Productions Limited U.K.

(35%) Idéale Audience S.A.S. France

TBD Acquisitions U.S.A./Canada

TBD Acquisitions Europe

Transfer of Digital Images GmbH to Music Digital Studios requires consent of majority owner.

Medici Legal Org Chart 20-Dec-07.xls: Proposed Medici

Page 5 of 5

19/03/2008 12:48





COMPANY OVERVIEW  |  OUR TEAM  |  INVESTOR INFO  |  PRESS  |  CODE OF ETHICS  |  CONTACT

## OUR TEAM

### The Management

**Dr. Phillip Frost, M.D.**
Chairman of the Board

Dr. Frost has served as our Chairman of the Board since our inception. Dr. Frost has served as Chief Executive Officer and Chairman of the Board of Opko Health, Inc. (formerly known as eXegenics Inc.) since the consummation of its acquisitions of Acuity Pharmaceuticals Inc. and Froptix Corporation on March 27, 2007. Dr. Frost is a member of The Frost Group, a private investment firm. Dr. Frost was named the Vice Chairman of the Board of Teva Pharmaceutical Industries, Limited, or TEVA, in January 2006 when Teva acquired IVAX Corporation, or IVAX, for $9.2 billion, including assumed debt. IVAX was a multinational company engaged in the research, development, manufacturing and marketing of branded and generic pharmaceuticals and veterinary products. Dr. Frost had served as Chairman of the Board and Chief Executive Officer of IVAX since 1987. Dr. Frost was named Chairman of the Board of Ladenburg Thalmann Financial Services Inc., an American Stock Exchange-listed investment banking and securities brokerage firm, in July 2006 and has been a director of Ladenburg Thalmann Financial Services Inc. since March 2005. He serves on the Board of Regents of the Smithsonian Institution, is a member of the Board of Trustees of the University of Miami, is a Trustee of each of the Scripps Research Institutes, the Miami Jewish Home for the Aged, and the Mount Sinai Medical Center and is Co-Vice Chairman of the Board of Governors of the American Stock Exchange. Dr. Frost is also a director of Protalix BioTherapeutics, Inc., an American Stock Exchange-listed biotech pharmaceutical company, Continucare Corporation, an American Stock Exchange-listed provider of outpatient healthcare and home healthcare services, Northrop Grumman Corp., a New York Stock Exchange-listed global defense and aerospace company, and Modigene, Inc., a development stage biopharmaceutical company. Dr. Frost owns an equity interest in the general partner and in the limited partnership of Peregrine VC Investments II, a private venture capital fund based in Israel that invests primarily in early-stage Israeli technology companies, The Florida Value Fund LLP, a private equity fund focused on mid-market companies in the State of Florida, and Calex Equity Partners, LP, an equity fund with a value orientation. Dr. Frost holds a Bachelor's Degree in French Literature from the University of Pennsylvania, and an M.D. from the Albert Einstein College of Medicine.

**Robert N. Fried**
President, Chief Executive Officer and Director
(310) 694-8150, ext.1
rfried@ideationacquisition.com

Mr. Fried has served as our President and Chief Executive Officer and a member of our board of directors since our inception. Mr. Fried is a digital media entrepreneur and accomplished film producer. Since 1990, Mr. Fried has served as President of Fried Films, a motion picture production company he founded in 1990. Mr. Fried has produced or served as executive producer for 15 films, including "Man of the Year" and "Collateral." Mr. Fried's films have won numerous awards, including an Academy Award for the Live Action Short Film "Session Man," the ASCAP award for "Collateral," the Christopher Award for "Rudy," and Emmy, SAG and Golden Globe awards for "Winchell." Mr. Fried has founded several digital media companies, such as Spirit EMX, an internet video content company, and Ideation Mobile Media, a mobile advertising company which is unrelated to us other than through Mr. Fried. Mr. Fried has also served as consultant to numerous entities, advising them on studio slate financings, the formation of independent film production companies, computer animation, theatrical production, Internet planning and general strategic planning and business development. He was an investor in and served on the advisory board of WebTV Networks, Inc., which was sold to Microsoft Corporation for $425 million in 1997, and Intermix, Inc., owner of Myspace.com, which Intermix sold to News Corporation for $580 million in 2005. From November 1996 until June 2001, Mr. Fried served as Chairman of WhatsHotNow, Inc., or WHN, an e-commerce service provider to the entertainment and licensed merchandise industries, which he founded in 1996. WHN built and managed e-commerce and direct response commerce operations for major media companies, such as NBC, ABC, Fox, MTV, Comedy Central, Playboy, TV Guide, Sony Pictures, Universal and Paramount. WHN also built and maintained a business-to-business licensed merchandise retail exchange that managed the online product catalogs for over 130 licensee/manufacturers and had over 5,000 retail members. Mr. Fried also served as Chief Executive Officer of WHN from July 1999 until June 2001. From December 1994 until June 1996, Mr. Fried was President and Chief Executive Officer of Savoy Pictures, a unit of Savoy Pictures Entertainment, Inc. Mr. Fried led the turnaround of



Savoy's motion picture and television departments, which included marketing, distribution, business affairs, creative development and physical production. Savoy Pictures Entertainment was sold to Silver King Communications, which is now a part of InterActive Corp, in 1996. From 1983 to 1990, Mr. Fried held several executive positions including Executive Vice President in charge of Production for Columbia Pictures, Director of Film Finance and Special Projects for Columbia Pictures and Director of Business Development at Twentieth Century Fox. Mr. Fried holds an M.S. from Cornell University and an M.B.A. from the Columbia University Graduate School of Business.

**Rao Uppaluri, Ph.D., CFA**
Treasurer and Director
(310) 694-8150, ext.2
ruppaluri@ideationacquisition.com

Dr. Uppaluri has served as our Treasurer and a member of our board of directors since our inception. He has served as the Chief Financial officer of Opko Health, Inc. (formerly known as eXegenics Inc.) since the consummation of its acquisitions of Acuity Pharmaceuticals Inc. and Froptix Corporation on March 27, 2007. He is also a member of The Frost Group. Dr. Uppaluri served as the Vice President, Strategic Planning and Treasurer of IVAX from February 1997 until December 2006. Before joining IVAX, from 1987 to August 1996, Dr. Uppaluri was Senior Vice President, Senior Financial Officer and Chief Investment Officer with Intercontinental Bank, a publicly traded commercial bank in Florida. In addition, he served in various positions, including Senior Vice President, Chief Investment Officer and Controller, at Peninsula Federal Savings & Loan Association, a publicly traded Florida S&L, from October 1983 to 1987. His prior employment, during 1974 to 1983, included engineering, marketing and research positions with multinational companies and research institutes in India and the United States. Dr. Uppaluri holds a B.S. and M.S. in Engineering from Andhra University in India and an M.B.A. and Ph.D in Finance from Indiana University.

**Steven D. Rubin**
Secretary and Director
(310) 694-8150, ext.2
srubin@ideationacquisition.com

Mr. Rubin has served as our Secretary and a member of our board of directors since our inception. Mr. Rubin has served as Executive Vice President-Administration and as a director of Opko Health, Inc. (formerly known as eXegenics Inc.) since the consummation of its acquisitions of Acuity Pharmaceuticals Inc. and Froptix Corporation on March 27, 2007. He is also a member of The Frost Group. Mr. Rubin served as the Senior Vice President, General Counsel and Secretary of IVAX from August 2001 until September 2006. Before joining IVAX, from January 2000 to August 2001, Mr. Rubin served as the Senior Vice President, General Counsel and Secretary of privately-held Telergy, Inc., a provider of business telecommunications and diverse optical network solutions. He was with the Miami law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson from 1986 until 2000, in the Corporate and Securities Department. Mr. Rubin was a shareholder of that firm from 1991 until 2000 and a director from 1998 until 2000. Mr. Rubin currently serves on the board of directors of Dreams, Inc., a vertically-integrated sports products company, and Cellular Technical Services, Inc., which recently acquired Safestitch LLC, a medical device company. Mr. Rubin holds a B.A. in Economics from Tulane University and a J.D. from the University of Florida.

**Thomas E. Beier**
Director

Mr. Beier has served as a member of our board of directors since our inception. Mr. Beier served as Senior Vice President of Finance and Chief Financial Officer of IVAX from October 1997 until August 2006. From December 1996 until October 1997, Mr. Beier served as Senior Vice President of Finance of IVAX. Before joining IVAX, Mr. Beier served as Executive Vice President and Chief Financial Officer of Intercontinental Bank from 1989 until August 1996. Mr. Beier holds a B.B.A. in Accounting from the University of Miami.

**Shawn Gold**
Director

Mr. Gold has served as a member of our board of directors since our inception. Mr. Gold has served as Senior Vice President of Marketing and Content for MySpace.com since February 2006. Before joining MySpace.com, Mr. Gold co-founded Weblogs, Inc., a publisher of professional Internet blogs, where he served as Publisher from November 2004 until February 2006. From August 2000 until July 2002, Mr. Gold served as the President of eUniverse.com, an Internet media company. Before joining eUniverse.com, from early 1999 until August 2000, Mr. Gold served as Vice President of Marketing and Communications of WHN. From 1997 until 1999, Mr. Gold served as head of strategic planning at Rare Medium, where he created the inaugural interactive communication strategies for P&G, General Foods, Mattel and Nestle. From 1995 until 1997, Mr. Gold founded and served as general manager for Icon New Media's advertising division, publishing Word.com and Charged.com, where he created the first interstitial ads on the web and an industry-leading advertising system based on time rotation and contextual integration. He started developing interactive content in 1992 as a partner with TouchTunes Interactive, a telecommunications music marketing service in the USA, Japan and New Zealand. Mr. Gold holds a B.S. in Finance from Syracuse University.

**David H. Moskowitz**
Director

Mr. Moskowitz has served as a member of our board of directors since our inception. Mr. Moskowitz has practiced law at his firm David H. Moskowitz & Associates since 1984 and has practiced law for more than 40 years. Mr. Moskowitz holds a B.S. in accounting from Pennsylvania State University, an L.L.B. from Villanova University and a D.Phil. from Oxford University.

## Special Advisors

### Thomas H. Baer

Mr. Baer has served as a director of Medici Arts, B.V., or Medici, a Netherlands holding company, since its creation in September 2004, and as the Vice Chairman of Medici Arts, LLC since January 2007. Medici and its subsidiaries own EuroArts Music International and Idéale Audience, companies that produce and acquire audiovisual content in the classical and popular music fields and distribute libraries of audiovisual content that it owns or licenses, and

Elektrofilm, a media services company engaged by content owners and producers to perform post production, distribution, digital media and library services. Before joining Medici, Mr. Baer served as a consultant to the chairman and chief executive officer of Liberty Livewire, predecessor to Ascent Media, a media services company, from 2000 until 2001, and as a director of Four Media Company, prior to its acquisition by Liberty Livewire in 2000. After serving as an Assistant United States Attorney for the Southern District of New York from 1961 until 1966, Mr. Baer founded Baer & McGoldrick, now Schulte, Roth and Zabel, a law firm with offices in New York and London, where he practiced in the litigation, corporate, mergers and acquisitions, and entertainment fields from 1969 until 1980, first as a member of the firm and then as counsel to the firm. Since 1983, Mr. Baer has been active as a motion picture producer and as an executive in the entertainment and media space in partnership with Michael H. Steinhardt. In 1994, Steinhardt Baer Pictures Company, of which Mr. Baer is a General Partner, acquired a minority interest in October Films, which has since been acquired by Universal Pictures. Since 1983, Mr. Baer has served variously as president of Kings Road Productions and as a contract producer at Orion Pictures Corporation and Universal Pictures. Mr. Baer is a graduate of Tufts University and Yale Law School.

### Jarl Mohn

Mr. Mohn, also known as Lee Masters, currently serves as Chairman of the Board of CNET, a on-line publisher of special interest content. Mr. Mohn also currently serves on the board of several media companies, including The E.W. Scripps Company, XM Satellite Radio Holdings Inc. and MobiTV, a television programming provider for mobile telephone companies. Mr. Mohn founded and served as President and Chief Executive Officer of Liberty Digital, Inc., a publicly-traded company that invested in mid-stage interactive television, cable networks and internet enterprises, from June 1999 until March 2002. Before joining Liberty Digital, from January 1990 until December 1998, Mr. Mohn founded and served as President and Chief Executive Officer of E! Entertainment Television. From 1986 until 1990, Mr. Mohn served as Executive Vice President and General Manager of MTV and VH1. Prior to his career in television, Mohn enjoyed a successful 19-year career in radio, where he was a disc jockey, programmer, general manager and owner of a group of radio stations.

### Barry A. Porter

Mr. Porter is a co-founder and a Managing General Partner of Clarity Partners L.P., a private equity firm focused on investments in media, communications and business services. Clarity's transactions have included growth investments, leveraged acquisitions and build-ups, joint ventures, and recapitalizations. Mr. Porter also serves on the investment committee of Clarity China, an affiliated private equity firm focusing on investments in the greater China region. Before the formation of Clarity, Mr. Porter was a Managing Director of Pacific Capital Group from 1993 until 1997. While at Pacific Capital Group, Mr. Porter was a co-founder of Global Crossing, a telecommunications company, and he served in a variety of senior executive positions at Global Crossing from 1997 to 2000 and on that company's Board of Directors. Before joining Pacific Capital Group, Mr. Porter was an investment banker at Bear, Stearns & Co. Inc. from 1986 until 1993, where he became a Senior Managing Director and was a co-head of the media and communications practice, head of the gaming industries group and an active participant in the firm's high-yield activities. Before joining Bear, Stearns & Co. Inc. Mr. Porter was an attorney at Wyman, Bautzer, Rothman, Kuchel and Silbert in Los Angeles from 1983 until 1986, where he focused on media and entertainment matters. Mr. Porter currently serves as a director on the board of directors of BASE Entertainment, Liberation Entertainment and Westec InterActive. He is also involved in a variety of community organizations and is on the Board of the Independent School Alliance for Minority Affairs and on the Board of Public Counsel. Mr. Porter holds a J.D. and M.B.A from the University of California, Berkeley, and a B.S. in Finance and Political Science from the Wharton School of Business, University of Pennsylvania.

