# United States District Court

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

MEDICI CLASSICS PRODUCTIONS LLC

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:    07 CV 9938

MEDICI GROUP LLC, MEDICI ARTS LLC, EUROARTS MEDIEN GmbH, EUROARTS MUSIC INTERNATIONAL GmbH, MEDICI ARTS LIMITED U.K., IDEALE AUDIENCE GROUP, S.A., ROBERT T. WALSTON, THOMAS BAER and JOHN DOES Nos. 1 to 10

TO: (Name and address of defendant)

Medici Arts LLC
650 Madison Avenue, 17th Floor
New York, New York 10022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Joseph Bainton (JB-5934)
BAINTON MCCARTHY LLC
26 Broadway, Suite 2400
New York, New York 10004-1840

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                              MAY 1 4 2008

CLERK                                                            DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 5/30/08 |
| NAME OF SERVER *(PRINT)* | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served registered agents at 615 South Dupont Highway. Service was accepted by Julie Blessing at 12:16 p.m.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/30/08
Date

Shelly Miles
Signature of Server

15 East North Street
Address of Server
Dover DE

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.