Daniel J. Kornstein (DK-3264)
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, New York 10017
(212) 418-8600
Attorneys for Defendants Medici Group LLC and
Robert T. Walston

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

MEDICI CLASSICS PRODUCTIONS, LLC,          :

                Plaintiff,          :     07 Civ. 9938 (RJH)

    -against-                             :     DECLARATION

MEDICI GROUP LLC, MEDICI GROUP              :     ECF Case
EUROARTS, ROBERT T. WALSTON and
JOHN DOES Nos. 1 to 10,                     :

                Defendants.         :

------------------------------------X

    THOMAS BAER, pursuant to 28 U.S.C. § 1746, declares as follows:

    1.  I am not a defendant in this action. I am personally familiar with the facts set forth in this declaration.

    2.  Since about 2004, I have acted as occasional consultant to several subsidiaries of Medici Group, LLC, primarily non-defendant EuroArts Music International. On occasion I also speak with employees of non-defendant Ideale Audience, as well as the media services subsidiary of Medici Group, LLC, called Mosaic (also not a defendant).

    3.  In my capacity as an occasional consultant to these foreign subsidiaries I have introduced them to potential business

opportunities in the United States and have provided them technical support and advice from time to time.

    4. When dealing with third parties, I make use of the title "Vice Chairman" of Medici Arts, LLC. This is not an actual position within that LLC, since the business unit "limited liability company" has members, not officers. The title is used because it is effective in pursuing business relationships, and it is my understanding that titles such as the one I have been using are effective in the business world.

    5. I spend less than half my time as a consultant to the Medici subsidiaries. The office out which I work at 650 Madison Avenue, New York is home to a company totally separate from the defendants in this action, and none of the defendants, nor any of the Medici entities for whom I work, operate out of 650 Madison Avenue.

    6. I declare under penalty of perjury that the foregoing is true and correct.

Dated:    June 12, 2008

_____
THOMAS BAER