```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MEDICI CLASSICS PRODUCTIONS LLC,

                Plaintiff,

      - against -

MEDICI GROUP LLC, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 9938 (RJH)

**ORDER**

On June 19, 2008, the Court heard oral argument on the motion to dismiss for lack of personal jurisdiction filed by defendants Robert T. Walston and Medici Group LLC. The Court reserved decision of this motion in light of (1) unresolved issues regarding whether valid service of process has been made on certain new defendants added in Plaintiff's Amended Complaint and (2) proposed motions to dismiss by such defendants, as described in Defendants' June 13, 2008 letter to the Court.

Plaintiff is directed to advise the Court in writing of the status of service of process on the newly added defendants on or before July 21, 2008. At such time, the Court will consider whether to enter a briefing schedule for the proposed motions to dismiss.

SO ORDERED.

Dated: New York, New York
         June 20, 2008

                                                  Richard J. Holwell
                                                United States District Judge