

RETURN
8703

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

MEDICI CLASSICS PRODUCTIONS LLC

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07 CV 9938

MEDICI GROUP LLC, MEDICI ARTS LLC, EUROARTS MEDIEN GmbH, EUROARTS MUSIC INTERNATIONAL GmbH, MEDICI ARTS LIMITED U.K., IDEALE AUDIENCE GROUP, S.A., ROBERT T. WALSTON, THOMAS BAER, NAXOS OF AMERICA INC., MDT MAIL ORDER, AMAZON.COM, INC., EDUCATIONAL BROADCASTING CORPORATION, and
JOHN DOES Nos. 1 to 10

TO: (Name and address of defendant)

Naxos of America Inc.
416 Mary Lindsay Polk Dr.
Franklin, Tennessee 97067

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Joseph Bainton (JB-5934)
BAINTON MCCARTHY LLC
26 Broadway, Suite 2400
New York, New York 10004-1840

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUL 0 2 2008

CLERK                                                          DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 7.3.08 |
| NAME OF SERVER (PRINT) Keith Wozencraft | TITLE PPS |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Joe Jacobs, Controller @ 416 Mary Lindsay Polk Dr Franklin, TN 37067

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7.3.08
Date

Signature of Server

Address of Server
LEGAL EAGLES
4750 McBRIDE RD.
ANTIOCH, TN 37013

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.