# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

MEDICI CLASSICS PRODUCTIONS LLC

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07 CV 9938

MEDICI GROUP LLC, MEDICI ARTS LLC, EUROARTS MEDIEN GmbH, EUROARTS MUSIC INTERNATIONAL GmbH, MEDICI ARTS LIMITED U.K., IDEALE AUDIENCE GROUP, S.A., ROBERT T. WALSTON, THOMAS BAER, NAXOS OF AMERICA INC., MDT MAIL ORDER, AMAZON.COM, INC., EDUCATIONAL BROADCASTING CORPORATION, and
JOHN DOES Nos. 1 to 10

TO: (Name and address of defendant)

Educational Broadcasting Company
450 West 33rd Street
New York, New York 10001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Joseph Bainton (JB-5934)
BAINTON MCCARTHY LLC
26 Broadway, Suite 2400
New York, New York 10004-1840

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 02 2008

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | July 07, 2008 |
| NAME OF SERVER (PRINT)  Darlene S. Greene | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Educational Broadcasting Company, 450 West 33rd Street, New York, NY 10001 (Accepted by: Ranfi Rivera/Deputy General Counsel)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 07, 2008
                     Date

Signature of Server

P.O. Box 1085
Bronx, New York 10471
Address of Server

Darlene S. Greene- Process Server
N.Y.C. Dept. of Consumer Affairs
License No.: 1096288
Expires: 02-28-2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.