UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MEDICI CLASSICS PRODUCTIONS LLC,** | ECF Case |
| **Plaintiff,** | Case No.:  07 CIV 09938 (RJH) |
| - against – | |
| **MEDICI GROUP LLC, ET AL.,** | NOTICE OF APPEARANCE |
| **Defendants.** | |

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for defendant Educational Broadcasting Corporation.

I certify that I am admitted to practice in this court.

Dated:  New York, New York
       July 22, 2008

                Respectfully submitted,

                LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                By:   /s/ Seth D. Berlin
                     Seth D. Berlin (SB-7978)

                1050 17th Street NW, Suite 800
                Washington, DC 20036-5514
                Phone (202) 508-1100
                Fax (202) 861-9888
                sberlin@lskslaw.com

                *Attorneys for Defendant Educational Broadcasting Corporation*