UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MEDICI CLASSICS PRODUCTIONS LLC,** <br><br> Plaintiff, <br><br> - against – <br><br> **MEDICI GROUP LLC, ET AL.,** <br><br> Defendants. | ECF Case <br><br> Case No.:  07 CIV 09938 (RJH) <br><br> **DEFENDANT EDUCATIONAL BROADCASTING CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Educational Broadcasting Corporation, which does business as "Thirteen/WNET New York" ("EBC"), states that it is a New York not-for-profit corporation chartered by the New York State Department of Education.  EBC's parent corporation is WNET.org, also a New York not-for-profit corporation chartered by the New York State Department of Education.  Neither EBC nor WNET.org is publicly held.

Dated:  New York, New York
July 22, 2008

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By:      /s/ Seth D. Berlin
Seth D. Berlin (SB-7978)

1050 17th Street NW, Suite 800
Washington, DC 20036-5514
Phone (202) 508-1100
Fax (202) 861-9888
sberlin@lskslaw.com

*Attorneys for Defendant Educational Broadcasting Corporation*