# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

WASHINGTON, D.C.　　NEW YORK　　PHILADELPHIA　　DENVER

1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036
(202) 508-1100 PHONE
(202) 861-9888 FAX
www.lskslaw.com

WRITER'S DIRECT DIAL
(202) 508-1122
sberlin@lskslaw.com

July 22, 2008

**VIA FASCIMILE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08
```



RECEIVED
JUL 23 2008
CHAMBERS OF
RICHARD J. HOLWELL

The Honorable Richard J. Holwell
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

  Re:  *Medici Classics Productions LLC v. Medici Group LLC et al.*, 1:07-cv-09938-RJH
     Request for Extension to Respond to Second Amended Complaint

Dear Judge Holwell:

  We represent defendant Educational Broadcasting Corporation ("EBC"), which was recently added as a defendant in this matter. EBC was served on July 7, 2008, and its response to the Complaint is currently due to be filed on July 28. Pursuant to Rule 1.F of Your Honor's Individual Practices, EBC respectfully requests that its time to answer or otherwise respond to the Complaint be extended until August 27, 2008. Defendant requests this extension in order to permit counsel additional time to analyze plaintiff's allegations, to conduct an investigation and to prepare a response. Defendant has not requested any previous extensions. Both plaintiff and those defendants who have appeared to date have, through counsel, consented to this extension.

  We also note that the Court issued a scheduling order in this case on March 21, 2008, prior to granting leave to file the second amended complaint and to name additional defendants, including EBC. In addition, we understand that certain defendants still have not been served. We would respectfully request that, once all parties have appeared and have responded to the Complaint, the Court issue a revised scheduling order in light of developments since the March 21 scheduling order was entered.

*Extension granted to 8/27/08.*

*SO ORDERED*

*USDJ 7/23/08*

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By _____
Seth D. Berlin (SB-7978)

cc: J. Joseph Bainton, Esq.
   Daniel J. Kornstein, Esq.
   Daniel J. Sparaco, Esq.
    (all via facsimile)

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

(202) 508-1100
FACSIMILE (202) 861-9888

## FACSIMILE COVER SHEET

**DATE:** July 22, 2008    **TOTAL PAGES:** 2

| NAME/COMPANY | FACSIMILE NUMBER | CONFIRMATION NUMBER |
|---|---|---|
| The Honorable Richard J. Holwell | 212-805-7948 | |
| J. Joseph Bainton, Esq. | 212-480-9557 | |
| Daniel J. Kornstein, Esq. | 212-826-3640 | |
| Daniel J. Sparaco, Esq. | 212-826-3640 | |

**FROM:** Seth D. Berlin    **DIRECT DIAL:** 202-508-1122

**CLIENT/MATTER:** Medici Classics Productions LLC v. Medici Group LLC et al.

**REMARKS:**



RECEIVED
JUL 23 2008
CHAMBERS OF
RICHARD J. HOLWELL

**If you do not receive all of the pages, please call 202-508-1136 as soon as possible.**

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL TO US BY MAIL. THANK YOU.