UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

MEDICI CLASSICS PRODUCTIONS, LLC,         :

                Plaintiff,         :    07 Civ. 9938 (RJH)

    -against-                           :

MEDICI GROUP LLC, MEDICI ARTS,            :    RULE 7.1 STATEMENT
LLC, EUROARTS MEDIEN GmbH, EUROARTS            OF MEDICI ARTS, LLC
MUSIC INTERNATIONAL GmbH, MEDICI          :
ARTS LIMITED U.K., IDEALE AUDIENCE
GROUP, S.A., ROBERT T. WALSTON,           :
THOMAS BAER, NAXOS OF AMERICA,
INC., MDT MAIL ORDER, AMAZON.COM,         :
INC., EDUCATIONAL BROADCASTING
CORPORATION, AND JOHN DOES Nos.           :
1 to 10,
                                  :
                Defendants.
----------------------------------------X

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Medici Arts, LLC, by its attorneys Kornstein Veisz Wexler & Pollard, LLP, states as follows:

    Medici Arts LLC is a limited liability corporation wholly owned by Medici Group, LLC. No publicly held corporation holds 10% or more of its stock.

Dated:    New York, N.Y.
           July 28, 2008

                                  KORNSTEIN VEISZ WEXLER
                                      & POLLARD, LLP

                                  By: _____
                                    Daniel J. Kornstein (DK-3264)
                                    757 Third Avenue
                                    New York, New York 10017
                                    *Attorneys for Defendants Medici*
                                    *Group LLC, Medici Arts, LLC, Robert*
                                    *T. Walston, Thomas Baer, and Naxos*
                                    *of America, Inc.*

3282000XXXDJS.00015.wpd