```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

MEDICI CLASSICS PRODUCTIONS, LLC,     :

                    Plaintiff,        :    07 Civ. 9938 (RJH)

         -against-                    :

MEDICI GROUP LLC, MEDICI ARTS,        :    RULE 7.1 STATEMENT
LLC, EUROARTS MEDIEN GmbH, EUROARTS        OF NAXOS OF AMERICA, INC.
MUSIC INTERNATIONAL GmbH, MEDICI      :
ARTS LIMITED U.K., IDEALE AUDIENCE
GROUP, S.A., ROBERT T. WALSTON,       :
THOMAS BAER, NAXOS OF AMERICA,
INC., MDT MAIL ORDER, AMAZON.COM,     :
INC., EDUCATIONAL BROADCASTING
CORPORATION, AND JOHN DOES Nos.       :
1 to 10,
                                      :
                    Defendants.
------------------------------------X
```

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Naxos of America, Inc., by its attorneys Kornstein Veisz Wexler & Pollard, LLP, states as follows:

Naxos of America, Inc. is 100% owned by North American Classical Company, Inc. which is owned in turn by a foreign privately held corporation, Naxos Global Distribution Ltd. No publicly held corporation owns 10% or more of its stock.

Dated:   New York, N.Y.
         July 28, 2008

                              KORNSTEIN VEISZ WEXLER
                              & POLLARD, LLP

                              By: _____
                                  Daniel J. Kornstein (DK-3264)
                              757 Third Avenue
                              New York, New York 10017
                              *Attorneys for Defendants Medici
                              Group LLC, Medici Arts, LLC, Robert
                              T. Walston, Thomas Baer, and Naxos
                              of America, Inc.*

3282000XXXDJS.00016.wpd