UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08
```

MEDICI CLASSICS PRODUCTIONS LLC,

        Plaintiff,

    - against -

MEDICI GROUP LLC, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 9938 (RJH)

**ORDER**

The Court has received Plaintiff's letter dated July 29, 2008 requesting a pre-motion conference. The parties are directed to appear on August 7, 2008 at 12:00 p.m. in the Courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York, 10007, for a conference regarding Plaintiff's proposed motion.

SO ORDERED.

Dated: New York, New York
       August 1, 2008

                                        Richard J. Holwell
                                        United States District Judge