UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MEDICI CLASSICS PRODUCTIONS LLC,

        Plaintiff,

    - against -

MEDICI GROUP LLC, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 9938 (RJH)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

    The pre-motion conference scheduled for August 7, 2008 at 12:00 p.m. is hereby adjourned to August 28, 2008 at 10:00 a.m.

SO ORDERED.

Dated: New York, New York
       August 7, 2008

                                     Richard J. Holwell
                                     United States District Judge