UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

MEDICI CLASSICS PRODUCTIONS, LLC,   :

              Plaintiff,   :   07 Civ. 9938 (RJH)

    -against-   :

MEDICI GROUP LLC, MEDICI ARTS,   :   RULE 7.1 STATEMENT
LLC, EUROARTS MEDIEN GmbH, EUROARTS   OF MDT CLASSICS, LTD.
MUSIC INTERNATIONAL GmbH, MEDICI   :
ARTS LIMITED U.K., IDEALE AUDIENCE
GROUP, S.A., ROBERT T. WALSTON,   :
THOMAS BAER, NAXOS OF AMERICA,
INC., MDT MAIL ORDER, AMAZON.COM,   :
INC., EDUCATIONAL BROADCASTING
CORPORATION, AND JOHN DOES Nos.   :
1 to 10,
                           :
             Defendants.
------------------------------------X

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, MDT Classics, Ltd., by its attorneys Kornstein Veisz Wexler & Pollard, LLP, states as follows:

    MDT Classics, Ltd. is 100% owned by Wilson Holdings U.K. Limited, a private limited company registered in England. No publicly held corporation owns 10% or more of its stock.

Dated:  New York, N.Y.
       August 12, 2008

                              KORNSTEIN VEISZ WEXLER
                                &amp; POLLARD, LLP

                            By: _____
                                Daniel J. Kornstein (DK-3264)
                           757 Third Avenue
                           New York, New York 10017
                           Attorneys for Defendants Medici
                            Group LLC, Medici Arts, LLC,
                            Robert T. Walston, Thomas Baer,
                            Naxos of America, Inc., and MDT
                            Classics, Ltd.