

## KORNSTEIN VEISZ WEXLER & POLLARD, LLP

ATTORNEYS AT LAW

757 THIRD AVENUE
NEW YORK, NEW YORK 10017-2013
TELEPHONE (212) 418-8600
TELECOPIER (212) 826-3640
WWW.KVWP.NET

Daniel J. Kornstein
WRITER'S DIRECT DIAL NO.: (212) 418-8610
WRITER'S E-MAIL ADDRESS: dkornstein@kvwmail.com



CHAMBERS OF
RICHARD J. HOLWELL

August 12, 2008

BY FAX

Hon. Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: **8 25 08**

Re: Medici Classics Productions LLC v.
    Medici Group LLC, et al.,
    07 Civ. 9938 (S.D.N.Y.) (RJH)

Def #5

Dear Judge Holwell:

We have just been retained by MDT Classics Ltd., an English company whose trade name "MDT Mail Order" was recently added as a defendant in this action. We write, pursuant to the Court's individual rules, to request a pre-motion conference because we contemplate moving to dismiss on behalf of MDT on several grounds.

First, we plan to move to dismiss the action against MDT for all the reasons given in our pre-motion letter dated July 23, 2008, written on behalf of other defendants we represent.

Second, personal jurisdiction does not exist over MDT, a U.K. based retailer that conducts all of its marketing and sales in the U.K. It is neither a distributor nor a manufacturer of products as alleged in the Second Amended Complaint. While its website, used to sell products directly to private individuals via mail order, is theoretically available to New York consumers, it is a ".co.uk" website address on which all transactions are made in UK Pounds. The MDT sales plaintiff attempts to demonstrate in its exhibits were created by plaintiff itself. See Pl. Ex. 15 identified at the deposition of Robert Walston

KORNSTEIN VEISZ WEXLER & POLLARD, LLP

Hon. Richard J. Holwell
August 12, 2008
Page 2

(email from Asaf Blasberg to plaintiff's principal, Jerome Rose,
"From MDT, my order," and following up with another email to Rose
stating "I also ordered two DVDS of n korea [sic] concert").
Such sales are not a proper basis for jurisdiction. Chloé v.
Queen Bee of Beverly Hills, LLC, -- F. Supp.2d --, 2008 WL
2952785 (S.D.N.Y. Aug. 1, 2008). MDT's mere operation of a
commercial website in the U.K. should not subject it to
jurisdiction in New York, and MDT derives no significant sales or
revenue in New York or has any intent of engaging in business or
other interactions within this forum.

     Third, plaintiff has not demonstrated that proper service
was made under the Hague Convention on the Service Abroad of
Judicial and Extrajudicial Documents in Civil or Criminal
Matters. Under Article 6 of that Convention, the Central
Authority designated by the United Kingdom to carry out service
must complete a certificate stating "that the document has been
served" as well as "the method, the place and the date of service
and the person to whom the document was delivered." To the best
of our knowledge, no such certificate has been filed with this
Court.

     Fourth, MDT has been incorrectly named in the amended
complaint as "MDT Mail Order." While it maintains a website
under that name, there is in fact no such legal entity.

     Your Honor recently adjourned to August 28 a conference on
plaintiff's proposed motion for a preliminary injunction. On
that adjourn date, we will be prepared to discuss our proposed
motion on behalf of MDT -- as well as the other defendants we
represent.

     We understand from the Court's individual rules that sending
this letter automatically stays the time of MDT to respond to the
Second Amended Complaint.

The proposed motion will
be renewed at the 8/28
conference. SOORDERED

Respectfully yours,

Daniel J. Kornstein

US DJ  8/25/08

DJK:ds

cc: Joseph J. Bainton, Esq. (by email)
    Seth Berlin, Esq. (by email)