AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

MEDICI CLASSICS PRODUCTIONS LLC

## SUMMONS IN A CIVIL CASE

**V.**

CASE NUMBER:    07 CV 9938

MEDICI GROUP LLC, MEDICI ARTS LLC,  EUROARTS MEDIEN
GmbH, EUROARTS MUSIC INTERNATIONAL GmbH, MEDICI ARTS
LIMITED U.K., IDEALE AUDIENCE GROUP, S.A., ROBERT T.
WALSTON, THOMAS BAER, NAXOS OF AMERICA INC., MDT MAIL
ORDER, AMAZON.COM, INC., EDUCATIONAL BROADCASTING
CORPORATION, and
JOHN DOES Nos. 1 to 10

TO: (Name and address of defendant)

MDT Mail Order
Grassy Court
Etwall Road
Mickleover
Derby
England
DE3 0BX

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Joseph Bainton (JB-5934)
BAINTON MCCARTHY LLC
26 Broadway, Suite 2400
New York, New York 10004-1840

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 02 2008

CLERK

DATE

(BY) DEPUTY CLERK

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____
_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐  Returned unexecuted: _____
_____
_____
_____

☐  Other *(specify):* _____
_____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____     _____
                          Date                                          Signature of Server

                                                                 _____
                                                                 Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SFP:   2008-5983
Ref:   MDT MAIL ORDER

CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served  the (date) **24 July 2008**
que le demande a ete executee          le (date)

-at (place, street, number)          **MDT MAIL ORDER**
-a (localite, rue, numero)           **GRASSY COURT**
                                     **ETWELL ROAD**
                                     **MICKLEOVER**
                                     **DERBY**
                                     **DE3 OBX**

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method
selon la forme particuliere suivante

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a: **Val Wilson**
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)    **Director**
- liens de parente de subordination ou autres avec
le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees

Done at London
fait a

in appropriate cases, documents
establishing the service:
le cas echeant, les documents
justicatifs de l'execution:

the 1 August, 2008
le

Signature and/or stamp:
Signature et/ou cachet: