```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MEDICI CLASSICS PRODUCTIONS LLC,

        Plaintiff,

    - against -

MEDICI GROUP LLC, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 9938 (RJH)

**ORDER**

A hearing on Plaintiff's proposed motion for a preliminary injunction against defendant Naxos of America Inc. will be held on Monday, October 6, 2008 at 10:00 a.m. The parties are directed to meet and confer regarding pre-motion discovery and to submit to the Court jointly proposed briefing schedules for the preliminary injunction motion and the motions to dismiss described in various defendants' recent correspondence to the Court.

SO ORDERED.

Dated: New York, New York
      August 28, 2008

                                         _____
                                            Richard J. Holwell
                                     United States District Judge