UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MEDICI CLASSICS PRODUCTIONS LLC,

                Plaintiff

   -against-

                                    1:07-cv-09938 (RJH)

MEDICI GROUP LLC, MEDICI ARTS           NOTICE OF DISMISSAL
LLC, EUROARTS MEDIEN GmbH,            OF CERTAIN PARTIES
EUROARTS MUSIC INTERNATIONAL
GmbH, MEDICI ARTS LIMITED U.K.,
IDEALE AUDIENCE GROUP, S.A.,
ROBERT T. WALSTON, THOMAS BAER,
NAXOS OF AMERICA INC., MDT MAIL
ORDER, AMAZON.COM, INC.,
EDUCATIONAL BROADCASTING
CORPORATION, and
JOHN DOES Nos. 1 to 10,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) the claims asserted in the Second Amended Complaint against Defendants Amazon.com, Inc., and Educational Broadcasting Corporation are hereby dismissed without prejudice.

Dated: New York, New York
       August 29, 2008

                                              BAINTON McCARTHY LLC

                                              By: J. Joseph Bainton (JB-5934)
                                              *Attorneys for Plaintiff*
                                              26 Broadway
                                              New York, NY 10004
                                              Telephone: (212) 480-3500
                                              Facsimile: (212) 480-9557