## Consultant

### Michelle Crames

Ms. Crames is a digital media entrepreneur and consultant. As co-founder and CEO of Lean Forward Media LLC, Ms. Crames produced the award-winning interactive movie CHOOSE YOUR OWN ADVENTURE©: THE ABOMINABLE SNOWMAN, and co-developed the Up2U™ technology that enables viewers to control the storyline with their DVD remote control. Ms. Crames and her company have been featured in publications such as The Wall Street Journal, USA Today, Harvard Magazine, the LA Times, and Life Magazine. Lean Forward Media won first place out of hundreds of entries in Venture Bowl 2004, the largest business plan competition in the country, resulting in a multi-million dollar venture capital deal. The same year Ms. Crames opened the NASDAQ, and was named by Forbes the Future Capitalist of the Year. Ms. Crames has worked for and consulted to Warner Bros., The Walt Disney Studios, Content Film, and a variety of industries in the U.S. and abroad. Ms. Crames led online marketing and partnerships for EqualFooting/Equidity.com, and was a consultant with McKinsey & Company. At McKinsey, Ms. Crames developed and communicated strategic plans to clients, including working on a global branding study, and leading a client team to launch a new $200 million marketing program. Currently, Ms. Crames serves on the advisory board of SPICE, a multi-billion dollar media conglomerate based in Asia, and on the Board of Directors of Cellebrum, a Lehman Bros.-funded mobile value added services provider based in Delhi. Ms. Crames also serves on the Board of Directors of the Film Advisory Board. Ms. Crames has a B.S. dual degree in Operations Research & Industrial Engineering, and Hotel Management from Cornell University, and received an MBA from the Harvard Business School in 2003, where she was awarded the Robert F. Jasse Award by the Entrepreneurship faculty as the graduating student most exemplifying strong entrepreneurship and leadership skills.

© 2007 Ideation Acquisition Corporation. All Rights Reserved.

 **State of Delaware** 
The Official Website for the First State

| Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites |

State Directory | Help | Search Delaware :          Citizen Services | Business Services | Visitor Info.

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions    View Search Results

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| File Number: | **4238162** | Incorporation Date / Formation Date: | **10/19/2006** (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | **MEDICI ARTS, LLC** | | |
| Entity Kind: | **LIMITED LIABILITY COMPANY (LLC)** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

**REGISTERED AGENT INFORMATION**

| Name: | **NATIONAL CORPORATE RESEARCH, LTD.** | | |
|---|---|---|---|
| Address: | **615 SOUTH DUPONT HWY** | | |
| City: | **DOVER** | County: | **KENT** |
| State: | **DE** | Postal Code: | **19901** |
| Phone: | **(302)734-1450** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like    Status    Status,Tax & History Information    Submit

Back to Entity Search

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

PLAINTIFF'S EXHIBIT 37


PLAINTIFF'S EXHIBIT
3P



listen with your eyes

HOME    DVD    TV DISTRIBUTION    PRODUCTION    EUROARTS    **CONTACT**

---


or use our advanced search »

e-mail    **LOGIN** ⊙
Join the business and press area.
Password?    Not a member »


WATCHING EUROARTS
view the current trailer here »


24HOURS MOZART
more information here »

## contact

### EuroArts Music International GmbH



**Distribution**

Hohenzollerndamm 150
14199 Berlin
Germany
Fon +49 (0) 30.887.08-200
Fax +49 (0) 30.887.08-299
musicdistribution@euroarts.com

**Sandrine Laffont**
Head of Sales
France, UK, Germany, Austria, Spain
Switzerland, Italy, Portugal, Ireland
Benelux
Fon +49-30-88708-241
Fax +49-30-88708-299
s.laffont@euroarts.com

**Yukie Bürkner**
Int. Sales Manager
South East Asia, Japan, Airflight
Fon +49-30-88708-248
Fax +49-30-88708-299
y.buerkner@euroarts.com

**Janet Oelschläger**
Int. Sales Manager
Americas, Canada, Scandinavia, Russia,
Eastern Europe, Baltic States, Australia,
New Zealand, Israel, Middle East, Cyprus,
South Africa, Greece, Turkey
Fon +49-30-88708-245
Fax +49-30-88708-299
j.oelschlaeger@euroarts.com

**Tobias Möller**
Head of DVD
Fon +49-30-88708-246
Fax +49-30-88708-230
t.moeller@euroarts.com

**Niklas Arens**
Marketing Manager
Fon +49-30-88708-251
Fax +49-30-88708-299
n.arens@euroarts.com

**Christina Sas**
Product Manager DVD
Fon +49-30-88708-247
Fax +49-30-88708-299
c.sas@euroarts.com

**Hubertus v. Schmettau**
Controller Music
Fon +49-30-88708-231



**Production**

Goldschmidtstr. 12
04103 Leipzig
Germany
Fon +49 (0) 341.14084-0
Fax +49 (0) 341.14084-10
musicproduction@euroarts.com

**Paul Smaczny**
Managing Director
Fon +49-341-14084-17
Fax +49-341-14084-10
p.smaczny@euroarts.com

**Günter Atteln**
Senior Producer
Fon +49-341-14084-14
Fax +49-341-14084-10
g.atteln@euroarts.com

**Oliver Rieger**
Sen. Production Manager
Fon +49-341-14084-20
Fax +49-341-14084-10
o.rieger@euroarts.com

**Frank Gerdes**
Project Development Music
Fon +49-341-14084-21
Fax +49-341-14084-10
f.gerdes@euroarts.com

**Martin Hammer**
Manager Business Operations
Fon +49-341-14084-11
Fax +49-341-14084-10
m.hammer@euroarts.com

**Birgit Filimonow**
Production Assistent
Fon +49-341-14084-12
Fax +49-341-14084-10
b.filimonow@euroarts.com

**Claudia Groh**
Manager Postproduction
Fon +49-341-14084-18
Fax +49-341-14084-10
c.groh@euroarts.com

**Office Berlin**

Hohenzollerndamm 150
14199 Berlin
Germany

Fax +49-30-88708-230
h.schmettau@euroarts.com

**Alexandra Borkenstein**
Team Assistant / Material Management
Fon +49-30-88708-211
Fax +49-30-88708-299
a.borkenstein@euroarts.com

**Susanne Bilger**
Manager Licensing
Fon +49-30-88708-242
Fax +49-30-88708-230
s.bilger@euroarts.com

**Claudia Weber**
Co-Productions / Acquisitions
Medici Arts Ltd.
Fon +49-174-1896455
Fax +49-30-80205153
c.weber@euroarts.com

**EuroArts Music (North America)**

**Tom Baer**
650 Madison Avenue, 17th Floor
New York, NY 10022
U.S.A.
Fon +1 212-371-7300
baert@gte.net

**EuroArts Music (China)**

**Alexander Helsing-Hu**
Perfect House 14-2, Tianbaoyuan 4 Li
Beijing Yizhuang, Developing Zone
Beijing
P.R. China
Fon +86 10 58696472
ahh@co-operations.com.cn

**EuroArts Medien GmbH**



**Office Berlin**

Hohenzollerndamm 150
14199 Berlin
Germany
Tel +49-30-88708-300
Fax +49-30-88708-101



**Office Stuttgart**

Teckstrasse 64
70190 Stuttgart
Germany
Tel +49-711-26876-0
Fax +49-711-26876-57

**Management Board**

**Robert T. Walston**
CEO Medici Group
Tel +49-30-88708-300
Fax +49-30-88708-349
robertwalston@euroarts.com

**Jo Navarro**
CFO Medici Group Europe
Tel +49-30-88708-346
Fax +49-30-88708-349
j.navarro@elektrofilm.com

**Bernd Hellthaler**
Managing Director
Tel +49-711-26876-51
Tel +49-30-88708-300
Fax +49-711-26876-78
Fax +49-30-88708-330
b.hellthaler@euroarts.com

**Heiko Burkardsmaier**
General Counsel
Tel +49-711-26876-12
Fax +49-711-26876-43
h.burkardsmaier@euroarts.com

**Medici Arts**                    **EuroArts**                    **Elektrofilm**

**Contact**

# Medici Arts

Please follow the links below to view the ever expanding Medici Arts catalog:

## Links

BBC Legends

Royal Opera House Heritage Series

Classic Archive DVD

copyright © 2007 Medici Group | design by Elektrofilm



Home ■ About Us ■ Register Online ■ Distributors

Search artist                    **Sut**    Search catalogue        BBCL    ■    [          ]   **Sut**

## About Us

Medici Arts, a producer and distributor of music and arts related audiovisual programmes, acquired the Audio Visual Division of IMG Artists in January 2007 to form Medici Arts UK Limited. Prior to this date, the division had been formed in 1998 by Stephen Wright, then Managing Director of IMG Artists and John Pattrick, for over 30 years a senior executive at EMI, to originate, produce and distribute the BBC Legends label. In 2002, the division initiated the acclaimed Great Conductors of the 20th Century series in collaboration with EMI as well as the Boston Symphony Centenary (2001), Royal Stockholm Philharmonic Orchestra (2004) and La Scala commemorative archive (2006) sets. In addition to this, division created the Classic Archive DVD series with Ideale Audience in Paris which is currently marketed and distributed by EMI. In 2005, the division signed a major contract with the Royal Opera House Covent Garden to source, produce and market their archives worldwide under the Heritage name.

After the acquisition by Medici Arts in January 2007, Medici Arts UK Limited was re-organised into Medici Audio under John Pattrick (Director) with Jules Hammond (Product Manager) maintaining it's exclusive contracts with BBC Worldwide to compile, produce and internationally distrubute the award winning BBC Legends archive label (currently 250 titles sourced from the BBC's own archive from 1938 to the early 1990s) and the Royal Opera House, Covent Garden's Heritage series (rare archive recordings from the early 1950s to the late 1990s) in collaboration with BBC Radio 3. In May 2007 Medici Audio launched it's own mid-price Medici label which includes archive material licensed from the European broadcasters such as WDR in Cologne and major record companies like EMI Classics etc. In addition, other special audio projects for Medici Arts will also be handled by Medici Audio.

**Contact Us**
Medici Arts Limited
Power Road Studios
114 Power Road
London W4 5PY

Email: info@mediciarts.co.uk

Tel +44 (0) 20 8987 7016
Fax +44 (0) 20 8987 7090

www.medici.tv

Buy all discs online through **www.mdt.co.uk** - just click on a packshot to order

©2007 Medici Arts Limited





Home ■ About Us ■ Register Online ■ Distributors

Search artist      **Sut**    Search catalogue    BBCL [ ] [ ] **Sut**





## April 2008 Releases
ROHS008 - Die Meistersinger
ROHS009 - Un Ballo in Maschera
ROHS010 - Alceste



## February 2008 Releases
MM021-2 Otto Klemperer
MM022-2 Alceo Galliera
MM023-2 Michael Rabin
MM024-2 Friedrich Gula
MM025-2 Ataulfo Argenta

## March 2008 Releases
BBCL 4229-2 Istvan Kertesz
BBCL 4230-2 Mieczyslaw Horszowski
BBCL 4231-2 Shura Cherkassky
BBCL 4232-2 Kurt Sanderling
BBCL 4233-2 Gennadi Rozhdestvensky

## Classic Archive DVD
Please visit www.emiclassics.com/classic_archive for full details of the new DVD
releases on Classic Archive



Buy all discs online through **www.mdt.co.uk** - just click on a packshot to order

©2007 Medici Arts Limited

NONPROFIT ORG
U.S. POSTAGE
**PAID**
THE NEW SCHOOL

PLAINTIFF'S
EXHIBIT
41
Blumberg No. 5113

Please Post

# INTERNATIONAL KEYBOARD INSTITUTE & FESTIVAL

## NEW YORK CITY

### MANNES COLLEGE THE NEW SCHOOL FOR MUSIC

International Keyboard Institute & Festival

150 West 85 St., New York, NY 10024

Tel: 212-580-0210 ext. 4858    Fax: 212-580-1738

www.ikif.org    info@ikif.org

**Complete Institute & Festival: July 13-27**
**Session I: July 13-19 – Session II: July 20-27**

Non-credit Tuition: $900 both sessions or $550 per session

Tuition for Credit: $1747 both sessions (2 credits) or
$885 per session (1 credit) Auditors: $500 both sessions or
$250 per session. Auditor attendance per day: $50

Online application and $50 (non-refundable) fee due April 15.
Full tuition due May 15. Audition recording required: 30 min.
Free choice of repertoire.

Music lovers, Professionals, College & High School Students welcome.
Private lessons available on request. Scholarships and Dorms available.

**Participants may compete for $10,000 USD
in the Dorothy MacKenzie
Artist Recognition Scholarship Awards.**

---

## MANNES COLLEGE THE NEW SCHOOL FOR MUSIC
150 West 85 St., New York, NY 10024

INTERNATIONAL KEYBOARD INSTITUTE & i

### SPONSORS

Dorothy MacKenzie
JMW Consultants Inc.
Stephen & Mary Basson
Godosky & Gentile
Judith & Steven Gluckstern
Posner-Wallace Foundation
Fannie Mae Foundation

Janet & William Schwartz
Alexis Gregory Foundation
Robert Yrigoyen
Margarita Anthoine
David & Eugenia Ames
Ronald Gold
Carole George & John Diquollo
Verizon Foundation

The Jarvis and Constance Doctorow Family Foundation

With the Participation of

STEINWAY & SONS    YAMAHA PIANOS

**JOAQUIN ACHUCARRO:** Faculty Southern Methodist Univ., Chigiana Acad. Siena, Italy — Gold Medal Geneva Compet— Berlin, London, NY Phil., Abbado, Rattle, Mehta, Chailly - Sony, BMG-RCA

**ETERI ANDJAPARIDZE:** Faculty, DePaul University, AmerKlavier, Director, Chicago — Montreal Grand Prix, Tchaik. Prizewinner — Moscow Conserv./ Gomostayeva — Grammy nomin.- Melodiya, Naxos/Marco Polo

**MAGDALENA BACZEWSKA:** Faculty Montclair State Univ - Studies with Rose/Mannes College., C. Keene/Manhattan School of Music — Kosciuszko Fdtn. & MacKenzie Award— Recitals US & Europe

**ALESSIO BAX:** First prize 2000 Leeds, First Prize Hamamatsu — Study/ Achichana/Dallas & Siena - London Phil. & NHK Sym.- Rattle, Alsop - Verbier, Ruhr Festivals — Warner, Naxos, Fontec

**ASAF BLASBERG:** Studies: J. Rose/Mannes; J. Lowenthal/Juilliard, concerts — Last Three sonatas of Schubert; Complete Sonatas of Schumann; Complete Sonatas of Brahms; All Liszt Program

**ALEXANDER BRAGINSKY:** Faculty Univ. of Minnesota; finding. Pres./Artistic Dir. Intenl. Piano e-Competition - Moscow Conserv grad, Goldenweiser student Concerts: USSR, Israel, Europe, China

**LUCILLE CHUNG:** Perf, Montreal Sym, Phila, Orch, Seoul Phil. - Wigmore, Carnegie, Concertgebouw — 1st prize Stravinsky Compet.- Curtis, Juilliard, Salzburg, Imola,- studies w/Berman, Achucarro – Avie CDs

**SARA DANESHPOUR:** 2nd Prize 2007 Kapell Competition; 1st prize San Jose competition; prizewinner at Canals – graduate of Curtis – studies with Fleisher; Y. Volkov – Kennedy Center, Carnegie Hall, Moscow

**DAVID DUBAL:** Faculty Juilliard – pianist, teacher, writer, lecturer, broadcaster - Reflections from the Keyboard WQXR New York; DVD Golden Age of the Piano; Essential Canon; The Art of the Piano

**PHILIPPE ENTREMONT:** World-wide tours as soloist, recitalist and conductor — Princ. Cond. Munich Symph; Lifetime Cond. Emeritus Vienna Chamber Orch; Cond. Emeritus Israel Chamber Orch - CBS, Sony, Teldec CDs

**MARTINA FILJAK:** 1st prize 2007 Bartok-Prokofiev-Kabalevsky; Viotic; 5th prize Busoni. Studies w/ Kovacevich, M.K.Kim /Hannover; Concertgebouw, Boesendorfer S, Vienna, Salle Cortot /Paris; Carnegie Hall.

**CLAUDE FRANK:** Faculty Curtis and Yale–Beethoven cycle Music & Arts label with violinist, Pamela Frank. Studies with Artur Schnabel

**ADAM GOLKA:** 2008 Gilmore Young Artist Award - Gold-Medal Shanghai Competition.- ICU w/Jose Feghali – Milwaukee, Dallas, Houston, Ft. Worth, San Diego Syms. – Ravinia & Gilmore Rising Stars series

**MARC-ANDRÉ HAMELIN:** Performances/recitals with major orchestras and in venues worldwide — Gramophone Magazine award; Grammy award nominee — Chopin-Godowsky, Busoni, Alkan; Hyperion records

**DAEJIN KIM:** Faculty Korean National Univ. of Arts – Beethoven, Mozart Concerti cycles – 1st prize Casadesus Competition – Juries: Haskil, Cleveland, Ettlingen, Sendai, Paderewski, Rachmaninoff - Acardia, Sony CDs

**SUNWOOK KIM:** First Prize Leeds 2006, Clara Haskil 2005, Ettlingen 2004, Korean Natl. Univ. of Arts w/Daejin Kim - Budapest Fest., Radio France Phil., London Phil., Halle Orch. - Fischer, Chung, Elder – Ruhr Fest.

**DIANE KIERKPATRICK:** Faculty Brooklyn College - Studies: Rose, Krosnick, Wasson, Sanders /Juilliard - Winner AMSA Compet.- former Faculty: Coll. of New Rochelle, Bergen Comm. Coll. - Recitals US & Europe.

**ALEXANDER KOBRIN:** Gold Medal 2005 Van Cliburn / 1999 Busoni; Prizewinner Hammatser and Chopin – Moscow Cons./ Naumov - Faculty Gnessin Acad.- NY Phil., Moscow State & Tokyo Sym.- Harmonia Mundi

**DENIS KOZHUKHIN:** Third prize 2006 Leeds competition — Queen Sofia Music School studies/Bashkirov — Verbier Fest. – Recitals: Paris, Munich, Madrid, Russia — Hallé Orch with Mark Elder

**EMANUEL KRASOVSKY:** Faculty Tel Aviv Univ. – studies at Juilliard — Israel Phil/Bernstein — Dir. Tel Hai Piano Masterclass — Juries: Rubinstein, Leeds — Classes: Juilliard, Queen Sofia/Madrid, Paris, Berlin, Finland

**JANINA KUZMAS:** Faculty Univ of Regina Canada – Concerts in Europe, Russia, N. America – studies J. Rose, R. Silverman – Recitals: Vancouver, Vilnius, Kiev, Warsaw – Recording: Rachmaninoff, Mussorgsky

**NINA LELCHUK:** Faculty Queens College – Prizes: Chopin, M. Long, Cliburn competitions – Orch: Cleveland, Pittsburgh, Moscow, Leningrad – Classes at Toho, Holland, Univ. of Michigan - Telarc & EMS

**STEVEN MAYER:** Recording complete Ives and Tatum for Naxos – Prof., Univ. of Denver; Manhattan School – Orchs: Gewandhaus, Minnesota, San Francisco, Rotterdam; De Waart, Blomstedt, Conlon; Slatkin

**DUDANA MAZMANISHVYLI:** Busoni Prizewinner 2007; Washington Int. Compet. 2005; Mannes Reisenberg prize – studies with T. Apakidze, E. Virsaladze, Jerome Rose; Perf. Munich, Paris, Vienna - Oehms CDs

**NIKITA MNDOYANTS:** Gold Medal Paderewski Competition Poland 2007 – Moscow Conservatory composition; piano studies w/Petrov – Helsinki, St. Petersburg, China, Spain – Verbier, Tel-Hai Festivals

**IRINA MOROZOVA:** Faculty Mannes College, Special Music School of America - St. Petersburg Conservatory, Manhattan School of Music grad – Berlin Radio Sym. – Recitals: US, Russia, Europe

**QUYNI NGUYEN:** Faculty Hunter College – Studies: J. Rose/Mannes; B. Davidovich/Juilliard; Canin/DMA CUNY – Musical America 2004 "Star of Tomorrow". - Recitals: US, Europe, Asia – Laureate IKIF

**ALBERTO NOSE:** 1st prize 2005 Santander & 2000 Vendome Competitions; 2nd prize Busoni, Long-Thibaut — Imola/F. Scala/I. Margarius — Recitals: NY, London, Berlin, Paris, Tokyo. – Naxos & Naxos

**MICHAEL OELBAUM:** Faculty Mannes – Teaching Oxford, Sibelius Acad., Juilliard — Studies/Reisenberg Mannes; Serkin/Marlboro — NJ, Nashville, San Jose Sym., Vienna Cham. Orch.– Bridge CD Diabelli

**HAESUN PAIK:** Gold Medal Kapell, Silver Queen Elisabeth, Bronze Tchaikovsky - Faculty Seoul National Univ. Graduate New England Conservatory– Soloist: Boston & London Sym, Munich Phil.- EMI records

**ANDREY PONOCHEVNY:** First prizes: Kapell, Iomasoni (Cologne); Bronze medal Tchaikovsky; Recitals: Alice Tully Hall, Carnegie Weill, Wash.DC, Ruhr Festival, Paris, Santander, Bonn, San Jean, Warsaw Philh.

**MENAHEM PRESSLER:** Founding member and pianist Beaux Arts Trio - Distinguished Prof. Indiana University - World wide tours and appearances with major orchestras – 50 recordings with trio; 30 solo CDs.

**DMITRY RACHMANOV:** Dept Chair CSU Northridge; Former Faculty Roosevelt Univ/Manhattan School; Studies Gnessin School, Juilliard, Manhattan; —CDs: Vista Vera, Master Musicians, Omniclassic

**JEROME ROSE:** Founder/Dir. IKIF - Faculty Mannes College, Mozarteum Salzburg - Gold Medal Busoni - Berlin Phil.; Chicago Sym./Solti; Sawalisch/Vienna - Recordings Medici –Liszt Grand Prix du Disque

**VICTOR ROSENBAUM:** Faculty New England Conserv., Mannes, Longy (former Dir. & Pres)- Studies Lhevinne, Shure – Tanglewood, Yellow Barn - Recitals/classes/Russia, Japan, China, Israel, Europe. Bridge/Fleur de Son

**JOSÉ RAMOS SANTANA:** Faculty Kean Univ. – Juilliard grad - Bachauer prizewinner – studies: A. Marcus, L. Fleisher - NY Phil., Detroit Sym.- Tours Japan & China - Recording: Fleur de Son /Royal Phil.Orch

**EDISHER SAVITSKI:** 1st prize E-Competition 2006; Hilton Head 2001 - Zankel, Wigmore, Salle Cortot, Mariinsky Theater – Salzburg; Gilmore, Ravinia, Maggio Musicale, Ruhr Fest – Toradze Studio; Indiana Univ.

**VLADIMIR SHAKIN:** Faculty/grad St. Petersburg Conserv., Russia – Prizewinner Schumann, Beethoven, Liszt Competitions - Recitals/Classes: Russia, Europe, Asia, US – Recordings: Melodiya, Sony, Diapason, Audiophile

**YUAN SHENG:** Faculty Beijing Central Conservatory – Grad Manhattan School of MusicS. Mikovsky private study/Rosalyn Tureck – Laureate Havana & Beijing Competitions — Tererfit Phil.; Beijing Phil.

**MYKOLA SUK:** Faculty Univ.Nevada, Las Vegas — Gold Medal Liszt-Bartok Compet.– Studies Moscow Conserv./Lev Vlasenko– Russian National Sym./ Pletnev - Vienna, Toronto - Melodiya, Hungraraton

**JEFFREY SWANN:** Silver Medal Queen Elisabeth, First Prize Dino Ciani, Prizewinner Cliburn – Cincinnati, Pittsburgh Sym.; Rotterdam Phil.; Salomen; Abbado, Chailly – Beethoven Cycle Italy - DG, RCA, Agora

**ILYA YAKUSHEV:** 1st prize World Piano Competition 2005 - studies at Mannes with Feltsman - San Francisco Sym./M.T. Thomas; Arkansas, Las Vegas Sym. - perf. New York, Berlin, Vienna, St. Petersburg; Seoul

**IAN YUNGWOOK YOO:** Gold Medal Beethoven Competition Bonn 2007; 2nd prize E-Competition 2005; 1st prize Santander 1998 - Studies w. Lowenthal, Mikovsky, Rose; Manhattan School of Music - Naxos CDs

**EDUARD ZILBERKANT:** Faculty Univ of Alaska Fairbanks – Prizewinner Santander - Music Dir. & Conductor Fairbanks Sym.– Studies/Rose, Margulis, Fleisher – Atlanta Sym/Shaw — Recitals: Phila., Warsaw

SEASON

INTERNATIONAL
KEYBOARD
INSTITUTE &
FESTIVAL

**10**th **ANNIVERSARY**

Jerome Rose, Founder & Director • Julie Kedersha, Festival Director

**MANNES COLLEGE THE NEW SCHOOL FOR MUSIC**—Joel Lester, Dean

**NEW YORK CITY**

With the Participation of  STEINWAY & SONS

**YAMAHA PIANOS**

# July 13-27, 2008

**Prestige Series at 6pm**        **Masters Series at 8:30pm**

| | | |
|---|---|---|
| Sun | July 13 | |
| Mon | July 14 | Adam Golka | Jerome Rose |
| Tue | July 15 | Ilya Yakushev | HaeSun Paik |
| Wed | July 16 | Nikita Mndoyants | Alberto Nosè |
| Thu | July 17 | Sara Daneshpour | Menahem Pressler |
| Fri | July 18 | Denis Kozhukhin | Jeffrey Swann |
| Sat | July 19 | Dudana Mazmanishvili | Alessio Bax |
| Sun | July 20 | Claude Frank & David Dubal "The Legacy of Artur Schnabel" **at 3pm (FREE)** | Joaquín Achúcarro |

## Faculty Concerts at 6pm & 8:30pm

*Eteri Andjaparidze, Alexander Braginsky, Daejin Kim, Emanuel Krasovsky, Janina Kuzmas,*

*Nina Lelchuk, Steven Mayer, Irina Morozova, Michael Oelbaum, Dmitry Rachmanov,*

*Victor Rosenbaum, José Ramos Santana, Vladimir Shakin, Eduard Zilberkant*

*Adjunct Faculty: Magdalena Baczewska, Asaf Blasberg, Lucille Chung, Diane Kirkpatrick, Quynh Nguyen*

| | | |
|---|---|---|
| Mon July 21 | *Ian Yungwook Yoo* | *David Dubal* |
| Tue July 22 | *Martina Filjak* | *Mykola Suk* |
| Wed July 23 | *Sunwook Kim* | *Philippe Entremont* |
| Thu July 24 | *Andrey Ponochevny* | *Yuan Sheng* |
| Fri July 25 | *Edisher Savitski* | *Alexander Kobrin* |
| Sat July 26 | *MacKenzie Semifinal* at 11am | *Marc-André Hamelin* |
| Sun July 27 | *MacKenzie Final* at 11am - 1 pm & 2 - 4pm | |

The Prestige Series is made possible through the generosity of *Janet & William Schwartz*

## Dorothy MacKenzie Prize $10,000 USD

Special Prize offered by C. BECHSTEIN

Programs, Schedule, Application, Online Ticket purchase & Inquiries:

**www.ikif.org     info@ikif.org**

**All Concerts $20     Daily Masterclasses $15     Festival Concert Pass $250**



# JEROME ROSE

**Founder/Director**
International Keyboard Institute & Festival
(July 17-31, 2005)

**Faculty**
Sommerakademie Mozarteum-Salzburg
(August 1-13, 2005)

**Faculty**
Mannes College of Music

**President**
Medici Classics Productions

---

**Gramophone Magazine**    March 2004

Rose's Schumann Blooms. Powerful Schumann playing is allied to a wide-ranging, imaginative response

---

**Fanfare Magazine**    May 2004

Finally, there is Rose's reading of the "Wanderer" Fantasy, which is everything it should be-technically adept, fiery, meltingly lyrical in the piercing slow movement, and in brilliant command of the keyboard in the fugal finale. This performance of the "Wanderer," perhaps Schubert's best known large-scale piano composition, so beloved by audiences and so often recorded, ranks among the best.

---

**New York Times**    July 2004

He stretched and shaped Schubert's melodic phrases with an extremely free sense of rhythmic rubato. Mr. Rose tore into the work (Brahms f minor Sonata), fearlessly playing the opening flourish, with its leaps from thunderous low octaves up to brawny outbursts of chords.

---

**New York Sun**    July 2004

This was a piano concert for piano lovers, and Mr. Rose is one of the finest poets of the keyboard.

www.ikif.org
info@ikif.org
www.moz.ac
summer.academy@moz.ac.at
www.mannes.edu
jeromerose@nyc.rr.com
www.mediciclassics.com
info@mediciclassics.com


PLAINTIFF'S
EXHIBIT
42
Blumberg No. 5113

For further information,
please contact:
Julie Kedersha, Director
Medici Artists
229 West 97 Street, Suite 1B
New York, NY 10025
Phone and Fax: 212-665-2446

# New from Medici Classics



M30072

## SCHUBERT POSTHUMOUS SONATAS and WANDERER FANTASIE
### JEROME ROSE, Piano

*Piano Magazine- UK*
"a musician and pianist of uncommon authority"
"Rose's accounts can hold their own in the highest company"
"a player of powerfully communicative instinct"

*International Piano - UK*
"his Schubert is both extroverted and forward-looking"
"large-scale, authoritative performances"
"an often thrilling sense of high-romantic drama"

*PianoNews - Germany*
"Rose ist ein Interpret, bei dem sich ungewöhnliche manuelle,
Fähigkeiten mit einem feinen Gespür für den spezifischen
Ton eines Komponisten verbinden."



M30082

## DIE WINTERREISE
### JON FREDRIC WEST, Tenor
### JEROME ROSE, Piano

Star of the Metropolitan Opera
Bayerische Staatsoper
Deutsche Oper Berlin
Wiener Staatsoper



M30092

JEROME ROSE adds to his renowned
Prix du Disque recordings of LISZT:

## SONATA in B MINOR
## DON JUAN FANTASY
## MEPHISTO WALTZ



MEDICI
CLASSICS
PRODUCTIONS

## Jerome Rose on Monarch Classics and Medici Classics

| M20012 | Ludwig van Beethoven | The Last Three Sonatas |
| M20022 | Franz Liszt | Piano Concerti No.1 & 2, Totentanz |
| | | Rico Saccani, Conductor |
| | | Budapest Philharmonic Orchestra |
| M20032 | Franz Liszt | Transcendental Etudes |
| M20042 | Robert Schumann | The Complete Piano Sonatas |
| M20052 | Frederic Chopin | The Complete Ballades & Fantasy |
| M20062 | Robert Schumann | Davidsbündlertänze, Op. 6 |
| | | Kreisleriana, Op. 16 |

Distributed by Qualiton Imports, Ltd.  www.qualiton.com  qualiton@qualiton.com
Musikwelt (Germany) musikw@st-oneline.net  Metronome (UK) info@metronome.co.uk
www.mediciclassics.com  info@mediciclassics.com

## NEW YORK TIMES – *Allan Kozinn, July 2006*

### Romanticism That Is Not Just Incurable, It's Contagious

"Jerome Rose, the festival's founder and director, gave the opening recital on Sunday evening in a program calibrated to his strengths, which include the sonic heft, broad gestures and grand scale of Romanticism… Mr. Rose closed the first half of the program with a thundering account of Schumann's G minor Sonata that put the music's audacious outbursts into high relief, but didn't skimp on its gentler qualities, like the singing melody line in the Adagio. Similar qualities – with a greater emphasis on poetry and lilting themes than on thunder, though there was some of that as well – enlivened the four Chopin Ballades."

## THE NEW YORK SUN – *Fred Kirshnit, July 2006*

### Our Last Romantic

"Every generation has its 'last Romantic', a pianist who captures, to an extraordinary degree, the windswept spirit of the late 19th-centry Lisztian camp. Josef Hofmann was the first last Romantic, bringing into the 1930s and '40s the wisdom of the previous century. A decade later, Vladimir Horowitz followed suit. The 1960s brought Artur Rubinstein, who learned from masters who learned from masters of the original stripe. And in more modern times, the last Romantic was the cult figure Shura Cherkassky. Jerome Rose might be considered the last Romantic of our own age…This unique recitalist soundly traversed Robert Schumann's notoriously devilish Sonata in G minor, op. 22, …and everything about Mr. Rose came together for a memorable reading of Chopin's Four Ballades."

## GRAMOPHONE – *Bryce Morrison, August 2005*

### Fiery Liszt from Rose

"Plenty of dazzling moments, as befits a virtuoso, but fine musical sense, too – Jerome Rose… has returned with a vengeance, recording many of the greatest masterpieces of the repertoire. Rose sees it (the Sonata) in a lucid, modern perspective, never labouring his points, but balancing sense and sensibility with enviable clarity and assurance."

**PLAINTIFF'S EXHIBIT**
43
Blumberg No. 5113

www.ikif.org
info@ikif.org
www.moz.ac.at
summer.academy@moz.ac.at
www.mannes.edu
www.jeromerose.com
www.mediciclassics.com

For further information,
please contact:
Julie Kedersha, Director
Medici Artists
229 West 97 Street, Suite 1B
New York, NY 10025
Phone and Fax: 212-665-2446

# New from Medici Classics



M30102



M40012

*BRAHMS*

Sonata No. 3 in F minor, op. 5
Variations and Fugue
on a Theme by Handel, op. 24
Jerome Rose, piano

*LISZT*

Années de Pèlerinage
Grand Prix du Disque
Franz Liszt Society of Budapest, Hungary
Jerome Rose, piano

*FONO FORUM (Germany) – Ingo Harden, July 2005*

"Rose's interpretations are exquisite, as are the repertoire selections…Rose's playing exhibits tonal and interpretative completeness…he has developed a rhythmic flexibility, which treats the rubato un-academically, so that one is reminded of live performances rather than studio-bound productions."

*JEROME ROSE:* Founder/Director: International Keyboard Institute & Festival (July 15-29, 2007)
Faculty: Sommerakademie Mozarteum-Salzburg (August 2007)
Faculty: Mannes College of Music

## Jerome Rose on Monarch Classics and Medici Classics

| | | |
|---|---|---|
| M20012 | Ludwig van Beethoven | The Last Three Sonatas |
| M20022 | Franz Liszt | Piano Concerti No.1 & 2, Totentanz Rico Saccani, Conductor, Budapest Philharmonic Orchestra |
| M20032 | Franz Liszt | Transcendental Etudes |
| M20042 | Robert Schumann | The Complete Piano Sonatas |
| M20052 | Frederic Chopin | The Complete Ballades & Fantasy |
| M20062 | Robert Schumann | Davidsbündlertänze, Op. 6, Kreisleriana, Op. 16 |
| M30072 | Franz Schubert | The Three Posthumous Sonatas & Wanderer Fantasie |
| M30082 | Franz Schubert | Die Winterreise with Jon Fredric West, Tenor |
| M30092 | Franz Liszt | Sonata in B minor, Don Juan Fantasy, Mephisto Waltz |

Distributed by Qualiton Imports, Ltd.   www.qualiton.com   qualiton@qualiton.com
Musikwelt (Germany) musikw@st-oneline.net   Metronome (UK) info@metronome.co.uk
stradivarius@stradivarius.it (Italy)   www.mediciclassics.com   info@mediciclassics.com



Clavier

July/August 2007

Jerome Rose

PLAINTIFF'S
EXHIBIT
44

Talking with Jerome Rose          The Nash Studio          Teaching with Imagery

# Clavíer®

VOLUME 46, No. 6 JULY/AUGUST 2007



**7** Piano Bloopers *by Elizabeth Borowsky.* "If something can go wrong – like a bat flying above an audience – it will."

**10** Teaching Piano With Imagery *by Rafael Cortés-Colón.* Great works of art depict joy and sorrow, movement and style, to inspire piano students.

**14** Jerome Rose *by Patrick Meanor.* "Piano performance is like a Broadway show that repeats with a different audience. You have to hit the mark every night."

**20** Roswell's Nash Studio *by Stacey Gluchman.* After 48 years of teaching, LaNelle Nash remembers how her studio began with one upright piano and two students.

**23** Classical Kids *by Sarah Steinhardt.* Solo and duet performances in weekly group lessons help children to become accustomed to playing for audiences, with no hurt feelings if someone forgets some notes.

**25** New Sponsorship for Piano Recitals *by Steven Mayer.* Although solo piano recitals in America are disappearing, a California music lover is helping communities to host piano recitals.

**36** I Love A Parade *by Judy Nelson.* Composer Judith Lang Zaimont describes her love of parades and how they inspired her to write the piece "July" for solo piano.

**37** "July" *by Judith Lang Zaimont,* reprinted from A *Calendar Set* for solo piano.



**46** Angling for Walleye *by Peter Kristian Mose.* "Parents come in all stripes, and some of them can make a mess of your teaching, even when everything is fine between you and their offspring."

**47** Mozart *by Jeffrey Wagner.* Film maker Phil Grabsky visited the palaces and cathedrals where Mozart performed to create the documentary film, In *Search of Mozart.*

**4** Sounding Board

**27** Teacher's Guide to *Piano Explorer*

**27** Pupil Savers

**28** New Music Reviews

**42** D.V.D. Review

**48** Questions and Answers *by Dale Wheeler*



# MISSOURI SOUTHERN
*international*
# PIANO COMPETITION

## April 21-26, 2008
Joplin, Missouri

Junior and Senior Divisions
Total prizes $46,000 *plus*
Carnegie Debut for grand prize winner

417.625.9755 • msipc@mssu.edu
www.mssu.edu/msipc



# Piano Music

You want it.
You need it.
We have it!

tismusic.com • (800) 421-8132



James T. Rohner, *Publisher*
Judy Nelson, *Editor*
Ann Rohner Callis, *Assoc. Pub.*
Jane Wagner, *Business Manager*
Peter Svalbe, *Assoc. Editor*
Burl Gregory, *Advertising Mgr.*
Carol Ford, *Circulation*
Laura Gopman, *Circulation*

## Subscribe Online
www.claviermagazine.com

or call 888-446-6888

*Clavier*
200 Northfield Road
Northfield, Illinois 60093

## Subscription Rates
$17 for one year, $25 for two years,
$32 for three years, $3.00 for single
copies, $9 each for groups of five or
more subscriptions mailed to one
address. Add $8 per year for each
subscription delivered outside the U.S.

## For Editorial and
## General Information
847-446-5000
clavier@instrumentalismagazine.com

*Cover photograph of Jerome Rose
by John Landolfi*

©2007 The Instrumentalist Publishing Company. All
rights reserved. None of the content may be duplicated
or reprinted without advance written permission. The
statements of writers and advertisers are not necessarily
those of The Instrumentalist Publishing Company,
which reserves the right to refuse to print an advertisement.
Clavier, ISSN0009854X, is published monthly except June
and August by The Instrumentalist Publishing Company,
200 Northfield Road, Northfield, Illinois 60093. Periodicals
postage paid at Winnetka, Illinois and at additional mailing
offices. Postmaster should send address changes to Clavier,
200 Northfield Road, Northfield, Illinois 60093.



"The work of an artist is to understand the message behind the music and then interpret it for audiences – that is what art is all about. The moment a pianist touches the instrument there should be something magical in the sound. It does not matter if it's one note or two.."
– Jerome Rose





"Piano perform-
ance is like a
Broadway show
that repeats every
night with a differ-
ent audience. You
have to hit the
mark every night."

Rose with Leonard Shure, "who
spent an unearthly amount of
time on one phrase, which
forced me to hear the details in
the score and to create beautiful
phrases."

# Jerome Rose

by Patrick Meanor

"Romanticism is playing on the edge – playing as though your life depends on it," says distinguished American pianist Jerome Rose. "In a performance it is important to create moments that transcend conventional interpretations, even though they may not feel comfortable or secure. There is a certain feeling of madness – otherworldliness – that the great composers felt deeply when they wrote for artists to express."

*Patrick Meanor is professor of English at the State University of New York, Oneonta, where he has taught for 33 years. He has written or edited eight books and nearly 160 essays, articles, and reviews; and his C.D. reviews are in* Listener Magazine *and* Fanfare. *He has also published interviews with pianists Cécile Ousset, Idil Biret, Leslie Howard, Cyprien Katsaris, Alexis Weissenberg, Sergei Babyan, Alexander Toradze, Jean-Yves Thibaudet, and violinist Nadja Salerno-Sonnenberg.*

Rose learned about those moments early in his career. They led to a debut at the age of 15 with the San Francisco Symphony during the time he studied with Adolph Baller. Rose later coached with Leonard Shure (a pupil of Artur Schnabel) and Rudolf Serkin at the Marlboro Festival and graduated from the Mannes College of Music and The Juilliard School. He was also a Fulbright Scholar in Vienna.

While still in his 20s, Rose won first prize at the International Busoni Competition in Italy. He has performed with such orchestras as the Chicago Symphony, Berlin Philharmonic, and the Royal Philharmonic and has recorded the works of Beethoven, Schubert, Schumann, Chopin, Liszt, and Brahms.

In 1999 Rose founded the International Keyboard Institute and Festival in New York City, which this year will include 42 guest pianists and 28 concerts, July 15-29, at Mannes College. The event gives pianists

from around the world the chance to meet, hear great performances, and attend masterclasses by prominent musicians. Rose is a faculty member at Mannes College, and in 2001 he was awarded an honorary doctorate degree from the State University of New York for lifetime achievement in music.

*What were some important lessons you learned as a student?*

My teachers gave me the ability, the musical discipline, to study and to arrive at an interpretation on my own. They encouraged me to think and study independently. I often tell students that how they practice is how they play, and how they study is how they interpret. Performance takes a thorough knowledge and understanding of how music is constructed and how it should be interpreted. The goal is to take a score and make it come alive, but many students today are hesitant to assume responsibility for an interpretation. They often expect to

he told how to play every phrase of a piece. This limits their growth in becoming mature artists.

Each of my teachers infused my ears with great playing. Leonard Shure did not move on to the next phrase unless a student absolutely mastered the first phrase. He spent an unearthly amount of time on a phrase, which forced me to hear the details in the score and create beautiful music.

*What difficulties do you notice in piano students today? Are their problems musical, technical, or a combination of both?*

Students and artists have the same problem, and that is how to make the music come alive and do it on a daily basis. I give students a tremendous amount of independence so they develop musically and emotionally to become great performers. Once they walk out on a stage, they face an audience alone, but they also face themselves and are responsible for the music.

The message I tell students is that audiences want pianists who will fill the hall with sound and who are exciting. Playing in a living room or a studio is not the same as performing with an orchestra in a large concert hall.

Pianists need a strong personality to play in front of an orchestra of 60-100 musicians. Many soloists seem to disappear in front of an orchestra rather than fill up the stage with personality and sound.

*How did the great pianists like Gieseking and Moiseiwitsch keep up their vitality as performers? The sheer act of having to travel and play in different cities every second or third night is difficult.*

Piano performance is like a Broadway show that repeats every night with a different audience. You have to hit the mark every night. At the same time, the more pianists perform, the more they learn to cope

with the pressure and adjust their lives. I still remember Jorge Bolet, whose only compliment to himself was, "Well, not bad." He would never say a performances was good. It is similar to watching Tiger Woods



Rose at the piano in a rehearsal with cellist Pablo Casals, the Marlboro Festival, about 1956.

become angry after missing a shot. He sets a certain standard and wants to meet it.

*What are the qualities of great pianists?*

Truly great pianists have something profound to impart about the world through music. Every artist is in some way a philosopher, a highly developed messenger whose technique helps him to communicate through the instrument in a meticulous way.

It is difficult to convey the truly great messages of composers. I believe music is a condensation of life; it is autobiographical – a statement of intellectual prowess. A musical work can encapsulate

lifelong experiences into minutes, and other great arts, such as painting and films, do this as well.

Pianists need to understand that music is drama. A pianist becomes a single actor on stage who makes



"I am the son of what some people refer to today as a piano mother; my mother adored music and was always involved with music, so my future as a pianist was sealed before I was born."

music come alive in dramatic ways. I'm talking about well-thought-out interpretations, with nothing exaggerated or artificial.

One of my favorite sayings is, "You play who you are." Schnabel once said to his students, "You play with as much Beethoven as you have in you." This has a lot to do with a pianist's experiences in life and his understanding of other people. Beethoven brought a lifetime of human experience to his music, with each score composed as a dramatic script interpreted through sound.

The work of an artist is to understand the message behind the music and then interpret it for audiences – that is what art is all about. The moment a pianist touches the instrument there should be something magical in the sound. It does not matter if it's one note or two.

*Wiessenberg said the minute Rubinstein touched the piano, it was like being cushioned in radiance. One note would do it.*

I remember that Rubinstein performed the F minor Nocturne as one beautiful legato passage with just one finger; he catapulted the sound into a hall. Rubinstein understood the need to fill every corner of the hall with sound, and he was able to blend one note into the next.

*Do you specialize in playing certain repertoire?*

I believe pianists should be able to play anything, even if they don't have an affinity for a piece or musical style. By learning how to perform a work with conviction, they grow as musicians. Pianists should master every style, including contemporary music.

Of course there are pieces and composers one person plays better than others, but playing only what is comfortable diminishes a pianist's education and growth. I encourage students to explore a variety of musical styles because it will only help them. I often think of the actor Sir Lawrence Olivier, who threw himself into all types of characters and different roles – even those that were perhaps foreign to his personality and training.

As a young pianist growing up, I remember not being particularly interested in the music of Franz Liszt, until I received a contract to record his music. I agreed to the contract and ended up recording all the major repertoire by Liszt. It became a great event in my life, and studying this repertoire helped me in performing other works. I learned the value of mastering each musical style and knowing what makes them distinct.

*What are your early musical memories?*

I am the son of what some people refer to today as a piano mother; my mother adored music and was always involved with music, so my future as a pianist was sealed before I was born. Her father was a music critic in New York, and my brother was a superb violinist.

I grew up in San Francisco and as a child heard everyone who performed there – Benno Moiseiwitsch, Arthur Rubinstein, Solomon, and Walter Gieseking, Vladimir Horowitz, and William Kapell as well as Heifetz, Oistrakh, and Rostropovich. The

Continued on page 34





**Music for Young Children**

The high note in music learning™

For 27 years, Music for Young Children (MYC) has been one of the world's leading music-learning systems—and an innovative way to learn music in a fun, interactive social setting. Frances Balodis created this program for her two children in 1980. Since MYC started we have had more than 100,000 graduates through our program. If you want the best music experience, the answer is Music for Young Children.

For information about MYC teaching opportunities please contact us:

**Tel: 1-800-561-1MYC**



myoc.cm

## Send a Free Issue of *Clavier* to a Colleague

We will be happy to send a free sample of the magazine to anyone you suggest – a friend, student, teacher, or colleague. (We will check our records first to be sure they don't already subscribe.) You can send a free sample by writing to:

Clavier, 200 Northfield Road, Northfield, Illinois 60093 Telephone: 888-446-6888 Fax: 847.446.6263

JEROME ROSE, *cont'd from page 18*

opera house was a second home before we moved to New York. My earliest teacher was Marvin Maazel, an exceptionally fine pianist whose career was sadly interrupted during World War II.



*A youthful Rose with Arthur Fiedler*

Years later I discovered a book that listed Maazel as one of the brilliant young pianists of his time. I studied with him from the age of five and had my first concert when I was six; at age seven I played Bach *Inventions* for another concert. I still remember Maazel sitting in a chair, smoking cigars and teaching. He was the uncle of conductor Lorin Maazel.

At age nine I moved to Berkeley to study with Marcus Gordon, a former pupil of Rosina and Joseph Lhévinne. Later, when Gordon went on an extended concert tour, I studied with Harald Logan, who had spent many years in Berlin with Egon Petri. Logan was a great friend of William Kapell and was devastated when Kapell's plane crashed outside of San Francisco in 1953.

A critical time in my development was the four years I studied with Adolph Baller. He had accompanied and toured with violinist Yehudi Menuhin during World War II. During that time I also studied harmony, counterpoint, and music history at the San Francisco Conservatory of Music, which helped my development and understanding of musical structure. These subjects are valuable because young pianists need to know

how a piece is put together to play it convincingly.

Baller introduced me to Rudolf Serkin, who invited me to Marlboro in 1956. Serkin said I should go to New York to study with Leonard Shure, who was an assistant to Artur Schnabel. Shure was a great friend of Leopold Mannes and taught both private and college students, so I went to the Mannes College and finished a degree in three years.

Juilliard accepted me as a chamber music major, but I still had to pass piano examinations. I studied chamber music with the Juilliard Quartet and piano with Claus Adam, who was the cellist of the Juilliard Quartet.

One of the most memorable concerts of my life was Rubinstein's performance at Carnegie Hall, when a friend and I tried to get tickets last minute. The only seats left were on stage, so we sat just six feet away from him. I think he felt the energy and attentiveness of the audience that day, because he often looked at us.

*What inspired you to start the International Keyboard Institute and Festival?*

The motivation came from other festivals I created, beginning in 1981 with The Romantics in London, England. It featured music, poetry, fine arts, and theater in 45 events held in five days. The second festival in 1986 recognized the 100th anniversary of Liszt's death; in 1997 the Library of Congress invited me to create a festival with music and lectures for the 200th anniversary of the birth of Schubert and the 100th anniversary of the death of Brahms.

The International Keyboard Institute & Festival began in 1999 at the Mannes College of Music where I am a faculty member. The idea was to provide an in-depth study of the piano that had never before accomplished in a summer festival.

*What was the scope of the first festival?*

It had about 50 students from around the world with lessons and daily concerts. All the lessons were taught as masterclasses and open to anyone to

walk in and out at any time, so students could participate in the vast piano repertoire and observe various styles of teaching.

The festival has grown and today has an enrollment of 150 students and 42 professional performers and faculty, and there are 28 concert events. There would be no festival without the help of Dorothy MacKenzie, a wonderful woman from Ohio, who supports the arts. She has helped me by offering student scholarships and personal assistance to countless families and friends. She is truly one of the finest individuals I know.

*Would you please share some memorable highlights of past festivals.*

The most memorable was the concert given in recognition of Rosalyn Tureck, a prominent harpsichordist and pianist and an important person in the history of the keyboard. I had engaged her to appear in the 2003 festival, but several months before the performance date she became too ill to play, so we agreed to an interview on stage. Her health continued to deteriorate so instead of the interview, friends spoke about her and several favorite students performed. David Dubal was the moderator of the event.

The recorded tape of this homage was on its way to Rosalyn Tureck when I received a notice that she died ten minutes after the tribute to her ended. It was as though she needed to stay alive to witness the event.

The next most memorable moments were the performances and interviews with Earl Wild in his 90th year, which was like seeing the history of the piano come alive on stage. We were lucky to present György Sándor in one of his last appearances and equally blessed to have Alicia de Larrocha on stage.

In 2002 Ruth Slenczynska shared her personal account of studying with Rachmaninoff, Schnabel, and Cortot in a concert and interview.

*Do you ever wish you pursued a career in an area other than the piano?*

Every day of my life. You need to understand that a person who does well has an increasing responsibility to keep the standard high. This is true for any profession. In the world of classical music, concert artists cannot accept slipping back to a lesser level of technique or musicianship.

The more a person knows, the greater his knowledge and responsibility. There are also greater pressures and greater expectations.  ◻







# D.V.D. Review



When I first heard Jerome Rose in 1989, the West Coast pianist had come to give a workshop on the arrangements of 12 mazurkas for voice and piano made by Pauline Viardot, the great mezzo-soprano who was Chopin's friend.

In our interview then I found an eager, erudite mind of sensibility and bursting ideas. Rose steered his career by his personal interests, doing things for their own sake, like recording more Liszt than anyone had, before the Liszt revival. His early performances showed a builder, whose every note fit into his entire plan. You always felt his grand design, though sometimes the seams showed.

Twenty years later Rose is still the builder, with plenty of artistic growth to show on his first D.V.D., **Jerome Rose Plays Chopin, Live in Concert**. Happily given to Chopin's idea of *bel canto* in six of the composer's most expansive compositions, he comes on stage, faces his audience, eyes half closed with a blissful smile, and sits for Chopin's first Ballade in G Minor, Op. 23. The born storyteller senses the poetic power of the legend about to unfold and dives head first into the narrative stream. Gone are the seams.

Rose trusts his intuition and lets the music well from inside, guiding each phrase by subtle rubatos or restraint, phrases whose end notes bloom organically into new phrases, ideal for ballades. The Ballades to come are in the order Chopin composed them: Ballade #2 in F, Op. 38; Ballade #3 in A♭, Op. 47; Ballade #4 in F Minor, Op. 52, weeping chromaticism like a Divine Comedy of human dreaming.

In each ballade Rose knows and clearly shows the exact means. He suspends a note, pedals a pause that

turns dreams to nightmare as the lulling dance rhythm accelerates, only to crash in a resonant silence. Rose makes it happen every time.

The artist's combination of long vision with articulate detail works as well for the two Chopin sonatas that end the D.V.D. – the dramatic, conflicted Funeral March Sonata, Op. 35 in B♭ Minor and the angelically lyrical B Minor Sonata, Op. 58, where Rose sings every note of an endless melody in a *bel canto* style.

Rose's timing of tensions is superb. He builds with achingly gradual restraint through the dominant harmony that returns the prodigal theme at last intact. It is doubly affirmative, symphonically augmented to the relief of all – in a wash of Romantic agony. The D.V.D. is full of such moments, and you will want to hear it again and again.

As an extra, Rose speaks with his friend David Dubal about Chopin's genius, full-bloom in his early concert pieces and strongly individual to the end. (Medici Classics/V.A.I. M50019)
– *Robert Dumm*

---

TEACHING PIANO WITH IMAGERY
*Continued from page 13*

just love the medium. I am not an expert on Bach but love his music. What matters is that teachers borrow ideas from many human experiences to inspire the imaginations of students, and great works of art should be among those experiences.

I once taught Arnold Schoenberg's *Six Little Piano Pieces*, Op. 19 and used "Animated Landscapes" by Spanish surrealist Joan Miró (1893-1983) and Salvador Dalí's (1904-1989) "The Persistence of Memory," with its famous image of melting clocks to convey musical ideas to students. Both paintings helped students to understand the strangeness and primeval spirit in the Schoenberg work, where tonality is nonexistent.

The Miró painting gives me the feeling of looking at a droplet of water under a microscope, with bacterial-looking figures that seem to float aimlessly in space. Dalí painted a distorted world, as though the image was some kind of hallucination.

A painting by American Jackson Pollock (1912-1956), "Autumn Rhythm (number 30)," best expresses the

sense of chaos that is sometimes present in much atonal music. Russian painter Wassily Kandinsky (1866-1944) is similar in chaotic expression.

While it is great to share reproductions of great paintings in art books, it is more exciting for students to see paintings in person. I ask the parents to take their children to an art museum at least once each semester to become acquainted with the paintings of great artists. The students then share their museum experiences with me during lessons. If parents give me advanced notice about the visit, I recommend specific paintings or styles of art to see, depending on the pieces the student is studying.

Many of the large metropolitan cities have a wide choice of museums to visit, such as the Metropolitan Museum of Art, the Frick Collection, The Museum of Modern Art, and the Morgan Library in New York City. The imagery in great paintings can help to clarify concepts of sound, emotion, and movement in music. Jean-Antoine Watteau created paintings that show gaiety and lightness of heart, and portraits by Thomas Gainsborough personify elegance and long lines that are applicable to music.

The tranquil landscapes of the Baroque Netherlands portray an atmosphere of the open space filled with fresh air. In addition to "The Wedding Dance," Bruegel painted many scenes of everyday peasant life – working in the fields, a banquet, the market, children playing. Turner's works are luminous, whereas Delacroix painted with coloristic ferocity and Pollock created chaos on each canvas.

These are priceless sources of imagery that can stimulate the imaginations of students to play with a sense of style, movement, joy, or sorrow. Once a student gets past note learning and masters the technical difficulties in a piece, the imagination is left – the life itself of music making.□

### Viardo Piano Competition

The 2007 Viardo International Piano Competition will be held September 14-16 in Dallas, Texas. The junior category (ages 12-17) first-place winner will receive a $1,000 prize and the senior category (ages 18 and older) first-place pianist will receive a $4,000 prize. Application deadline is July 30. Music other than standard repertoire has to be approved by the competition committee. (www.vviardo.com)



You know your music - so do we. THE ALLMUSIC BLOG

**MMC RECORDINGS**

**Richard Stoltzman, Seattle Symphony Orchestra, Gerard Schwarz, Gil Rose,**

**allmusic**

allmusic allmovie allgame

Artist/Group    advanced search    GO

**AMG** Data Solutions

Overview    Biography    Works    Credits

PLAINTIFF'S EXHIBIT 45

# Jerome Rose

Select a Credit Type to view:                                    All



| Credit Type | | Album Title | | Date | Label |
|---|---|---|---|---|---|
| Piano | = | 25 Beethoven Favorites | | 1996 | Vox |
| Piano | | 25 Mellow Piano Favorites | | 2004 | SPJ Music |
| Piano | | 25 Romantic Moods | | 1997 | Vox |
| Piano | | Adagio Music for A Romantic Evening | | 1996 | Vox |
| Piano | | Beethoven: 3 Piano Sonatas | | 1994 | Vox |
| Piano | | Beethoven: Sonatas for piano No8; Sonatas for piano No14 | | 1998 | Masterpiece |
| Piano | | Beethoven: The Last Three Sonatas | | 2001 | Monarch |
| Piano | | Brahms and Liszt Back to Back | | 2000 | Vox |
| Liner Notes | | Brahms: Sonata No. 3 F minor; Handel Variations | | | Medici |
| Piano | | Brahms: Sonata No. 3 F minor; Handel Variations | | | Medici |
| Piano | | Chopin: 3 Piano Sonatas | | 1996 | Sony |
| Piano | | Chopin: Four Ballades and Fantaisie | | 2002 | Monarch |
| Piano | | Chopin: Sonatas for piano No2; Sonatas for piano No3 | | | Newport Classic |
| Piano | | Eternal Beethoven | | 1995 | Special Music |
| Editorial | | Franz Schubert: Die Winterreise | | | Medici |
| Piano | | Franz Schubert: Die Winterreise | | | Medici |
| Piano | | Jerome Rose Plays Chopin Live in Concert [DVD Video] | | 2007 | Medici Classics |
| Liner Notes | | Jerome Rose Plays Franz Liszt | | | Medici Classics |
| Piano | | Jerome Rose Plays Franz Liszt | | | Medici Classics |
| Piano | | Jerome Rose plays Schubert: Posthumous Sonatas & Wanderer Fantasie | | | Medici Classics |
| Piano | | Liszt: Années de Pèlerinage | | 1991 | Vox |
| Piano | | Liszt: Années de Pèlerinage | | | Medici |
| Piano | | Liszt: Consolations; Funérailles | | 1996 | Vox |
| Piano | | Liszt: Piano Concerti Nos. 1 & 2; Totentanz | | 2001 | Monarch |
| Piano | | Liszt: Transcendental Etudes (Complete) | | 1985 | Vox |
| Piano | | Liszt: Transcendental Etudes | | 2001 | Monarch |
| Piano | | Lots Of Liszt | | 1990 | Vox |
| Piano | | Moonlight Moods | | 2002 | Vox |
| Piano | | Music & Love Poems | | 1999 | Vox |
| Piano | | Paganini Variations | | 1992 | Vox |
| Piano | | Piano by Candlelight | | 1994 | Madacy |
| Piano | | Piano By Candlelight | | | T |
| Liner Notes | | Schumann: Davidsbündlertänze, Op. 6; Sonata in G minor, Op. 22 | | 1995 | Vox |

**Genre**
Keyboard Music

**Years Active**
1973-

**Other Entries**
Popular Music
Entry

**AMG Artist ID**
Q  49380

**Corrections to this Entry?**

| Piano | | Piano by Candlelight | | 1994 | Madacy |
|---|---|---|---|---|---|
| Piano | | Piano By Candlelight | | | T |
| Liner Notes | | Schumann: Davidsbündlertänze, Op. 6; Sonata in G minor, Op. 22 | | 1995 | Vox |
| Piano | | Schumann: Davidsbündlertänze, Op. 6; Sonata in G minor, Op. 22 | | 1995 | Vox |
| Piano | | Schumann: Davidsbündlertänze; Kreisleriana | | 2002 | Monarch |
| Piano | | Schumann: The Complete Piano Sonatas | | 2001 | Monarch |
| Piano | | The Best of the Romantic Era | | 1999 | Masterpi |
| Piano | | The Romantic Piano (Box Set) | | 2002 | Madacy |
| Piano | | The Romantic Piano Concerto, Volume 1 | | 1992 | Vox |
| Piano | | The Romantic Piano Concerto, Volume 4 | | 1992 | Vox |
| Piano | | The Romantic Piano Concerto, Volume 7 | | 1993 | Vox |
| Piano | | The Romantic Piano, Vol. 2 | | 2002 | Madacy |
| Piano | | The Romantic Piano, Vol. 3 | | 2002 | Madacy |
| Piano | | The Romantic Piano | | 1995 | Madacy |
| Piano | | TV Classics | | 1996 | Vox |

About Us | Site Guide | Top Searches | Contact | Employment | Product Submissions | Advertise | Privacy Policy | Terms of Service | Copyright
© 2008 Macrovision Corporation. All Rights Reserved.

**From:** Burkardsmaier, Heiko [mailto:h.burkardsmaier@euroarts.com]
**Sent:** Tuesday, September 25, 2007 9:42 AM
**To:** info@mediciclassics.com
**Subject:** AW: Medici Arts / Medici Masters[virus checked]

Dear Mrs. Kedersha,

I would like to come back to my earlier e-mails dated August 3rd and Sept 5th and ask if Mr. Rose already had a chance to read our letter

We would really appreciate to get his feeedback on our letter.

Thanks & kind regards,

Heiko Burkardsmaier
General Counsel
EuroArts Medien GmbH
Teckstrasse 64
70190 Stuttgart

Tel: +49 (0) 711/26876-12
FAX +49 (0) 711/26876-43
mailto:h.burkardsmaier@euroarts.com
www.euroarts.com

Commerzbank AG BLZ 100 400 00 Kto. 205 821 200
Amtsgericht Stuttgart - HRB 24919
Steuernummer 27/488/00145
Geschäftsführer: Robert T. Walston; Bernd Hellthaler; Josephine Navarro
-----Ursprüngliche Nachricht-----
**Von:** Burkardsmaier, Heiko
**Gesendet:** Mittwoch, 5. September 2007 11:34
**An:** 'info@mediciclassics.com'
**Betreff:** AW: Medici Arts / Medici Masters[virus checked]

Dear Mrs. Kedersha,

I would like to come back to my earlier e-mail dated August 3rd and ask if Mr. Rose already had a chance to read our letter

Thanks & kind regards,

Heiko Burkardsmaier
General Counsel
EuroArts Medien GmbH
Teckstrasse 64
70190 Stuttgart

Tel: +49 (0) 711/26876-12
FAX +49 (0) 711/26876-43



PLAINTIFF'S
EXHIBIT
46

mailto:h.burkardsmaier@euroarts.com
www.euroarts.com

Commerzbank AG BLZ 100 400 00 Kto. 205 821 200
Amtsgericht Stuttgart - HRB 24919
Steuernummer 27/488/00145
Geschäftsführer: Robert T. Walston; Bernd Hellthaler; Josephine Navarro
-----Ursprüngliche Nachricht-----
**Von:** Medici Classics [mailto:info@mediciclassics.com]
**Gesendet:** Freitag, 3. August 2007 17:01
**An:** Burkardsmaier, Heiko
**Betreff:** re: Medici Arts / Medici Masters[virus checked]

Dear Mr. Burkardsmaier:
We are in receipt of your email to Jerome Rose regarding Medici.  Mr. Rose is currently away on
tour and will not return to New York until September.   He is unable therefore to answer your
email properly until he returns to New York.  If it requires an answer prior to September we will
contact our attorney to be in touch with you.
Sincerely,
Julie Kedersha
Medici Classics

_____

Return-Path: <h.burkardsmaier@euroarts.com>
Received: from mx1.dus.nkhosting.net [62.67.53.139] by maila40.webcontrolcenter.com with SMTP;
Fri, 3 Aug 2007 01:45:42 -0700
Received: (qmail 39531 invoked by uid 89); 3 Aug 2007 08:16:53 -0000
Received: from unknown (HELO easx1.euroarts.com) (83.236.232.58)
by mx1.dus.nkhosting.net with SMTP; 3 Aug 2007 08:16:53 -0000
Subject: Medici Arts / Medici Masters
MIME-Version: 1.0
Content-Type: text/plain;
charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable
Date: Fri, 3 Aug 2007 10:18:43 +0200
content-class: urn:content-classes:message
X-MimeOLE: Produced By Microsoft Exchange V6.0.6603.0
Message-ID: <F25F244C4EBAE14B82D6A2EE59FF101D5AA970@easx1.euroarts.com>
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Medici Arts / Medici Masters
Thread-Index: AcfVp6gDA/CYRsQ2RP6nTlQcvug26g==
From: "Burkardsmaier, Heiko" <h.burkardsmaier@euroarts.com>
To: <info@mediciclassics.com>
X-SmarterMail-Spam: SpamAssassin 0 [raw: 0], SPF_None

Dear Mr. Rose,

We refer to the telephone conversation between our Mr. John Pattrick and you in June.

We would like to know, as to whether you have any objections against the use of the designation MEDICI ARTS and MEDICI MASTERS in the US for DVDs, CD's and other audio and audiovisual media and/or the conception and/or production of image and/or sound recordings of films and concerts. You will find information about our company at www.euroarts.com.

It is our understanding that our companies are acting in different business fields and that there is no overlap between our goods and services. Nevertheless, we kindly request your reply whether an agreement between our entities is possible in order to exclude any conflicts. We look forward to hearing from you. Please also feel free to call me, if you prefer to have a telephone conversation.

This inquiry and this letter is without prejudice, and we do not waive any rights or acknowledge any rights with this letter.

Yours sincerely,

Heiko Burkardsmaier
General Counsel
EuroArts Medien GmbH
Teckstrasse 64
70190 Stuttgart

Tel: +49 (0) 711/26876-12
FAX +49 (0) 711/26876-43
mailto:h.burkardsmaier@euroarts.com
www.euroarts.com

Commerzbank AG BLZ 100 400 00 Kto. 205 821 200
Amtsgericht Stuttgart - HRB 24919
Steuernummer 27/488/00145
Geschäftsführer: Robert T. Walston; Bernd Hellthaler; Josephine Navarro

This e-mail and any attached files may contain strictly
confidential and/or privileged information. If you are not
the intended recipient please notify the sender immediately
and destroy this e-mail. In this case any copy, disclosure or
distribution of the material in this e-mail is strictly forbidden.
Due to technical structures of the Internet, this message may
have been scanned or faked on its way to you. Professional
statements within an e-mail and/or attachments to an e-mail
are to be regarded as drafts and require our written confirmation.
Diese e-mail und/oder Anlagen enthalten vertrauliche
und/oder rechtlich geschützte Informationen. Wenn Sie nicht
der richtige Adressat sind, informieren Sie bitte sofort den
Absender und vernichten diese e-mail. Das Kopieren oder die
Weitergabe der e-mail ist in diesem Fall nicht gestattet.

Aufgrund der technischen Gegebenheiten im Internet ist nicht auszuschließen, dass diese Nachricht auf dem Weg zu Ihnen abgehört oder verfälscht worden ist. Fachliche Ausführungen in e-mails und/oder Anlagen dazu haben grundsätzlich Entwurfscharakter und bedürfen unserer schriftlichen Bestätigung.]

Home ■ About Us ■ Register Online ■ Distributors

Search | Search | BBCL ▼ | [    ]



**May 2008 Releases**
BBCL 4234-2 Klaus Tennstedt
BBCL 4235-2 Hans
Schmidt-Isserstedt
BBCL 4236-2 Paul Tortelier
BBCL 4237-2 Sir Malcolm Sargent
BBCL 4238-2 Rudolf Firkusny

**April 2008 Releases**
ROHS008 - Die Meistersinger
ROHS009 - Un Ballo in Maschera
ROHS010 - Alceste

**February 2008 Releases**
MM021-2 Otto Klemperer
MM022-2 Alceo Galliera
MM023-2 Michael Rabin
MM024-2 Friedrich Gula
MM025-2 Ataulfo Argenta

Buy all discs online through **www.mdt.co.uk** - just click on a packshot to order

©2007 Medici Arts Limited



BAINTON
McCARTHY
LLC

ATTORNEYS AT LAW

26 BROADWAY
SUITE 2400
NEW YORK, N Y 10004-1840

(212) 480-3500 TELEPHONE
(212) 480-9557 FACSIMILE
WWW.BAINTONLAW.COM

October 1, 2007

J. JOSEPH BAINTON
(212) 480-2529
bainton@baintonlaw.com

VIA E-MAIL

Heiko Burkardsmaier, Esq.
General Counsel
EuroArts Medien GmbH
Teckstarsse 64
Stuttgard, 70190
Germany

Re: *Medici Classics Productions LLC v. Medici Group LLC*

Dear Mr. Burkardsmaier:

We are the attorneys for Medici Classics Productions LLC ("Medici Classics Productions"), a New York limited liability company. We have been asked to respond to your e-mail dated August 3, 2007, to Mr. Jerome Rose, the managing member of Medici Classics Productions.

Our client has used the trademark "Medici Classics Productions" since September 30, 2003, in connection with the creation, production, advertisement and sale of CDs, videotapes, laser disks and DVDs featuring performances of classical music. Applications for registration of its trademark have been pending for some time in both the United States and European Union. Its catalogue of classical music performances has been internationally available since 2003 at www.mediciclassics.com.

Frankly, before receipt of your e-mail, Medici Classics Productions had never heard of Medici Group LLC, which we understand is a Delaware limited liability company. According to published reports, Medici Group LLC is the holding company for an entity having "Medici Arts" as a substantial part of its name. That entity has a website at www.mediciarts.co.uk. On that website Medici Arts describes itself as "a producer and distributor of music and arts related audiovisual programs." In a different section of the website, it offers recordings of performances of classical music under three separate collections, one of which is entitled "Medici Masters."



PLAINTIFF'S
EXHIBIT
48

STAMFORD, CONNECTICUT     ◆     CENTRAL ISLIP, NEW YORK     ◆     NEWARK, NEW JERSEY

It seems quite clear to us that "Medici Masters" and "Medici Group" when used in connection with any of the creation, production, advertisement or sale of recordings of performances of classical music infringes our client's trademark, Medici Classics Productions. Given that Medici Classics Productions' use of its trademark was so easily discoverable on the internet, such infringement seems necessarily willful.

According to your Company's website, which you invited Mr. Rose to review, your company is also wholly owned by the Medici Group LLC. Unlike the website of your affiliate, Medici Arts, nothing on your company's website suggests past infringement of our client's trademark.

So, armed with 30 years of experience in intellectual property litigation and at least an average amount of skepticism, I cannot help but suspect that your company has been asked by it owner to obtain our client's unwitting consent to past trademark infringements by your company's affiliate, Medici Arts.

So, in response to your e-mail, let us say two things. First, Medici Classics Productions does not consent to your company's future infringements of its trademark. Second, Medici Classics Productions objects in the strongest possible terms to the past infringements of its trademark by the Medici Group LLC and its wholly-owed affiliate, Medici Arts, and demands that all such infringements immediately cease and desist. In addition, Medici Classics Productions demands that Medici Group LLC and Medici Arts tender their profits from their willful copying of our client's trademark.

In closing, we ask one small professional courtesy. Would you please either acknowledge that you are the appropriate person with whom we should be communicating about the past and future unlawful conduct of Medici Group LLC and Medici Arts, or, alternatively, provide us with the name of that individual.

With best regards, I am,

Very truly yours,

J. Joseph Bainton

cc: Mr. Jerome Rose



# medici arts

# THE ART OF MUSICAL EXCELLENCE

The newly founded label Medici Arts is proud to present a selection of its first class new DVD releases, produced by Euro Arts and Idéale Audience, now promoted through Medici Arts: a rich catalogue with both concerts and documentaries, classical music and jazz, celebrating artists such as **Claudio Abbado, Daniel Barenboim, Leonard Bernstein, Vladimir Jurowski, Herbert von Karajan, Yehudi Menuhin...**

**Available in the UK from 1st April 2008**

**BLUE NOTE**
A STORY OF MODERN JAZZ
featuring Max Roach, Ron Carter,
André Prévin, Herbie Hancock...

**VLADIMIR JUROWSKI**
LONDON PHILHARMONIC
Wagner, Berg, Mahler

*"I have never heard a more
thrilling performance"*
    **The Independent**

**LEONARD BERNSTEIN**
IN REHEARSAL AND
PERFORMANCE
Shostakovich : Symphony N°1

**HERBERT VON KARAJAN**
BERLIN PHILHARMONIC
Beethoven : Symphony N°9






## www.medici.tv

The worldwide audio-visual platform dedicated to classical music: live concerts and festivals, more than 200 programmes available as video on demand !
**From 30th April 2008**



PLAINTIFF'S
EXHIBIT
49

Tel: 020 8709 9500
sales.uk@harmoniamundi.com

harmonia mundi
—— *distribution* ——

# MICHAEL H. STEINHARDT
### 650 MADISON AVENUE, NEW YORK, NEW YORK 10022
### TELEPHONE (212) 371-7300     FAX (212) 371-3241

December 7, 2000

President William Jefferson Clinton
The White House
1600 Pennsylvania Avenue
Washington, D.C.

Dear Mr. President,

I think you may remember me as one of your earliest national supporters. We met when I was chairman of both the Democratic Leadership Council and the Progressive Policy Institute, positions that I held until my resignation in 1995. I became involved in the political world in the mid 80's primarily because of my interest in "ideas", and the DLC best represented where I thought I was on the political continuum. But when ideas and human judgments seemingly led in different directions I stepped away. I recently revisited that period with Al From, and I am not sure I would make that same decision.

Invariably, life is filled with conflictual judgements and none of us escapes unscathed. I am writing this letter, Mr. President, to appeal to you on behalf of my friend, Mr. Marc Rich, who, I think, has been punished enough. While there remains controversy as to the facts surrounding Marc Rich's indictment in the early 1980's, there's no doubt that he was a successful person both, before and after, that horrific experience. He has continuously been successful in business. He's a responsible parent, grandparent, and son, as well as an unusually philanthropic individual throughout his life. Aside from this one experience, Marc has led a totally admirable life.

It would not be possible to recreate the circumstances surrounding a highly complicated series of facts occurring over a long period in the early 1980's. The people are no longer there, the attitudes have changed, and even many of the laws have changed. For Marc Rich, whose personal life has already been burdened by the profound constraints imposed by the circumstances of this case punishment, have been in some ways severe. He could not properly mourn his daughter. He could not live with his children or grandchildren. He has suffered more that most. As in his mid 60's, there is nothing that would be more important to him than to return to the United States of America and to live in peace.

Mr. President, I have known Marc for more than twenty-five years. I assure you that Marc Rich's moral and ethical standards amply justify your consideration of his pardon, so that in his remaining years he could fulfill his highest aspirations, which will make all of us, as Americans, proud.

Thank you very much.

Sincerely yours,

Michael Steinhardt

Michael Steinhardt



PLAINTIFF'S EXHIBIT

50



*The United States of America*

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date. (See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*



Jon W. Dudas

*Director of the United States Patent and Trademark Office*



PLAINTIFF'S
EXHIBIT
51

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,372,195
Registered Jan. 22, 2008

## TRADEMARK
### PRINCIPAL REGISTER

MEDICI CLASSICS PRODUCTIONS

JEROME ROSE (UNITED STATES INDIVIDUAL)
SUITE 1B
229 WEST 97TH STREET
NEW YORK, NY 10025

FOR: PRE-RECORDED CDS, VIDEO TAPES, LA-
SER DISKS AND DVDS FEATURING CLASSICAL
MUSIC, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-2003; IN COMMERCE 9-30-2003.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "CLASSICS PRODUCTIONS",
APART FROM THE MARK AS SHOWN.

SER. NO. 77-181,322, FILED 5-15-2007.

REBECCA SMITH, EXAMINING ATTORNEY

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### Requirements in the First Ten Years*
*What and When to File:*

- First Filing: A Declaration of Continued Use (or Excusable Non-use), filed between the 5th and 6th years after the registration date. (*See* 15 U.S.C. §1058; 37 C.F.R. §2.161.)
- Second Filing: A Declaration of Continued Use (or Excusable Non-use) **and** an Application for Renewal, filed between the 9th and 10th years after the registration date. (*See* 15 U.S.C. §1058 and §1059; 37 C.F.R. §2.161 and 2.183.)

### Requirements in Successive Ten-Year Periods*
*What and When to File:*

- A Declaration of Continued Use (or Excusable Non-use) **and** an Application for Renewal, filed between each 9th and 10th-year period after the date when the first ten-year period ends. (*See* 15 U.S.C. §1058 and §1059; 37 C.F.R. §2.161 and 2.183.)

### Grace Period Filings*

There is a six-month grace period for filing the documents listed above, with payment of an additional fee.

**The U.S. Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements. Therefore, you should contact the USPTO approximately one year prior to the deadlines set forth above to determine the requirements and fees for submission of the required filings.**

NOTE: *Electronic forms for the above documents, as well as information regarding current filing requirements and fees, are available online at the USPTO web site:*

*www.uspto.gov*

#### YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS IDENTIFIED ABOVE DURING THE SPECIFIED TIME PERIODS.

*Exception for the Extensions of Protection under the Madrid Protocol:
The holder of an international registration with an extension of protection to the United States must file, under slightly different time periods, a Declaration of Continued Use (or Excusable Non-use) at the USPTO. *See* 15 U.S.C. §1141k; 37 C.F.R. §7.36. The renewal of an international registration, however, must be filed at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol. *See* 15 U.S.C. §1141j; 37 C.F.R. §7.41.



26 BROADWAY
SUITE 2400
NEW YORK, NY 10004-1840

(212) 480-3500
(212) 480-9557 FACSIMILE
WWW.BAINTONLAW.COM

J. JOSEPH BAINTON
(212) 480-2529
bainton@baintonlaw.com

April 25, 2008

**VIA FACSIMILE**

Daniel J. Kornstein, Esq.
Kornstein Veisz Wexler & Pollard, LLP
757 Third Avenue
New York, New York 10017

Re:  *Medici Classics Productions LLC v. Medici Group LLC, et al.*

Dear Dan:

The Postman delivered your April 23, 2008 letter and its December 20, 2007 enclosure yesterday. Having not heard from you earlier, we initiated our own inquiries relating to what we believe to be infringing sales by third-parties of Medici branded recordings. We have already sent Dan Sparaco courtesy copies via e-mail of notice of issuance of various subpoenas.

I frankly was under the impression that you were going to provide considerably more detailed information, but perhaps I should have made my expectations about jurisdictional discovery clearer. In any event, I would appreciate receiving the following information.

**Private Placement Memoranda Relating to Medici Branded Recordings**

While I have a fundamental grasp of the nature of a holding company, I point out that such status does not in and of itself determine liability for either contributory trademark infringement or direct infringement. *Banff Ltd. v. Limited, Inc.*, 869 F. Supp. 1103 (S.D.N.Y. 1994) (explaining that traditional *alter ego* liability concepts have no application to Lanham Act liability). As I told you at the end of last year, our client perceives a global business plan to market recordings of classical music under its Medici mark. There is ample evidence in the public press to support this inference, including for example the remarks attributed to Tom Baer ("an executive producer of EuroArts") appearing in a *New York Times* article on February 7, 2008, relating to a recording (whose packaging bears a "Medici Arts" trademark) of the New York Philharmonic that is currently being sold both in brick and mortar stores in New York City and to New York residents via the internet.

STAMFORD, CONNECTICUT      ◆      CENTRAL ISLIP, NEW YORK      ◆      NEWARK, NEW JERSEY


PLAINTIFF'S
EXHIBIT
52

Daniel J. Kornstein, Esq.
April 25, 2008
Page 2

At the recent conference before Judge Holwell, Dan Sparaco suggested that Medici Group LLC "just raises money from investors" that it then invests in its operating subsidiaries. It is reasonable to assume that either Medici Group LLC or Medici Arts, LLC[1] (or both) provided investors and potential investors with a writing such as a private placement memorandum that explains its business plan and the role that the "Medici Masters," "Medici Arts" and "Medici TV" trademarks play in that plan. We would like to see all such documents created within the last 24 months and are obviously happy to agree to any reasonable form of protective order.

**EuroArts Medien GmbH/EuroArts Music (North America)**

On page three of the enclosure to your letter is listed EuroArts Medien GmbH. That company has a website located at www.euroarts.com. On the main page of that website is a "Contact" section. When one clicks on "Contact" a page appears that contains a great deal of contact information (presumably hence the name). Among that information (at the bottom of the page) appears "EuroArts Music (North America)," Tom Baer's name and the Madison Avenue address at which process in this action was originally served.

You have told us that Defendant "Medici Group Euroarts" does not exist. Could you please tell us if "EuroArts Music (North America)" is a distinct juridical entity or simply a division of EuroArts Medien GmbH?

**Retail Sales of Medici Branded Recordings**

As you likely inferred from yesterday's subpoenas, we have marshaled evidence of "brick and mortar" sales within the City of New York of recordings bearing either a "Medici Masters" or a "Medici Arts" trademark. These retailers are obviously amenable to suit in New York.

**Internet Sales of Medici Branded Recordings**

We also have marshaled evidence of internet sales of allegedly infringing recordings to New York City residents. Such sales subject the persons of internet sellers to the jurisdiction of New York Courts. *Pearson Education, Inc. v. Yi Shi, d/b/a CollegeSolutions*, 525 F. Supp 2nd 551 (S.D.N.Y 2007) (collecting cases on *in personam* jurisdiction based upon internet sales to New York residents).

It strikes us as reasonably obvious that retail sellers such as The New York Philharmonic Orchestra or Naxos did not themselves apply an allegedly infringing Medici mark to the packaging of the recordings they sold. So, can you tell us which Medici Group LLC company or companies applied the allegedly infringing marks to the packaging of goods ultimately sold to New York City residents via either the internet or, for example, in the gift shop at Lincoln Center?

---

[1] For purposes of this litigation, may we ignore the existence of Medici Arts, B.V.?

Daniel J. Kornstein, Esq.
April 25, 2008
Page 3

Also, are the Medici Group entities that applied the allegedly infringing marks the same companies that sold such trademarked goods to retail sellers such as Naxos or J&R Music? If not, what is the chain of title looking backward from retail sellers such as amazon.com or Naxos?

Will you agree to produce any distribution agreements between one or more Medici Group LLC companies and these retail sellers and/or their suppliers?

Last, but certainly not least, is the topic of internet sales to New York residents by one or more Medici Group LLC company. We know of such sales from the EuroArts website whose address is stated above. Please produce records relating to all internet sales by any Medici Group LLC company to New York State residents.

## Depositions of Mr. Walston and Mr. Baer

As Judge Haight's opinion in *Banff Ltd.* makes clear, a parent company's liability for alleged Lanham Act violations does not turn on the application of traditional *alter ego* law. While we believe that Medici Group LLC's written explanation(s) of its activities to its investors and potential investors is likely to be relevant to assessment of its liability for Lanham Act violations and in turn amenability to suit in New York based upon sales of infringing recordings, a deposition by a knowledgeable member remains in our view essential.

I want to make plain that if investment or borrowed funds relating to a business that exploits (or plans to exploit) any Medici mark (including various permutations of "Medici TV") were obtained or sought -- not by Medici Group LLC -- but rather by one or more of its affiliates, we hereby make inquiry about the activities of such affiliates as well.

Based upon remarks attributed to Tom Baer during 2008 by news sources such as the *New York Times*, it appears that he may be in a position to address these issues. As you know, Mr. Baer has for many years maintained offices on Madison Avenue where process in this action was originally served and so deposing him may be more convenient than deposing Mr. Walston, whom you tell me resides in California. I recognize that your client has the right to designate its own spokesperson. Should it not designate Mr. Baer, we nonetheless intend to depose him and therefore would appreciate anything you could do to facilitate this deposition.

## Amendment of Complaint and Schedule

Your letter concludes by asking how we would like to proceed. The short answer is that we would like to complete the jurisdictional discovery outlined above as quickly as possible and then shortly thereafter serve an amended complaint, which remains our right to do. I allow for the possibility that we may have named the wrong Medici Group LLC defendant – or more likely – not named all that we should have. As noted above, we certainly intend to join all the persons from which or whom we have subpoenaed records unless they very promptly comply with our cease and desist letters (of which we also sent Dan copies).

Daniel J. Kornstein, Esq.
April 25, 2008
Page 4

The addition of new defendants that may be represented by a law firm other than yours logically may impact the existing schedule. You might also want to re-consider what I respectfully perceive to be your misplaced reliance on traditional alter ego law in accessing the amenability to suit in New York of Medici Group LLC based upon alleged Lanham Act violations.

I hope that we can agree that once we have the benefit of the answers to the jurisdictional questions outlined above, we can have a more informed conversation about which Medici Group LLC company or companies should be defendants in this action assuming *arguendo* that the sales of recordings of performances of classical music to New York residents bearing any of a "Medici Arts," "Medici Masters" or "Medici TV" trademark violates the Lanham Act.

Finally, thank you for your kind gift of *Partial Verdicts*. I particularly enjoyed the chapter on Justice Douglas for reasons that are too complicated to explain here. The whole book is great.

With best personal regards, I am,

Cordially yours,

J. Joseph Bainton

cc: Daniel J. Sparaco, Esq. (via e-mail)

KORNSTEIN VEISZ WEXLER & POLLARD, LLP

ATTORNEYS AT LAW
757 THIRD AVENUE
NEW YORK, NEW YORK 10017-2013
TELEPHONE (212) 418-8600
TELECOPIER (212) 826-3640
WWW.KVWP.NET

Daniel J. Kornstein
WRITER'S DIRECT DIAL NO.: (212) 419-8610
WRITER'S E-MAIL ADDRESS: dkornstein@kvwmail.com

May 6, 2008

BY FAX AND E-MAIL

J. Joseph Bainton, Esq.
Bainton McCarthy LLC
26 Broadway, Suite 2400
New York, New York 10004-1840

          Re:   Medici Classics Productions LLC
                v. Medici Group LLC

Dear Joe:

     I have received your April 25, 2008 letter, as well as your
"cease and desist" letters and third-party subpoenas.  I write to
provide immediately what information I have responsive to your
requests.

     We regard the "cease and desist" letters sent by you to
third parties as improper harassment and a tortious interference
with our clients' contracts and business relations with these
entities.  Our clients will hold your client responsible for any
resulting harm.  We insist that you withdraw these "cease and
desist" letters immediately.

     The purpose of the limited jurisdictional discovery
authorized by Judge Holwell was to identify the entities relevant
to plaintiff's suit and their jurisdictional status.  Our April
23 letter to you, enclosing a detailed organizational chart,
wasmeant to expedite this effort.  On that chart we identified
two entities that produce the products at issue -- EuroArts Music
International and Ideale Audience.  (The latter owns and operates
medici.tv.)  A third entity listed on the organizational chart,
Medici Arts Limited, is based in the United Kingdom and owns and

32W28UUGLXTDJK.00005.wpd



PLAINTIFF'S
EXHIBIT
53

KORNSTEIN VEISZ WEXLER & POLLARD, LLP

J. Joseph Bainton, Esq.
May 6, 2008
Page 2

operates mediciarts.co.uk, which distributes "Medici Masters"
products on-line.

In response to the requests in your letter, we are informed
that:

1.    Private Placement Memoranda: there are none.

2.    EuroArts Music (North America): There is no such entity
that we are aware of.  It is a short-hand reference to
Tom Baer's occasional role acting as a consultant on
behalf of EuroArts Music International.  The other
entity you asked about, EuroArts Medien GmbH, is a
holding company that owns EuroArts Music International,
which we identified in our April 23 letter.  Tom Baer
is not an employee of Medici Group LLC or of EuroArts
Music International, nor is he an employee of any other
entity affiliated with Medici Group, LLC.

3.    Retail Sales: I have attached retail sales figures in
the United States for CDs through September 2007, and
will provide additional figures as they become
available.  Our April 23 letter details entities that
control the production and distribution of Medici
Masters CDs and DVDs.

4.    Depositions: Medici Group, LLC designates Rob Walston
as its deposition witness on jurisdictional issues.  A
California resident, he will be available to be deposed
in New York only on Wednesday, May 21.  As agreed
before Judge Holwell on March 14, 2008, plaintiff will
not serve Mr. Walston with any litigation papers or
process while he is in New York for this deposition.

Regards.

Sincerely,

Daniel J. Kornstein

DJK:de
Enclosure

**Medici Masters Series**

| **MM1 05/07** | Total Shipped to US (paid for) | Total Sold |
|---|---|---|
| MM001-2 | 585 | 60 |
| MM002-2 | 495 | 84 |
| MM003-2 | 495 | 60 |
| MM004-2 | 585 | 64 |
| TOTAL | 2160 | 268 |
| **MM2 07/07** | | |
| MM005-2 | 450 | 182 |
| MM006-2 | 450 | 154 |
| MM007-2 | 450 | 177 |
| MM008-2 | 450 | 172 |
| TOTAL | 1800 | 685 |
| **MM3 09/07** | | |
| MM009-2 | 600 | 9 |
| MM010-2 | 600 | 10 |
| MM011-2 | 600 | 13 |
| MM012-2 | 600 | 12 |
| MM013-2 | 600 | 13 |
| MM014-2 | 600 | 16 |
| TOTAL | 3600 | 73 |
| **MM4 10/07** | | |
| MM015-2 | 0 | 0 |
| MM016-2 | 0 | 0 |
| MM017-2 | 0 | 0 |
| MM018-2 | 0 | 0 |
| MM019-2 | 0 | 0 |
| MM020-2 | 0 | 0 |
| TOTAL | 0 | 0 |
| TOTAL | 7560 | 1026 |

Received May-08-2008 17:31 From-212 826 3874 To-Bainton McCarthy LLC Page 004

## Mark D. Wessel

**From:**    J. Joseph Bainton

**Sent:**    Thursday, May 29, 2008 12:17 PM

**To:**    Daniel Kornstein; Mark D. Wessel

**Subject:** RE: Medici

Dan,

We disagree.  The time is now too short to resolve this before our papers are due Monday.

You should therefore expect to see this email exchange as part of our papers.

Since Mr. Walston and Medici Group did what he testified they did in respect of Exhibit 18 after commencement of this action, we think the record as is supports jurisdiction.  That said, we also believe the Court is free to speculate about what the power point says about "one company, one voice, etc."

If you wish to eliminate this issue by showing the power point to me with an "attorneys eyes only" designation that is fine with me.

Joe

-----Original Message-----
From: "Daniel Kornstein" <dkornstein@kvwmail.com>
To: "J. Joseph Bainton" <Bainton@BaintonLaw.com>
Sent: 5/29/08 11:27 AM
Subject: Medici


Joe:

We received this morning a copy of the proprietary and confidential powerpoint presentation referred to by Robert Walston at his May 21 deposition and which you have asked us to produce in connection with jurisdictional discovery.  We have reviewed the document and believe it is not relevant to the issue of personal jurisdiction over Media Group LLC or Mr. Walston, and therefore we decline to produce it at this time.  If you disagree with our position, we would be willing to have either Magistrate Judge Dollinger or Judge Holwell review the document in camera and decide if it must be produced  (of course subject to a confidentiality order).

Best,

Dan

-------

Daniel J. Kornstein, Esq.

**Kornstein Veisz Wexler & Pollard, LLP**

757 Third Avenue

New York, NY  10017



PLAINTIFF'S
EXHIBIT
54
Blumberg No. 5113

6/1/2008

Tel: (212) 418-8600

Fax: (212) 826-3640

dkornstein@kvwmail.com

www.kvwp.net

-------

This electronic message contains information that may be legally confidential and/or privileged. The information is intended solely for the individual or entity named above and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it.

-------

## Mark D. Wessel

**From:**  J. Joseph Bainton
**Sent:**  Saturday, May 31, 2008 5:21 PM
**To:**  Mark D. Wessel
**Subject:** RE: Crown / Lara and Medici

Mark,

Here is the brief. Please clean it up and fill in missing exhibit numbers, which consist of the "new ones" I gave you on Friday. You need to add all the correspondence between Kornstein and me, starting with my request for offering memo; his letter than none exist; the e-mail exchanges regarding "where is Power Point," and concluding with his e-mail that he will not produce it. I will resend some of those e-mails.

Joe


J. Joseph Bainton
Bainton McCarthy LLC
26 Broadway
New York, NY 10004-1840
Telephone (212) 480-2529
Facsimile (212) 480-9557
Mobile (917) 612-0831

NOTICE
This message is confidential and may be privileged. It is intended for the addressee(s) only. Access to this e-mail by anyone else is unauthorized. If you are not an addressee, any disclosure or copying of the contents of this e-mail or any action taken (or not taken) in reliance on it is unauthorized and may be unlawful. If you are not an addressee, please inform the sender immediately. Thank you.

---

**From:** Mark D. Wessel
**Sent:** Friday, May 30, 2008 6:12 PM
**To:** J. Joseph Bainton
**Subject:** Crown / Lara and Medici

**Joe,**

**If you need anything done before Monday shoot me an email.**

**-Mark**


6/1/2008



**Ariv Music.com** The Source for Classical Music™

Weekend Specials

Composers | Conductors | Performers | Ensembles | Operas | Labels | Search

Home > Labels >

Results per Page: 25 ▾  Go          Page: [ 1 ]

## Label : Medici Classics (Formerly Monarch)          15 albums

Sort by: **Title A-Z   Price   Release Date   Catalog Number**

1. **Beethoven: Symphony No 4; Mozart: Symphony No 41**
   **Release Date:** 01/29/2008  **Label:** Medici Classics (Formerly Monarch)
   **Catalog:** MM019-2
   **Composer:** Ludwig van Beethoven,  Wolfgang Amadeus Mozart
   **Conductor:** Sir Adrian Boult
   **Orchestra/Ensemble:** London Philharmonic Orchestra
   CD **$15.99**
   Add to Cart
   Back Order

2. **Beethoven: The Last Three Sonatas / Jerome Rose**
   **Release Date:** 11/26/2002  **Label:** Medici Classics (Formerly Monarch)  **Catalog:** 2001
   **Number of Discs:** 1
   **Composer:** Ludwig van Beethoven
   **Performer:** Jerome Rose
   CD **$11.99**
   Add to Cart
   In Stock

3. **Brahms: Sonata No 3, Handel Variations / Jerome Rose**
   **Release Date:** 06/27/2006  **Label:** Medici Classics (Formerly Monarch)
   **Catalog:** 30102  **Number of Discs:** 1
   **Composer:** Johannes Brahms
   **Performer:** Jerome Rose
   CD **$11.99**
   Add to Cart
   In Stock

4. **Chopin: Ballades, Fantaisie / Jerome Rose**
   **Release Date:** 01/21/2003  **Label:** Medici Classics (Formerly Monarch)  **Catalog:** 2005
   **Number of Discs:** 1
   **Composer:** Frédéric Chopin
   **Performer:** Jerome Rose
   CD **$11.99**
   Add to Cart
   In Stock

5. **Jerome Rose Plays Chopin Live In Concert**
   **Release Date:** 07/10/2007  **Label:** Medici Classics (Formerly Monarch)
   **Catalog:** 50019
   **Composer:** Frédéric Chopin
   **Performer:** Jerome Rose
   DVD
   **$21.99**
   Add to Cart
   In Stock

6. **Jerome Rose Plays Liszt - Sonata In B Minor, Etc**
   **Release Date:** 11/30/2004  **Label:** Medici Classics (Formerly Monarch)  **Catalog:** 3009
   **Number of Discs:** 1
   **Composer:** Franz Liszt
   **Performer:** Jerome Rose
   CD **$11.99**
   Add to Cart
   In Stock

7. **Liszt: Années De Pèlerinage / Jerome Rose**
   **Release Date:** 10/31/2006  **Label:** Medici Classics (Formerly Monarch)
   **Catalog:** 40012  **Number of Discs:** 3
   **Composer:** Franz Liszt
   **Performer:** Jerome Rose
   CD **$33.99**
   Add to Cart
   In Stock

8. **Liszt: Transcendental Etudes / Jerome Rose**
   **Release Date:** 02/25/2003  **Label:** Medici Classics (Formerly Monarch)  **Catalog:** 2003
   **Number of Discs:** 1
   **Composer:** Franz Liszt
   **Performer:** Jerome Rose
   CD **$11.99**
   Add to Cart
   In Stock



PLAINTIFF'S EXHIBIT
55
Blumberg No. 5113

Album List Page | ArkivMusic                                    http://www.arkivmusic.com/classical/Label?&label_id=4021

9.  **Rose Plays Liszt / Jerome Rose, Rico Saccani, Budapest Po**          CD **$11.99**
   Release Date: 02/25/2003  Label: Medici Classics (Formerly Monarch)  Catalog: 2002    Add to Cart
   Number of Discs: 1                                                                     In Stock
   Composer: Franz Liszt
   Performer: Jerome Rose
   Conductor: Rico Saccani
   Orchestra/Ensemble: Budapest Philharmonic Orchestra

10. **Schubert: The Three Posthumous Sonatas, Etc / Jerome Rose**                          CD **$11.99**
    Release Date: 09/30/2003  Label: Medici Classics (Formerly Monarch)  Catalog: 3007    Add to Cart
    Number of Discs: 2                                                                    In Stock
    Composer: Franz Schubert
    Performer: Jerome Rose

11. **Schumann: Davidsbündlertänze, Kreisleriana / Jerome Rose**                           CD **$11.99**
    Release Date: 01/21/2003  Label: Medici Classics (Formerly Monarch)  Catalog: 2006    Add to Cart
    Number of Discs: 1                                                                    In Stock
    Composer: Robert Schumann
    Performer: Jerome Rose

12. **Schumann: The Complete Piano Sonatas / Jerome Rose**                                 CD **$11.99**
    Release Date: 11/26/2002  Label: Medici Classics (Formerly Monarch)  Catalog: 2004    
    Number of Discs: 1                                                                    Low Stock
    Composer: Robert Schumann
    Performer: Jerome Rose

13. **Scubert: Die Winterreise / Jon Frederic West, Jerome Rose**                          CD **$11.99**
    Release Date: 09/28/2004  Label: Medici Classics (Formerly Monarch)  Catalog: 3008    Add to Cart
    Number of Discs: 1                                                                    In Stock
    Composer: Franz Schubert
    Performer: Jon Frederick West,  Jerome Rose

14. **Stravinsky: Violin Concerto; Le Sacre; Bartók: Divertimento**                        CD **$15.99**
    Release Date: 01/29/2008  Label: Medici Classics (Formerly Monarch)                   Add to Cart
    Catalog: MM020-2                                                                      Back Order
    Composer: Igor Stravinsky
    Performer: Arthur Grumiaux

15. **Tchaikovsky: Symphony No 6, Violin Concerto / Oistrakh, Kletzki**                    CD **$15.99**
    Release Date: 01/29/2008  Label: Medici Classics (Formerly Monarch)                   Add to Cart
    Catalog: MM018-2                                                                      Back Order
    Composer: Peter Ilyich Tchaikovsky
    Performer: David Oistrakh
    Conductor: Paul Kletzki
    Orchestra/Ensemble: Philharmonia Orchestra,  Stockholm Festival Orchestra

Results per Page: 25 ▼  Go        Page: [ 1 ]

About ArkivMusic  Contact Us  Partner Program  Institutional Sales  Terms & Conditions  Privacy Policy  Help  Yo

# ArkivMusic - The Source for Classical Music!

### Copyright ArkivMusic LLC, 2008.
Data supplied by Muze, Inc. Copyright 1948-2008. For personal use only. All rights reserved **muze**